AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 1:17MJ24
)
1957 BATTLE ROW, AUGUSTA, GA 30904; )
A LIGHT COLOR NISSAN CUBE WITH VIN )
JN8AZ2KR0CT254476; and the person of REALITY LEIGH WINNER )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A,

located in the _____Southern_____ District of _____Georgia_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 793 | Gathering, Transmitting or Losing Defense Information |

The application is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Justin C. Garrick, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/03/2017

*Judge's signature*

City and state: Augusta, Georgia      Brian K. Epps, United States Magistrate Judge
*Printed name and title*