AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| REALITY LEIGH WINNER | )  1:17-MJ-024 |
|  | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 9, 2017__ in the county of __Augusta-Richmond__ in the __Southern__ District of __Georgia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 793(e) | Gathering, Transmitting or Losing Defense Information |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Justin C. Garrick, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 06/05/2017

_____
Judge's signature

City and state: Augusta, Georgia

Brian K. Epps, United States Magistrate Judge
Printed name and title