AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| United States of America<br>v.<br>REALITY LEIGH WINNER<br><br>Defendant | )<br>)  Case No.  1:17-MJ-24<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   REALITY LEIGH WINNER                                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

  Violation of 18 U.S.C. Section 793(e): Gathering, Transmitting or Losing Defense Information.

Date:    06/05/2017                                                    *[signature]*
                                                                          *Issuing officer's signature*

City and state:   Augusta, Georgia                           Brian K. Epps, United States Magistrate Judge
                                                                          *Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                              _____
                                                                          *Arresting officer's signature*

                                                                          _____
                                                                          *Printed name and title*