UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | CR 1:17-cr-34 |
| ) | |
| **v.** ) | |
| ) | |
| **REALITY LEIGH WINNER** ) | |

**NOTICE OF APPEARANCE**

Comes now the United States of America, by and through James D. Durham, Acting United States Attorney for the Southern District of Georgia, and files a notice of appearance for James D. Durham on behalf of the United States in the above-captioned case.

Respectfully submitted this 8th day of June, 2017.

Respectfully submitted,

JAMES D. DURHAM
ACTING UNITED STATES ATTORNEY

*s/ James D. Durham*

James D. Durham
Assistant United States Attorney
Georgia Bar No. 235515

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 8th day of June, 2017.

                                        Respectfully submitted,

                                        JAMES D. DURHAM
                                        ACTING UNITED STATES ATTORNEY

                                        ***s/ James D. Durham***

                                        James D. Durham
                                        Assistant United States Attorney
                                        Georgia Bar No.235515

22 Barnard Street, Suite 300
Savannah, Georgia 31412
(912) 652-4422