IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CR 117-34** |
| | * | |
| **REALITY LEIGH WINNER,** | * | **ORDER DESIGNATING** |
| | * | **CLASSIFIED INFORMATION** |
| | * | **SECURITY OFFICER** |
| **Defendant.** | * | |
| | * | |
| | ******** | |

      The Court has been made aware that this case will involve the use and discovery of classified information. Federal law explicitly provides that federal courts must have security procedures for the handling of classified information. *See* Classified Information Procedures Act, Pub. L. 96-456 § 9, 94 Stat. 2025 (1980). Pursuant to Paragraph 2 of the Revised Security Procedures Established Pursuant to Pub L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information, the Court HEREBY APPOINTS Carli Rodriguez-Feo, Security Specialist, as the Classified Information Security Officer in the above-captioned matter.

      The Court FURTHER APPOINTS Debra M. Guerrero-Randall, Daniel O. Hartenstine, Joan B. Kennedy, Shawn P. Mahoney, Maura L. Peterson, Winfield S. "Scooter" Slade, and Harry J. Rucker III as Alternate Court Security Officers in the above-captioned matter.

2

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2017

_____
HON. BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE