# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CR117-034                                    DATE June 27, 2017
TITLE USA V. REALITY LEIGH WINNER
TIMES 2:01 pm - 2:21pm; 3:32pm - 3:48 pm              TOTAL 36 min.

Honorable : Brian K. Epps, United States Magistrate Judge       Courtroom Deputy : Lisa Widener
Court Reporter : FTR                                            Interpreter :

**Attorney for   Government**            **Attorney for Defendant(s)**         **Attorney for**
Jennifer Solari                          John C. Bell
David Aaron                              Titus Nichols

PROCEEDINGS : **PLANNING CONFERENCE**        [✓] In Court
                                             [ ] In Chambers

All parties present and ready to proceed:

After hearing from the parties, the Court will submit it's proposed scheduling order to the parties via email. The parties will then have until 4:00 pm to submit any proposed changes.

The parties have 14 days to file supplemental briefs regarding language for the Protective Order.

(Rev 7/2003)                                                     GENERAL CLERK'S MINUTES