UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CR 117-34 |
| | * |
| Reality Leigh Winner | * |
| | * |
| Defendant | * |

**********

## GOVERNMENT'S MOTION TO SEAL

The Government respectfully requests that its Motion to Amend Conditions of Detention be filed under seal because the details therein concern ongoing efforts to protect classified information. As soon as all efforts are complete, the Government will notify the Court and move to unseal its motion and the resulting Order.

The Government has conferred with defense counsel, and defense counsel does not oppose the sealing of the Government's motion and the Court's resulting Order during the aforementioned efforts.

Respectfully submitted,

James D. Durham
Acting United States Attorney

By: _____
Jennifer G. Solari
Assistant United States Attorney

_____/s/_____
David C. Aaron
Julie Edelstein
Trial Attorneys
U. S. Department of Justice
National Security Division

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case via electronic mail at the following email addresses:

titus@bellbrigham.com

john@bellbrigham.com

marie@bellbrigham.com

This 7th day of July, 2017.

                                         JAMES D. DURHAM
                                         ACTING UNITED STATES ATTORNEY

                                         */s/ Jennifer G. Solari*

                                         Jennifer G. Solari
                                         Assistant United States Attorney

Post Office Box 8970
Savannah, Georgia 31401
Telephone No: 912-652-4422