# United States District Court
## *Southern District of Georgia*

United States

_____
Plaintiff

v. Reality Leigh Winner

_____
Defendant

Case No. _____1:17-CR-00034_____

Appearing on behalf of: _____

Defendant

_____
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner**, ____Joe Dally Whitley____ hereby requests permission to appear pro hac vice in the subject case filed in the ____Augusta____ Division of the United States District Court for the Southern District of Georgia. **Petitioner** states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, ____Northern District of Georgia____. **Petitioner** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

**Petitioner** designates ____Titus Nichols (Bell & Brigham)____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

**Petitioner** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __10th__ day of ____July____, __2017__.

_____
(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, ____Titus Nichols (Bell & Brigham)____, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

This __20th__ day of __July__, __2017__.

__870662__
Georgia Bar Number

_____
Signature of Local Counsel

__(706) 722-2014__         __Bell & Brigham__                (Law Firm)
Business Telephone         __457 Greene Street__             (Business Address)
                           __Augusta, GA 30901__             (City, State, Zip)
                                                             (Mailing Address)
                           __titus@bellbrigham.com__         (Email Address)



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA }
} ss.
NORTHERN DISTRICT OF GEORGIA }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JOE DALLY WHITLEY, State Bar No. 756150**, was duly admitted to practice in said Court on January 18, 1991, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 11th day of July, 2017.

JAMES N. HATTEN
CLERK OF COURT

By: _Anniva Renick_
Anniva Renick
Deputy Clerk