# United States District Court
## *Southern District of Georgia*

United States

_____
Plaintiff

v.

Reality Leigh Winner

_____
Defendant

Case No. 1:17-CR-00034

Appearing on behalf of
Defendant
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
*****

NAME OF PETITIONER: Joe Dally Whitley

Business Address: Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Firm/Business Name

3414 Peachtree Road NE, Monarch Plaza Suite 1600
Street Address

| Street Address (con't) | Atlanta | GA | 30326 |
|---|---|---|---|
|  | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| (404) 223-2209 |  | 756150 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address: jwhitley@bakerdonelson.com