# United States District Court
## *Southern District of Georgia*

United States

       Plaintiff

v.  Reality Leigh Winner

       Defendant

Case No.  1:17-CR-00034

Appearing on behalf of Defendant

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Matthew Scott Chester |
| Business Address: | Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. |
| | Firm/Business Name |
| | 201 St. Charles Ave., Suite 3600 |
| | Street Address |
| | New Orleans        LA        70170 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | 504-566-5200 |
| | Telephone Number (w/ area code)    Georgia Bar Number |
| Email Address: | mchester@bakerdonelson.com |