# United States District Court

## *Southern District of Georgia*

United States

_____
Plaintiff

v. Reality Leigh Winner

_____
Defendant

Case No. _____1:17-CR-00034_____

Appearing on behalf of: _____

Defendant

_____
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner,* _____Jill E. McCook_____ hereby requests permission to appear pro hac vice in the subject case filed in the _____Augusta_____ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, _____Eastern District of Tennessee_____. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates _____John C. Bell (Bell & Brigham)_____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This ___24th___ day of _____July_____, ___2017___.

_____
(Signature of *Petitioner*)

### *CONSENT OF DESIGNATED LOCAL COUNSEL*

I, _____John C. Bell (Bell & Brigham)_____, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This ___25th___ day of ___July___, ___2017___.

| | | |
|---|---|---|
| 048600 | | |
| Georgia Bar Number | Signature of Local Counsel | |
| (706) 722-2014 | Bell & Brigham | (Law Firm) |
| Business Telephone | 457 Greene Street | (Business Address) |
| | Augusta, GA 30901 | (City, State, Zip) |
| | | (Mailing Address) |
| | john@bellbrigham.com | (Email Address) |

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

## CERTIFICATE OF GOOD STANDING

I, Debra C. Poplin, Clerk of the Eastern District of Tennessee, certify that

# Jill Elizabeth McCook,

was duly admitted to practice in this Court on __12-14-2016__ and is in good standing as a member of the Bar of this Court.

Dated at __Knoxville, TN__ on __Thursday July 20, 2017__.

_____
DEPUTY CLERK