# United States District Court
## *Southern District of Georgia*

United States

    Plaintiff

Case No.    1:17-CR-00034

v.    Reality Leigh Winner

Appearing on behalf of Defendant

    Defendant                 (Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
\*\*\*\*\*

NAME OF PETITIONER:    Jill E. McCook

Business Address:    Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
                            Firm/Business Name

265 Brookview Centre Way Suite 600
                            Street Address

| Street Address (con't) | City | State | Zip |
|---|---|---|---|
|  | Knoxville | TN | 37919 |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|

(865) 549-7129
Telephone Number (w/ area code)      Georgia Bar Number

Email Address:    jmccook@bakerdonelson.com