# United States District Court

## Southern District of Georgia

| United States | | |
|---|---|---|
| _____ | Case No. | 1:17-CR-00034 |
| Plaintiff | | |
| v. Reality Leigh Winner | Appearing on behalf of: _____ | |
| | Defendant | |
| _____ | _____ | |
| Defendant | (Plaintiff/Defendant) | |

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, ____Thomas H. Barnard____ hereby requests permission to appear pro hac vice in the subject case filed in the ____Augusta____ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, ____District of Maryland____. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates: Titus Nichols (Bell & Brigham) as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __1st__ day of __August__, __2017__.

_____
(Signature of *Petitioner*)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, __Titus Nichols (Bell & Brigham)__, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

This __1__ day of __August__, __2017__.

| 870662 | | |
|---|---|---|
| Georgia Bar Number | Signature of Local Counsel | |
| (706) 722-2014 | Bell & Brigham | (Law Firm) |
| Business Telephone | 457 Greene Street | (Business Address) |
| | Augusta, GA 30901 | (City, State, Zip) |
| | | (Mailing Address) |
| | titus@bellbrigham.com | (Email Address) |

# Certificate of Good Standing



## UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland, certify that Thomas H Barnard, Bar No. 27488, was duly admitted to practice in this Court on 5/28/2004, and is in good standing as a member of the Bar of this Court.

Clerk of Court

Date: 7/24/2017

Jacob Harner
Deputy Clerk

*This Certificate is valid for 90 days from the date issued.*