# United States District Court
## *Southern District of Georgia*

United States

_____
Plaintiff

v.

Reality Leigh Winner

_____
Defendant

Case No. ____1:17-CR-00034____

Appearing on behalf of

Defendant

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: Thomas H. Barnard

Business Address: Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Firm/Business Name

Legg Mason Building, 100 Light Street
Street Address

| Baltimore | MD | 21202 |
|---|---|---|
| City | State | Zip |

Street Address (con't)

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |

(410) 862-1185 | D. MD. 27488
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: tbarnard@bakerdonelson.com