## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

UNITED STATES OF AMERICA                               **N O T I C E**

v.                                                      1:17cr034

REALITY LEIGH WINNER

---

TAKE NOTICE that a proceeding in the above action has been scheduled for the place, date and time set forth below:

---

DATE AND TIME:   **WEDNESDAY, AUGUST 30, 2017 AT 9:00 A.M.**

Any requests for continuance or rescheduling should be in the form of a motion and filed with the Clerk of Court.

Please allow extra arrival time to clear security at the door, and be prepared to produce personal identification at the security desk when entering the building. Cell phones and pagers are not permitted. Attorney vehicles may be parked within the campus.

---

PLACE:    FEDERAL JUSTICE CENTER
          UNITED STATES DISTRICT COURT
          600 JAMES BROWN BOULEVARD
          COURTROOM 1
          AUGUSTA, GEORGIA

   ** *ENTER THE CAMPUS AT THE GUARDHOUSE - 600 JAMES BROWN BOULEVARD*

---

TYPE OF PROCEEDING:   STATUS CONFERENCE

---

DATE: August 25, 2017

TO:  Judge Epps
     AUSA
     US Marshal
     US Probation
     Brett Switzer
     Jill McCook
     Joe Whitley
     John Bell
     Matthew Chester
     Thomas Barnard
     Titus Nichols
     Jenna Solari
     Brian Rafferty
     James Durham

I hereby certify that the foregoing notice was served on the date of issuance upon each of the stated recipients by fax, personal delivery, electronic mail, or the U. S. Mail.

SCOTT POFF
CLERK OF COURT

BY: _____

LISA WIDENER, COURTROOM DEPUTY CLERK
706 823-6467