IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CR 117-34 |
| v. | * | |
| | * | |
| REALITY LEIGH WINNER, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| ******* | | |

## GOVERNMENT'S NOTICE OF FILING

Pursuant to the Court's Scheduling Order of June 30, 2017, doc. 33, the United States

hereby gives notice that today it filed with the Court, through the Classified Information Security

Officer, a pleading entitled the "Government's *Ex Parte, In Camera*, Under Seal Motion and

Memorandum of Law for a Protective Order Pursuant to CIPA § 4 and Fed. R. Crim. P.

16(d)(1)."


Respectfully submitted,

JAMES D. DURHAM
ACTING UNITED STATES ATTORNEY

*//s// Jennifer G. Solari*

Jennifer G. Solari
Assistant United States Attorney

1

*//s// David C. Aaron*

David C. Aaron
Trial Attorney
U. S. Department of Justice
National Security Division

*//s// Julie Edelstein*

Julie A. Edelstein
Trial Attorney
U. S. Department of Justice
National Security Division

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on this day served all the parties in this case in accordance

with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in

this Court.

This 25th day of August 2017.

JAMES D. DURHAM
ACTING UNITED STATES ATTORNEY

*//s// Julie A. Edelstein*

Julie A. Edelstein
Trial Attorney

600 E Street, N.W.
Washington, D.C. 20004
(202) 233-2260