UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * * * |
| v. | *    NO. 1:17-CR-00034 * |
| REALITY LEIGH WINNER | * * * |

* * * * * * * * * * * * * * * * * * * *

## MOTION TO SUPPRESS DEFENDANT'S STATEMENTS AND REQUEST FOR EVIDENTIARY HEARING

NOW INTO COURT, through undersigned counsel, comes Defendant Reality Leigh Winner ("Winner" or the "defendant") who respectfully moves, pursuant to Rule 12(b)(3)(C) of the Federal Rules of Criminal Procedure, to suppress her statements elicited by law enforcement in violation of *Miranda v. Arizona*, 384 U.S. 436 (1966). Winner also requests an evidentiary hearing to demonstrate why her statements were improperly elicited by law enforcement.

As set forth in the accompanying Memorandum in Support of this Motion to Suppress Defendant's Statements and Request for Evidentiary Hearing (and Winner's declaration submitted therewith), on June 3, 2017, when Winner arrived home, she was confronted with ten armed male law enforcement agents, equipped to execute search warrants for her house, her car, and her person. Winner was escorted to a back room in her house—one she advised she would rather not go into—and was interrogated by two of the agents, while the remaining eight officers began rummaging through the entirety of her house. In that unfurnished back room, Winner sat with her back against the wall, with her two questioners blocking the exit to the room, a door that was nearly shut. Winner was never told she was free to leave, nor was she advised as to her arrest status; indeed, when she specifically asked whether she was under arrest, the agents told

her they did not know the answer to that "yet." During her questioning, she was reminded that law enforcement had a search warrant for her person—a significant fact that would make any reasonable person believe she was detained, at least until that search warrant was executed, which, in this case, did not happen until long after her questioning. After Winner's interrogation, her movements were further dictated by law enforcement, as she was directed to wait in the front yard, then in the fenced part of her yard, and was ultimately arrested when law enforcement called two female officers to transport her to jail.

Because Winner was never read her *Miranda* rights at any point during the questioning on June 3rd at her home, under the applicable precedent set forth in the accompanying memorandum in support, any statements elicited by law enforcement from Winner during the encounter must be suppressed, as should any evidence obtained as a result of those statements.

WHEREFORE, pursuant to Rule 12(b)(3)(C) of the Federal Rules of Criminal Procedure, and for the reasons set forth above as well as in the accompanying memorandum in support, defendant Reality Leigh Winner respectfully requests that the Court grant an evidentiary hearing in connection with the instant Motion to Suppress; that the Court grant the Motion to Suppress; that the Court suppress any statements made by Winner taken in violation of *Miranda*; that the Court suppress any evidence obtained as a result of those statements; and that the Court grant such additional relief as may be warranted.

                Respectfully submitted,

BY:   */s/ John C. Bell Jr.*
        John C. Bell, Jr. (Bar No. 048600)
        Titus T. Nichols (Bar No. 870662)
        **BELL & BRINGHAM**
        PO Box 1547
        Augusta, GA  30903-1547
        (706) 722-2014
        John@bellbrigham.com
        Titus@bellbrigham.com

Joe D. Whitley (Bar No. 756150)
Admitted *Pro Hac Vice*
Brett A. Switzer (Bar No. 554141)
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Rd., NE Suite 1600
Atlanta, GA 30326
(404) 577-6000
JWhitley@bakerdonelson.com
BSwitzer@bakerdonelson.com

Matthew S. Chester (La. Bar No. 36411)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170
(504) 566-5200
MChester@bakerdonelson.com

Jill E. McCook (Tn. Bar No. 033813)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919
(865) 549-7129
JMCook@bakerdonelson.com

Thomas H. Barnard (Az. Bar No. 27488)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
100 Light Street.
Baltimore, MD 21202
(410) 685-1120
TBarnard@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT
REALITY LEIGH WINNER**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties.

                                                      */s/ John C. Bell, Jr.*
                                                      JOHN C. BELL, JR.

                                                      COUNSEL FOR DEFENDANT