IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 117-034 |
| | ) | |
| REALITY LEIGH WINNER | ) | |

## AMENDED SCHEDULING ORDER

For the reasons stated on the record during the conference on August 30, 2017, the Court hereby enters the following amended schedule for discovery, pretrial motions, and trial.

| | |
|---|---|
| Later of November 1, 2017 or 30 days after clearances issued for Messrs. Chester and Whitley | Defense deadline for filing all pretrial motions and any notice pursuant to § 5 of CIPA. |
| Three Weeks from Defense Deadline for Filing Pretrial Motions and § 5 Notice | Deadline for government response to defense motions and § 5 CIPA notice |
| Six Weeks from Defense Deadline for Filing Pretrial Motions and § 5 Notice | CIPA § 6 Hearing |
| March 19, 2018 | Trial |

**SO ORDERED** this 31st day of August, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA