# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO.  CR117-034

TITLE  USA V. REALITY LEIGH WINNER

DATE  August 30, 2017

TIMES

TOTAL

Honorable : Brian K. Epps, United States Magistrate Judge

Courtroom Deputy : Lisa Widener

Court Reporter : FTR

Interpreter :

**Attorney for    Government**
Julie Ann Edelstein
Jennifer Solari (via phone)
David Aaron (via phone)

**Attorney for Defendant(s)**
Matthew Chester
Joe Whitley
John Bell
Titus Nichols

**Attorney for**

PROCEEDINGS : STATUS CONFERENCE

[✓] In Court
[ ] In Chambers

All parties present and ready to proceed. Defendant waived her right to be present.

Status Conference held.

(Rev 7/2003)

GENERAL CLERK'S MINUTES