**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

|                               |   |            |
|-------------------------------|---|------------|
|                               | * |            |
| **UNITED STATES OF AMERICA**  | * |            |
|                               | * |            |
| **v.**                        | * | **CR 1:17-34** |
|                               | * |            |
| **Reality Leigh Winner**      | * |            |
|                               | * |            |
| **Defendant**                 | * |            |
|                               | *********** |    |

**GOVERNMENT'S MOTION TO MODIFY AMENDED SCHEDULING ORDER**

The United States of America, by and through its undersigned counsel, hereby moves this Court to modify the Amended Scheduling Order entered by the Court on August 31, 2017 (Dkt. No. 66). The government respectfully requests that this Court issue an Amended Scheduling Order, which sets a fulsome briefing schedule in advance of a potential CIPA § 6(a) hearing, with the deadlines set forth below. The defense is still reviewing the government's proposal.

As the government has indicated, CIPA litigation must proceed in sequence, section by section, because one section cannot be adequately addressed until matters under the preceding section have been resolved. *See* Dkt. No. 30; *id.* at 9-15 (describing Section 5 and Section 6 proceedings); *see also United States v. Kim*, No. 1:10-cr-225-CKK (D.D.C), Dkt. Nos. 184, 241. The proposed schedule will facilitate CIPA proceedings without delay of the trial date.

| Later of November 1, 2017 or 30 days after clearances for Messrs. Chester and Whitley | Defense deadline for filing all pretrial motions and any notice pursuant to § 5 of CIPA |
|---|---|
| Three Weeks from defense deadline for filing pretrial motions and § 5 Notice | Deadline for government response to defense motions and any objections to the adequacy of defense CIPA § 5 notice |

| | |
|---|---|
| One Week from government response to defense motions and any objections to the adequacy of defense CIPA § 5 notice | Deadline for defense reply to government response to defense motions and response to any objections to the adequacy of defense CIPA § 5 notice |
| One Week from defense response to any objections to the adequacy of defense § 5 CIPA notice | Deadline for government to file reply to defense response to any objections to the adequacy of defense CIPA § 5 notice |
| Three Weeks from Court rendering decision as to the adequacy of the § 5 notice, or the parties indicating to the Court that they have resolved issues of notice without the requirement of a decision from the Court | Deadline for government to file CIPA § 6(a) Motion |
| Two Weeks after the government CIPA § 6(a) Motion | Deadline for defense to file response to government CIPA § 6(a) Motion |
| One Week after the defense response to CIPA § 6(a) Motion | Deadline for government to file reply to CIPA § 6(a) Motion |
| One Week after government reply to CIPA § 6(a) Motion | CIPA § 6(a) Hearing[1] |
| March 19, 2018 | Trial |

Respectfully submitted,

James D. Durham
Acting United States Attorney

By:        /s/
Jennifer G. Solari
Assistant United States Attorney

           /s/
David C. Aaron
Julie Edelstein
Trial Attorneys
U. S. Department of Justice
National Security Division

---

[1] Should the Court issue any adverse ruling under Section 6(a), the government would have the opportunity to seek an alternative procedure for disclosure of classified information under Section 6(c). The government would propose that it be afforded two weeks following such a ruling to file a motion under Section 6(c), to be followed by a similar briefing and hearing schedule as its proposed schedule regarding 6(a).

2

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 1st day of September 2017.

JAMES D. DURHAM
ACTING UNITED STATES ATTORNEY

*//s// **Julie A. Edelstein***

Julie A. Edelstein
Trial Attorney

600 E Street, N.W.
Washington, D.C. 20004
(202) 233-2260