UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | * CR 117-34 |
| **Reality Leigh Winner** | * |
| **Defendant** | * |

**AMENDED SCHEDULING ORDER**

For the reasons stated on the record during the conference on August 30, 2017, and having considered the government's Motion to Modify Amended Scheduling Order, the Court hereby enters the following amended schedule for discovery, pretrial motions, and trial.

| | |
|---|---|
| Later of November 1, 2017 or 30 days after clearances for Messrs. Chester and Whitley | Defense deadline for filing all pretrial motions and any notice pursuant to § 5 of CIPA |
| Three Weeks from defense deadline for filing pretrial motions and § 5 Notice | Deadline for government response to defense motions and any objections to the adequacy of defense CIPA § 5 notice |
| One Week from government response to defense motions and any objections to the adequacy of defense CIPA § 5 notice | Deadline for defense reply to government response to defense motions and response to any objections to the adequacy of defense CIPA § 5 notice |
| One Week from defense response to any objections to the adequacy of defense § 5 CIPA notice | Deadline for government to file reply to defense response to any objections to the adequacy of defense CIPA § 5 notice |
| Three Weeks from Court rendering decision as to the adequacy of the § 5 notice, or the parties indicating to the Court that they have resolved issues of notice without the requirement of a decision from the Court | Deadline for government to file CIPA § 6(a) Motion |
| Two Weeks after the government CIPA § 6(a) Motion | Deadline for defense to file response to government CIPA § 6(a) Motion |
| One Week after the defense response to CIPA § 6(a) Motion | Deadline for government to file reply to CIPA § 6(a) Motion |
| One Week after government reply to CIPA § 6(a) Motion | CIPA § 6(a) Hearing |
| March 19, 2018 | Trial |

_____
HON. BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE

_____
Date