IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CR 1:17-34 |
| v. | * | |
| | * | |
| REALITY LEIGH WINNER, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| ******* | | |

## NOTICE OF APPEARANCE

COMES NOW the United States of America, by and through James D. Durham, Acting United States Attorney for the Southern District of Georgia, and files a notice of appearance for Julie A. Edelstein on behalf of the United States in the above-captioned case.

Respectfully submitted this 5th day of September, 2017.

                                                    James D. Durham
                                                  Acting United States Attorney

By:       /s/
                 Julie Edelstein
                 Trial Attorney
                 U. S. Department of Justice
                 National Security Division
                 District of Columbia Bar No. 976558

# CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 5th day of September, 2017.

                                              Respectfully submitted,

                                              JAMES D. DURHAM
                                              ACTING UNITED STATES ATTORNEY

                                              ***//s// Julie A. Edelstein***

                                              Julie A. Edelstein
                                              Trial Attorney

600 E Street, N.W.
Washington, D.C. 20004
(202) 233-2260