# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR 1:17-34 |
| ) | |
| v. ) | |
| ) | |
| REALITY LEIGH WINNER ) | |

## NOTICE OF APPEARANCE

Comes now the United States of America, by and through James D. Durham, Acting United States Attorney for the Southern District of Georgia, and files a notice of appearance for David C. Aaron on behalf of the United States in the above-captioned case.

Respectfully submitted this 5th day of September, 2017.

Respectfully submitted,

James D. Durham
Acting United States Attorney

By:     /s/
David C. Aaron
Trial Attorney
U.S. Department of Justice
National Security Division
New York State Bar. No. 3949955

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing (NEF) which was generated as a result of electronic filing in this Court.

This 5th day of September, 2017.

                                Respectfully submitted,

                                JAMES. D. DURHAM
                                ACTING UNITED STATES ATTORNEY

By:       /s/
          David C. Aaron
          Trial Attorney
          U.S. Department of Justice
          National Security Division
          New York State Bar. No. 3949955

950 Pennsylvania Ave, N.W.
Washington, D.C. 20530
(202) 307-5190