IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | SUPERSEDING INDICTMENT |
| | * | CR 1:17-34 |
| v. | * | |
| | * | Willful Retention and Transmission of |
| REALITY LEIGH WINNER, | * | National Defense Information, 18 U.S.C. |
| | * | § 793(e) |
| Defendant. | * | |

*******

## PENALTY CERTIFICATION

The undersigned hereby certifies the penalty for the offense as follows:

**Count One - 18 U.S.C. 793(e)**
**Willful Retention and Transmission of National Defense Information**
Imprisonment for not more than ten (10) years,
A fine of up to $250,000, or both;
Not more than three (3) years supervised release; and
$100 special assessment.

Respectfully submitted,

JAMES D. DURHAM
ACTING UNITED STATES ATTORNEY

Jennifer G. Solari
Assistant United States Attorney
District of Columbia Bar No. 987167