UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * * * | |
| v. | * * | CR 117-34 |
| **Reality Leigh Winner** | * * | |
| **Defendant** | * **********| |

## ORDER

Having considered the Government's Request to Extend Motion Response Deadline, Doc. 72, the motion is hereby **GRANTED**.

Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that failure to grant the requested extension would deny counsel for the Government reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by granting the requested extension outweigh the best interest of the public and the Defendant in a speedy trial.

Accordingly, it is **ORDERED** that the period of delay from September 12, 2017 through and including September 15, 2017, be excluded from calculation under the Speedy Trial Act.

_____
HON. BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE

_____
Date