| | |
|---|---|
| UNITED STATES OF AMERICA | **N O T I C E** |
| v. | 1:17cr034 |
| REALITY LEIGH WINNER | |

TAKE NOTICE that a proceeding in the above action has been scheduled for the place, date and time set forth below:

DATE AND TIME: **THURSDAY, SEPTEMBER 14, 2017 AT 2:00 P.M.**

**Any requests for continuance or rescheduling should be in the form of a motion and filed with the Clerk of Court.**

**Please allow extra arrival time to clear security at the door, and be prepared to produce personal identification at the security desk when entering the building. Cell phones and pagers are not permitted. Attorney vehicles may be parked within the campus.**

PLACE:     FEDERAL JUSTICE CENTER
           UNITED STATES DISTRICT COURT
           600 JAMES BROWN BOULEVARD
           COURTROOM 1
           AUGUSTA, GEORGIA

*** ENTER THE CAMPUS AT THE GUARDHOUSE - 600 JAMES BROWN BOULEVARD*

TYPE OF PROCEEDING:   ARRAIGNMENT ON SUPERSEDING INDICTMENT and
                      MOTIONS HEARING (DOC. 68 & 69)

DATE: September 7, 2017

TO:     Judge Epps
        AUSA
        US Marshal
        US Probation
        Brett A. Switzer
        Jill E. McCook
        Joe D. Whitley
        John C. Bell, Jr.
        Matthew Scott Chester
        Thomas H. Barnard
        Titus Nichols

I hereby certify that the foregoing notice was served on the date of issuance upon each of the stated recipients by fax, personal delivery, electronic mail, or the U. S. Mail.

SCOTT POFF
CLERK OF COURT

BY:_____
       LISA WIDENER, COURTROOM DEPUTY CLERK
       706 823-6467