IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 117-034 |
| | ) | |
| REALITY LEIGH WINNER | ) | |

**ORDER**

The government requests an extension of time until September 15, 2017, to respond to Defendant's motion to suppress filed August 29, 2017. According to the Amended Scheduling Order entered August 31, 2017, the deadline for responding to defense motions is three weeks from the defense deadline for filing pretrial motions, which is the later of November 1, 2017 or thirty days after clearances are issued for Messrs. Chester and Whitley. (Doc. no. 66.) Because Defendant's choice to file her motion early does not change this deadline, the extension request is **MOOT**. (Doc. no. 76.)

SO ORDERED this 8th day of September, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA