UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| **v.** | * | **NO. 1:17-CR-00034** |
| | * | |
| **REALITY LEIGH WINNER** | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

### NOTICE OF FILING OF DEFENDANT'S OBJECTION TO GOVERNMENT'S PROCEEDING *EX PARTE* UNDER SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RESPONSE TO GOVERNMENT'S NOTICE OF FILING

NOW INTO COURT, through undersigned counsel, comes Defendant Reality Leigh Winner ("Winner"), who hereby gives notice that on September 8, 2017, Winner filed with the Court, through the Classified Information Security Officer ("CISO"), Defendant's Objection to the Government Proceeding *Ex Parte* Under Section 4 of the Classified Information Procedures Act and Response to Government's Notice of Filing (Rec. Doc. No. 62), and Request for a Hearing. Upon approval by the CISO, Winner's Objection to the Government Proceeding *Ex Parte*, Response to Government's Notice of Filing, and Request for a Hearing, will be filed into the record.

Respectfully submitted,

BY:   */s/ John C. Bell Jr.*
John C. Bell, Jr. (Bar No. 048600)
Titus T. Nichols (Bar No. 870662)
**BELL & BRINGHAM**
PO Box 1547
Augusta, GA  30903-1547
(706) 722-2014
John@bellbrigham.com
Titus@bellbrigham.com

Joe D. Whitley (Bar No. 756150)
Admitted *Pro Hac Vice*
Brett A. Switzer (Bar No. 554141)
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Rd., NE Suite 1600
Atlanta, GA  30326
(404) 577-6000
JWhitley@bakerdonelson.com
BSwitzer@bakerdonelson.com

Matthew S. Chester (La. Bar No. 36411)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
201 St. Charles Ave., Suite 3600
New Orleans, LA  70170
(504) 566-5200
MChester@bakerdonelson.com

Jill E. McCook (Tn. Bar No. 033813)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
265 Brookview Centre Way, Suite 600
Knoxville, TN  37919
(865) 549-7129
JMCook@bakerdonelson.com

        Thomas H. Barnard (Az. Bar No. 27488)
        Admitted *Pro Hac Vice*
        **BAKER, DONELSON, BEARMAN,**
        **CALDWELL & BERKOWITZ, P.C.**
        100 Light Street.
        Baltimore, MD  21202
        (410) 685-1120
        TBarnard@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT**
**REALITY LEIGH WINNER**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 11, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties.

                                                */s/ John C. Bell, Jr.*
                                                JOHN C. BELL, JR.