**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| | * | |
| **v.** | * | **NO. 1:17-CR-00034** |
| | * | |
| **REALITY LEIGH WINNER** | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO WITHDRAW AND FOR LEAVE TO FILE SUBSTITUTE PLEADING**
**REGARDING SECOND DETENTION HEARING**

NOW INTO COURT, through undersigned counsel, comes Defendant Reality Leigh Winner ("Winner") who respectfully moves this Court to withdraw as filed in error and for leave to file substitute pleading regarding Second Detention Hearing scheduled for Friday, September 29, 2017 at 10:00 AM, as follows:

1.     Winner, through counsel, erroneously filed a pleading regarding the Second Detention Hearing.

2.     This motion is not filed for the purpose of delay.  Winner submits that the relief requested herein is appropriate to protects the interests and resources of all parties and this Court.

3.     A proposed order is attached to this motion as **Exhibit 1**.

WHEREFORE, Winner seeks entry of the proposed order attached to this motion as **Exhibit 1** hereto, withdrawing as filed in error and granting leave for Winner to file substitute pleading regarding Second Detention Hearing scheduled for Friday, September 29, 2017 at 10:00 AM.

[SIGNATURES BLOCKS ON NEXT PAGE]

Respectfully submitted,


BY:     */s/ Brett A. Switzer*
        Joe D. Whitley (Bar No. 756150)
        Admitted *Pro Hac Vice*
        Brett A. Switzer (Bar No. 554141)
        **BAKER, DONELSON, BEARMAN,**
        **CALDWELL & BERKOWITZ, P.C.**
        3414 Peachtree Rd., NE Suite 1600
        Atlanta, GA  30326
        (404) 577-6000
        JWhitley@bakerdonelson.com
        BSwitzer@bakerdonelson.com

        John C. Bell, Jr. (Bar No. 048600)
        Titus T. Nichols (Bar No. 870662)
        **BELL & BRIGHAM**
        PO Box 1547
        Augusta, GA  30903-1547
        (706) 722-2014
        John@bellbrigham.com
        Titus@bellbrigham.com

        Matthew S. Chester (La. Bar No. 36411)
        Admitted *Pro Hac Vice*
        **BAKER, DONELSON, BEARMAN,**
        **CALDWELL & BERKOWITZ, P.C.**
        201 St. Charles Ave., Suite 3600
        New Orleans, LA  70170
        (504) 566-5200
        MChester@bakerdonelson.com

        Jill E. McCook (Tn. Bar No. 033813)
        Admitted *Pro Hac Vice*
        **BAKER, DONELSON, BEARMAN,**
        **CALDWELL & BERKOWITZ, P.C.**
        265 Brookview Centre Way, Suite 600
        Knoxville, TN  37919
        (865) 549-7129
        JMCook@bakerdonelson.com

2

Thomas H. Barnard (Az. Bar No. 020982)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
100 Light Street.
Baltimore, MD  21202
(410) 685-1120
TBarnard@bakerdonelson.com


**ATTORNEYS FOR DEFENDANT**
**REALITY LEIGH WINNER**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 21, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties.

*/s/ Brett A. Switzer*
Brett A. Switzer
