IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *     CR 117-34 |
| v. | * |
| | * |
| REALITY LEIGH WINNER, | * |
| | * |
| Defendant. | * |
| | * |
| | * |
| | ******* |

## GOVERNMENT'S NOTICE OF FILING

The United States hereby gives notice that today it filed with the Court, through the Classified Information Security Officer, a classified pleading.

                        Respectfully submitted,

                        James D. Durham
                        Acting United States Attorney

By:    /s/
                        Jennifer G. Solari
                        Assistant United States Attorney

                        /s/
                        David C. Aaron
                        Julie Edelstein
                        Trial Attorneys
                        U. S. Department of Justice
                        National Security Division

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 22nd day of September 2017.

                                        JAMES D. DURHAM
                                      ACTING UNITED STATES ATTORNEY

                                      *//s// Julie A. Edelstein*

                                      Julie A. Edelstein
                                      Trial Attorney

600 E Street, N.W.
Washington, D.C. 20004
(202) 233-2260