IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CR 1:17-34 |
| v. | * | |
| | * | |
| REALITY LEIGH WINNER, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| | ******* | |

## GOVERNMENT'S NOTICE OF FILING

The United States hereby gives notice that on September 28, 2017, it filed with the Court, through the Classified Information Security Officer, a pleading entitled the "Government's Second *Ex Parte, In Camera*, Under Seal Motion and Memorandum of Law for a Protective Order Pursuant to CIPA § 4 and Fed. R. Crim. P. 16(d)(1)."

    Respectfully submitted,

    R. BRIAN TANNER
    ACTING UNITED STATES ATTORNEY

    *//s// Jennifer G. Solari*

    Jennifer G. Solari
    Assistant United States Attorney


    *//s// David C. Aaron*

    David C. Aaron
    Trial Attorney

U. S. Department of Justice
National Security Division

*//s// Julie Edelstein*

Julie A. Edelstein
Trial Attorney
U. S. Department of Justice
National Security Division

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 30th day of September 2017.

                                            R. BRIAN TANNER
                                            ACTING UNITED STATES ATTORNEY

                                            *//s// Julie A. Edelstein*

                                            Julie A. Edelstein
                                            Trial Attorney

600 E Street, N.W.
Washington, D.C. 20004
(202) 233-2260