GOVERNMENT'S EXHIBIT
NO. 4

CASE NO. 1:17-CR-034

**UNITED STATES OF AMERICA**
vs.
**REALITY LEIGH WINNER**

MARKED FOR IDENTIFICATION

FILED IN EVIDENCE

SCOTT L. POFF
*CLERK, UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF GEORGIA*





GOVERNMENT'S EXHIBIT
NO. **6**

CASE NO. 1:17-CR-034

*UNITED STATES OF AMERICA*
vs.
**REALITY LEIGH WINNER**

MARKED FOR IDENTIFICATION

FILED IN EVIDENCE

SCOTT L. POFF
*CLERK, UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF GEORGIA*

**Transcript Phone Call 10.66.0.21-752ac5840a4200152ea446544f5f9f77 winner3.wav**

| | |
|---|---|
| AUTOMATED VOICE: | Hello please hold while we attempt to connect your call. We are attempting to receive acceptance information from your called party. This may take up to two minutes. Please continue to hold. |
| (Music). | |
| AUTOMATED VOICE: | We are attempting to receive acceptance information from your called party. This may take up to two minutes. Please continue to hold. |
| (Music). | |
| AUTOMATED VOICE: | We are attempting to receive acceptance information from your called party. This may take up to two minutes. Please continue to hold. |
| (Music). | |
| AUTOMATED VOICE: | We are attempting to receive acceptance information from your called party. This may take up to two minutes. Please continue to hold. |
| (Music). | |
| AUTOMATED VOICE: | We are attempting to receive acceptance information from your called party. This may take up to two minutes. Please continue to hold. |
| (Music). | |
| AUTOMATED VOICE: | We are attempting to receive acceptance information from your called party. This may take up to two minutes. Please continue to hold. |
| (Music). | |
| AUTOMATED VOICE: | We are attempting to receive acceptance information from your called party. This may take up to two minutes. Please continue to hold. |
| (Music). | |
| AUTOMATED VOICE: | We are attempting to receive acceptance information from your called party. This may take up to two minutes. Please continue to hold. |
| (Music). | |
| AUTOMATED VOICE: | We are attempting to receive acceptance information from your called party – |
| AUTOMATED VOICE: | Telecommunications services provided by Securus Technologies. For more information on products and services visit www.securustech.net. Calls are subject to recording and may be monitored. You may start your conversation now. |
| WINNER: | Britty. |

6B

| | |
|---|---|
| BRITTY: | What's up? |
| WINNER: | Oh my god I'm so glad I got through to you. I'm sorry it sounds like a telemarketer. |
| BRITTY: | Yeah I - I can't believe that I didn't notice that the same number was calling me and leaving voicemails. And I'm like that's so weird. I mean I get a lot of marketing calls like all throughout the week and stuff. But it was persistent and I just feel so bad that I didn't pick up. |
| WINNER: | Oh boy Britty, I screwed up. |
| BRITTY: | Well it's gonna be ok. |
| WINNER: | I don't know if I'm getting out of this one. |
| BRITTY: | You don't know if what? |
| WINNER: | I don't think I'm getting out of this. |
| BRITTY: | Well mom told me that your hearing is tomorrow? |
| WINNER: | Umm they're just going to decide if I can go out on bail – |
| BRITTY: | Oh ok. |
| WINNER: | During the trial. |
| BRITTY: | Ok. |
| WINNER: | I don't, I I'm trying to rack my brain, I've signed the papers so many times, I don't know what my minimum sentence is. |
| BRITTY: | Yeah, I mean I don't, probably not wise to tell me any details about what they think you did but, um, I don't know, uh, does it have to do with the, um, background check stuff? |
| WINNER: | No. |
| BRITTY: | Oh, it's not because you put the wrong birthday for Chris? |
| WINNER: | No. I leaked a document. And they were able to trace it back to me. And it's kind of an important one. |
| BRITTY: | Ok. |
| WINNER: | So, there's a minimum sentence. I feel like after having been in this holding cell for like a day, I don't know (laugh) – |
| BRITTY: | You survived basic training – |
| WINNER: | Yeah. |
| BRITTY: | It's kinda the same thing isn't it? |

| WINNER: | No basic training is like college, like you're getting ready for something. This, I mean, and the food, and I don't I just I can't even get over like the little things, like I was supposed to teach yoga today (laugh), I was supposed to be on a date last night before I got arrested. Like things like that, I have a power lifting competition at the end of this month. Like that's all I can think about Britty, I know it's stupid but that's my whole life, that's all I had. |
|---|---|
| BRITTY: | It's not stupid – |
| WINNER: | And...(ui)... |
| BRITTY: | In fact, Chris, Chris was worried about you.  Chris was like what's she gonna eat. I was like the only thing she eats is kale, so  - |
| WINNER: | I know I feel absolutely terrible, there's so much white bread here, I - I – |
| BRITTY: | (Laugh) I'm sorry I'm laughing at you |
| WINNER: | ...(ui)...I was wondering if you could do me a favor - |
| BRITTY: | Yeah what do you need? |
| WINNER: | Um, one of my Facebook friends, if you wanna write down the name, I just need you to get him a message because he can get me a sub for my cycling class. |
| BRITTY: | (Laugh) of course thinking about your class. Ok let me get a pen. Um, ok I'm ready. |
| WINNER: | Ok his name is Lane, L-a-n-e. McKlenden (?). |
| BRITTY: | Ok |
| WINNER: | Um, He's one of my Facebook friends, so if you could look through those um, he works at SEC or um Ultimate Ride, and if you could just like message him and say, that um I'm in an emergency situation, I'm ok but I don't have any kind of phone access, and I won't be in all week. And that I need a sub for my Wednesday cycling classes, and to take my name off the Saturday competition roster. And then, maybe at the very end put, and tell Dennis I won't be in all week, 'cause I don't know Dennis' phone number |
| BRITTY: | Ok |
| WINNER: | I really appreciate it. I know it sounds dumb, but that's like, that's what kept me up at night. |
| BRITTY: | It's not dumb, you have an obligation you feel like it's really important for you to do these things. What about um what about Nikki? |
| WINNER: | Nikki's getting picked up tonight by the shelter. I told Ms. Kathy that I'm not sure what my parents are going to be able to do, and the FBI only gave me five minutes to make phone calls - |

| | |
|---|---|
| BRITTY: | I see. |
| WINNER: | So I called her first, she's picking up Mina, and she has mom's phone number so as soon as mom and Gary get to Georgia they're going to go pick up Mina at least, and Nikki will stay back with the shelter, but they're safe and in the house. |
| WINNER: | Everyone - |
| BRITTY: | Ok. |
| WINNER: | - was really worried about them when they searched my house. Bunch of dog people. |
| BRITTY: | Bunch of dog people yeah. |
| WINNER: | I'm really miss– |
| BRITTY: | Has – Miss what? |
| WINNER: | Miss Dennis. |
| BRITTY: | Yeah . |
| WINNER: | I finally found something you know. |
| BRITTY: | Were you going to date him? |
| WINNER: | I mean yeah, I mean I was gonna see last night if it was anything like that. I just don't know, I just miss having someone to just hang out with at the gym all day, and try to keep up with them you know. Like– |
| BRITTY: | Yeah it's always been, yeah. |
| WINNER: | I don't know, it's just, it's stupid, I guess that's like the only thing that's been on my mind. That's all I'm thinking about right now, is like Monday morning is going to come by and I'm not going to be at the gym. And then, you know, Tuesday, I'm going to have to worry about what's gonna happen with my life. And of course, Britty, the one time in my life I watched Twilight, I'm in jail, we watched it today. |
| BRITTY: | I don't know if you failed. I don't know I don't know what what it's about, really, I think, I think it's still going to be ok. |
| WINNER: | I just I don't want to spend years in prison. I just – |
| BRITTY: | Yeah nobody does. |
| WINNER: | I don't care, if if I get bail tomorrow I don't care what the price is, um, I'm gonna find a way to make bail happen. Even if it gets me two weeks of freedom. I just wish it was I wish it would be something simple, like ten years of probation or go back live with your parents. Like, I wish there was a reset button. |
| BRITTY: | Yeah. |

| | |
|---|---|
| WINNER: | What's the girl's name on Orange is the New Black? That's like all Bible-y and's like…(ui)…? Do you know who I'm talking about? |
| BRITTY: | What did you say? |
| WINNER: | The girl from Orange Is the New Black that was like super Bible-y, like Christian? |
| BRITTY: | Oh yeah, her name, her nickname was Pennsytucky I think. |
| WINNER: | There, ok think of that girl as like my my BFF here in jail. |
| BRITTY: | (Laugh). |
| WINNER: | …(ui)…So I guess it could be worse. And I don't get to eat peanut butter sandwiches when I'm out of jail, and that's all I can eat here because that's all they have that's Kosher, so I guess it could be worse. I could be like physically uncomfortable and miserable and stuff like that. But we just don't get to go outside, but so I just feel really bad. |
| BRITTY: | Yeah that sucks. |
| WINNER: | But um…(ui)…going to use up as much of this phone call, 'cause I think it's like a flat rate, so I'm really sorry if it charges you money. |
| BRITTY: | No it's fine. |
| WINNER: | I'll probably call mom and Gary later. They're going to know more about my hearing tomorrow than I will because they're going to talk to the FBI directly. |
| BRITTY: | Oh really? Ok. |
| WINNER: | Yeah I'll be waiting. But I'm sorry. |
| BRITTY: | For what? |
| WINNER: | I don't know it was just it was a stupid decision. |
| BRITTY: | Well everybody makes stupid decisions.  It's just. |
| WINNER: | Yeah. I didn't think. I did not even think of the consequences for like a second. (Sigh). I don't know what to do. |
| BRITTY: | You're going to get through this. |
| WINNER: | I don't, (sigh) this sounds really dumb, but I don't know what I'm getting through this for. |
| BRITTY: | What do you mean? |
| WINNER: | What's going to be on the other side? |
| BRITTY: | The rest of your life. |

| WINNER: | Yeah I I just don't see it that way. Like I don't want a rest of my life if it's not what I have, and I feel like I'm being a diva, like there are freakin Syrian refugees that have nothing and they still go from one day to the next – just have to… |
|---|---|
| BRITTY: | Yeah but, it's, well depending on what happens it could be a pretty huge change, but there is hope on the other side. You get through it. It changes you maybe as a person, but, um, I don't know. I'm really naïve and I don't really know anything about anything but, um, I think it's still going to be ok. |
| WINNER: | Yeah I keep telling myself to act more like I think I did something wrong (laugh). |
| BRITTY: | What? |
| WINNER: | Like pretend like I really feel like in my heart regret what I did, and that I did something wrong. Not because I'm in jail right now but because what I did was inherently wrong. |
| BRITTY: | Yeah. |
| WINNER: | Yeah I mean that was the thing like when the FBI was interrogating me, they were just like look we have everything we're just, we just want to know why. You know what I mean? They didn't care about anything else, they were just straight up curious to know why. |
| BRITTY: | Well maybe you're right,  I mean don't discount the effect of being pretty and white and blonde. I'm kidding. |
| WINNER: | No I, I'm definitely playing that card. I'm going to braid my hair, I'm going to look cute like – |
| BRITTY: | (Laugh). |
| WINNER: | I'm going to have a small voice, I'm going to, you know – |
| BRITTY: | Cry a lot. |
| WINNER: | Yeah. |
| BRITTY: | I don't know, I don't know if that helps or not actually. |
| WINNER: | You know and obviously there's no possibility of a repeat. And, uh, the investigation is going to take a while, they took a lot of stuff, um, Gary is really mad because they took my weapons. Um, So basically tomorrow I mean best case scenario tomorrow is I get to walk out with a bracelet on my ankle. |
| AUTOMATED VOICE: | You have one minute remaining on your call. You have one minute left. |
| WINNER: | But anyway – |
| BRITTY: | Woah. |
| WINNER: | If if you could just get that message to Lane. |

| | |
|---|---|
| BRITTY: | Yeah I will. |
| WINNER: | Alright. I really appreciate it Britty. |
| BRITTY: | Yeah of course. I'm just sorry that I didn't answer it yesterday – |
| WINNER: | It's alright you had all day – |
| BRITTY: | I'm the worst stepbrother – *duck brother* |
| WINNER: | Oh no stepbrother. |
| BRITTY: | (Laugh). Hey I love you. |
| WINNER: | I love you too. |
| BRITTY: | Keep your chin up you're going to get through this it's going to be ok. |
| WINNER: | I will. One more name, Don Z., last name starts with a Z – |
| BRITTY: | Ok. |
| WINNER: | Just tell him that I'm probably not going to talk to him again, but that, um, I'm doing pushups like crazy and that I'm going to miss him. |
| BRITTY: | Ok will do. |
| WINNER: | Just let him know I'm not going to see him again. |
| BRITTY: | Ok. |
| WINNER: | Thanks, I'm I'm sorry, thank you so much. |
| BRITTY: | It's ok, it's ok love you Ree. |
| WINNER: | Love you too, bye. |
| AUTOMATED VOICE: | Goodbye. |
| END PHONE CALL. | |

## Transcript Phone Call 10.68.0.21-857b9d510a44001539346bcc85a89637winner11.wav

AUTOMATED VOICE:    Hello please hold while we attempt to connect your call. We are attempting to receive acceptance information from your called party. This may take up to two minutes. Please continue to hold.

(Music).

AUTOMATED VOICE: We are attempting to receive acceptance information from your called party. This may take up to two minutes. Please continue to hold.

(Music).

AUTOMATED VOICE: We are attempting to receive acceptance information from your called party. This may take up to two minutes. Please continue to hold.

(Music).

AUTOMATED VOICE: We are attempting to receive acceptance information from your called party. This may take up to two minutes. Please continue to hold.

(Music).

AUTOMATED VOICE: We are attempting to receive acceptance information from your called party. This may take up to two minutes. Please continue to hold.

(Music).

AUTOMATED VOICE: We are attempting to receive acceptance information from your called party. This may take up to two minutes. Please continue to hold.

(Music).

AUTOMATED VOICE: We are attempting to receive acceptance information from your called party. This may take up to two minutes. Please continue to hold.

(Music).

AUTOMATED VOICE: We are attempting to receive –

AUTOMATED VOICE:    Telecommunications services provided by Securus Technologies. For more information on products and services visit www.securustech.net. Calls are subject to recording and may be monitored. You may start your conversation now.

ANGIE:              Hello.

BILLY WINNER DAVIS:   Hey sweetie, hey.

ANGIE:              Hey this is this is her roommate uh Angie (?), but she's right here she can hear you ok?

BILLY WINNER DAVIS:   Oh ok, hey.

6C

ANGIE:                    Hey I just, um, yeah she just wants me tell you something and we've seen you on the news, you look very nice too.

BILLY WINNER DAVIS:       Oh well thank you um.

ANGIE:                    Aww.

BILLY WINNER DAVIS:       And thank you for being so nice and sweet to my Reality.

ANGIE:                    Oh yes we love her, yes.

BILLY WINNER DAVIS:       She, yeah she, she has said that she is um she is doing so good –

ANGIE:                    Aww.

BILLY WINNER DAVIS:       And said everybody has been so nice.

ANGIE:                    Yes we are all of us is good, we're nice to her. She's a nice girl too. She's very –

BILLY WINNER DAVIS:       Oh good, oh good. Ok.

ANGIE:                    She's just smiling, she's so sweet.

BILLY WINNER DAVIS:       Oh she is, I know, I know.

ANGIE:                    She's right here smiling.

BILLY WINNER DAVIS:       (Laugh).

REALITY WINNER:           ...(ui)...

ANGIE:                    She said, will you please log on to her bank.

BILLY WINNER DAVIS:       Ok.

ANGIE:                    And transfer from her savings account.

BILLY WINNER DAVIS:       Ok.

ANGIE:                    Into your account.

BILLY WINNER DAVIS:       Into my account?

ANGIE:                    Yes ma'am—your account -

BILLY WINNER DAVIS:       Why? Why?

ANGIE:                    Under Momface.

BILLY WINNER DAVIS:       Momface, ok but why?

ANGIE:                    Why?

REALITY:                  Because they might freeze it.

ANGIE:                    They might freeze it.

BILLY WINNER DAVIS:    Oh shit.

ANGIE:    She said oh shit (laugh).

BILLY WINNER DAVIS:    Oh.

ANGIE:    She said like right, like like right now, like an hour ago yeah.

BILLY WINNER DAVIS:    Ok ok wow alright, we'll do that we'll do that immediately so good ok.

ANGIE:    She's saying something else, she said twenty, thirty grand.

BILLY WINNER DAVIS:    Ok.

ANGIE:    She said thirty.  Ok.

BILLY WINNER DAVIS:    Ok alright.  Ok, we'll do that.

Angie:    ....(ui)...

REALITY WINNER:    ...(ui)...sauces and jams from Belize that are in the fridge.  Tell them to try it 'cause they are really good.

BILLY WINNER DAVIS:    Oh ok, I heard that. The stuff from Belize? (Laugh).

REALITY WINNER:    I've been thinking about it.  I keep forgetting to tell you guys that you can go ahead and try it it's all so good.

ANGIE:    Aww.

BILLY WINNER DAVIS:    Ok we will, we will.

REALITY WINNER:    And that's all I have, I know it's not like...(ui)...dollars' worth of information but I keep forgetting to tell you it's really important.

ANGIE:    Yeah.

BILLY WINNER DAVIS:    Ok I'll do that, yes. And let her know that I mean, um, this a lady from um Virginia did set up a GoFundMe account and it is legitimate. I've been named as the beneficiary, so it's all been taken care of um. She's got a lot of supporters, it's it's amazing how many supporters are out there, um, everybody here in in Augusta and even in Atlanta last night, everybody has been so nice and so kind. Um, Gary mentioned today we we just um might move here, um because this is, I mean Texas is a friendly state but Georgia is over the top.

ANGIE:    Oh well thank you.

BILLY WINNER DAVIS:    It's an amazing, this is an amazing community. Um, she has so much, there's so much love and support here in this community and all over the world. Reality needs to know that all over the world people are voting for her, they're they're in her corner she's going to be supported –

REALITY WINNER:    Mom, stop talking –

| | |
|---|---|
| ANGIE: | Yeah. |
| REALITY WINNER: | Mom did you listen to me and set up, set up a GoFundMe? |
| BILLY WINNER DAVIS: | No I did, yes I did but they shut it back down because there's already an account – |
| REALITY WINNER: | Ok. |
| BILLY WINNER DAVIS: | Alright, and and that lady did a lot of work to to keep that one going. And so and it's it's on, and I've been named the beneficiary, so. |
| REALITY WINNER: | Are you going to be able to use that money to pay your retirement? |
| BILLY WINNER DAVIS: | I don't know babe. |
| REALITY WINNER: | Ok mom then it's not effective set one up. |
| BILLY WINNER DAVIS: | Ok alright well I'll set that one up for my retirement. Ok I will do that, that's separate. Ok that's separate. |
| ANGIE: | ...(ui)... |
| BILLY WINNER DAVIS: | Yeah she's uh, don't let her boss you around (laugh). |
| ANGIE: | No she's not, she's she's good, she's good. She just wants everything to be taken care of, she's smart oh my gosh she's so smart she was writing in Ara, ara ara. Yeah, I was like. |
| BILLY WINNER DAVIS: | Yeah, Arabic yep. |
| ANGIE: | I was like just writing my number and I was like oh my gosh. She is so smart. |
| BILLY WINNER DAVIS: | Alright, tell her that we've we've allowed reporters into the house and they've taken some pictures. I hope she's ok with that. |
| ANGIE: | She's hearing you; I'm letting her listen. You ok, you hear that? |
| BILLY WINNER DAVIS: | Ok. |
| REALITY WINNER: | What were they taking pictures of? |
| BILLY WINNER DAVIS: | They took pictures of the Beetles albums, they took pictures of your your yoga, um, place there in the dining room. |
| REALITY WINNER: | Ok. |
| BILLY WINNER DAVIS: | That's it, just um what makes you what makes you Reality, everybody wants to know who is Reality. |
| ANGIE: | That name is cool. |
| REALITY WINNER: | ...(ui)...Ok, and the back of my cube? |
| BILLY WINNER DAVIS: | Yeah. |

| | |
|---|---|
| REALITY WINNER: | Alright. |
| ANGIE: | In the back of the Cube. |
| BILLY WINNER DAVIS: | We, we we cleaned out the cube a little bit today. We got, we had to go do laundry so we cleaned everything out, we've got everything. Yeah. |
| REALITY WINNER: | Ok, there's some really important things in the Cube. There's a yellow purse in the back seat and in the black under armor bag that was in the front seat, there's a black diary. |
| BILLY WINNER DAVIS: | Ok got it. |
| REALITY WINNER: | That black diary is my entire life. Like if anything happens to me Mom that diary goes to you. |
| BILLY WINNER DAVIS: | Ok alright we got it, we got it babe. |
| REALITY WINNER: | Also inside the yellow pursue there's a little zipper bag in there and inside are my…(ui)…the ones I got when dad died. |
| BILLY WINNER DAVIS: | Oh ok. |
| REALITY WINNER: | Those are really important with the um, there's a journal with the owl on it. |
| BILLY WINNER DAVIS: | Yep I saw that. |
| REALITY WINNER: | So those two and my my bells, there's a set of Tibetan bells. |
| BILLY WINNER DAVIS: | Oh ok I'll have to look for the bells, I didn't really see them. |
| REALITY WINNER: | …(ui)… |
| BILLY WINNER DAVIS: | Ok alright, ok. |
| REALITY WINNER: | Probably going to mail it to the house just in case anything goes wrong. It's like Just the division of my stuff and what can go and what can stay. |
| BILLY WINNER DAVIS: | Ok alright. Alright ok. And and be prepared tomorrow that um, there's a lot of media, a lot. |
| ANGIE: | …(ui)… trying to take pictures of you.Yeah they tried to get her today, we …(ui)…and was like go away. |
| BILLY WINNER DAVIS: | (Laugh). |
| ANGIE: | Leave her alone, go away. Yeah. |
| BILLY WINNER DAVIS: | (Laugh). |
| ANGIE: | …(ui)… |
| BILLY WINNER DAVIS: | Your your neighbors here, your neighbors here are ready to protect you too. |
| ANGIE: | That's right. |

| | |
|---|---|
| BILLY WINNER DAVIS: | They are. |
| REALITY WINNER: | ...(ui)...across the alley. Did you meet him? |
| BILLY WINNER DAVIS: | No we haven't yet, we waved but we have not met him yet. We've met Joe, and Gary met the one across the street, Mr. Roberts. Um. And so, but we haven't met the one across the alley yet. I waved to him today, he was out there with his dog, it was the first time that I've seen a dog. |
| ANGIE: | Aww. |
| BILLY WINNER DAVIS: | Yeah the cat, the cat's out here right now with me. I came out because of the reception inside, but the cat is out here almost letting me pet oh. |
| ANGIE: | Aww. |
| REALITY WINNER: | Don't let him inside, he's the – he's the reason why the blinds in the back room are all broken. |
| BILLY WINNER DAVIS: | Oh oh oh so you tried to rescue him already? |
| REALITY WINNER: | Yeah. |
| BILLY WINNER DAVIS: | I see, yes I remember you telling me about that, you should get the chicken bones. |
| REALITY WINNER: | Yeah. |
| BILLY WINNER DAVIS: | We had chicken for supper, so we're going to give him chicken bones. |
| REALITY WINNER: | Alright. |
| BILLY WINNER DAVIS: | (Laugh). |
| REALITY WINNER: | So, ok, remember, you can try the hot sauce, do my banking - |
| BILLY WINNER DAVIS: | Uh huh yeah. |
| REALITY WINNER: | and you set yourself up a GoFundMe. |
| BILLY WINNER DAVIS: | Ok alright. |
| REALITY WINNER: | Like, that is - that is – ...(ui)... Billie Winner Davis's retirement fund. |
| BILLY WINNER DAVIS: | Ok, alright, I will. |
| ANGIE: | Aww. |
| BILLY WINNER DAVIS: | I know I just, it seems really, it seems wrong. But anyways I will - I see what you're saying, and your cousin Timothy is um going out and helping. Anyway he can to get your funds set up too. |
| REALITY WINNER: | Ok. |

| | |
|---|---|
| BILLY WINNER DAVIS: | Um, he really, um, yeah, and he yeah he's donating everything that he can. I'm just I like, I told him to just stop and think about himself but he um, he's he's gonna be a Reality supporter. So. |
| REALITY WINNER: | Alright mom, well we're going to let you go but I love you so much. |
| BILLY WINNER DAVIS: | I love you too. I love you love you love you. And we will see you tomorrow um and um yes we are um praying for the best, we are, yes. I hope we are we get to, to bring you home tomorrow night. |
| ANGIE: | Oh my god that'd be awesome, girl. |
| BILLY WINNER DAVIS: | Wouldn't that be great? I know I love you babe (sigh). |
| REALITY WINNER: | ...(ui)...but yeah. |
| ANGIE: | ...(ui)... |
| BILLY WINNER DAVIS: | Yeah. |
| REALITY WINNER: | Alright, bye mom. |
| BILLY WINNER DAVIS: | Oh my gosh, I love you love you babe so much. And Gary loves you too. |
| GARY DAVIS: | I love you...(ui)... |
| REALITY WINNER: | I love Gary too, he's the best. |
| BILLY WINNER DAVIS: | She says you're the best.  She says that she loves you too, you're the best yeah. |
| REALITY WINNER: | Mom, I've never seen him cry before; he's crying on TV. |
| ANGIE: | Aww. |
| BILLY WINNER DAVIS: | Yeah he's – he's um it hasn't been easy for him. He's um he loves you with all his heart and we're both - you know - we're both so proud of you, there's nothing, absolutely nothing in this world that would ever change our love and our pride for you. You're um you are one of a kind. You are Reality Winner. Oh and Joe's going to name his, Joe's going to name his next, Joe's going to name his next granddaughter Reality. |
| ANGIE: | Yes tell them. Did she hear you? |
| REALITY WINNER: | Mom have you seen the clip from the uh – |
| ANGIE: | The night show. |
| REALITY WINNER: | The Night Show with Colbert? |
| BILLY WINNER DAVIS: | No what? |
| REALITY WINNER: | ...(ui)...He opened up his entire show like the, Well everybody, it's official, Trump is officially at war with Reality. |

| | |
|---|---|
| ANGIE: | With Reality, yep. |
| BILLY WINNER DAVIS: | Oh I love it. |
| REALITY WINNER: | (Laugh). |
| BILLY WINNER DAVIS: | I love it. Oh I missed, no we, well of course you don't have television here. |
| REALITY WINNER: | Well mom I have Youtube (laugh). Girl - |
| BILLY WINNER DAVIS: | Yeah we can look it up, we'll look it up. But yeah I yeah. |
| REALITY WINNER: | If you go onto the YouTube App, I follow Steven Colbert, and it'll...(ui)...up there. |
| BILLY WINNER DAVIS: | Oh cool, ok. Sweet ok alright. Ok. And then today I found, I saw for the first time your mug shot that's out there. You look good. |
| ANGIE: | Don't she though, she took a good picture – |
| BILLY WINNER DAVIS: | She took a good picture, nobody, nobody takes a good mug shot. |
| ANGIE: | No I didn't (laugh) hers is awesome. |
| BILLY WINNER DAVIS: | Her's is really good I know, she's she's great. Yeah yes. Um, yeah. |
| REALITY WINNER: | When I took it, I asked the guys if I could pick an Instagram filter for it. |
| ANGIE: | Oh god. |
| BILLY WINNER DAVIS: | Oh my gosh. |
| ANGIE: | (Laugh) oh god. You a mess. |
| BILLY WINNER DAVIS: | No snapchat, no snapchat filters. |
| REALITY WINNER: | Yeah. |
| ANGIE: | (Laugh). |
| REALITY WINNER: | Yeah...(ui)...skinny |
| BILLY WINNER DAVIS: | (Laugh). |
| ANGIE: | She's worried about her weight, bless her heart. |
| BILLY WINNER DAVIS: | Uh that's yeah that's that's something she has to work on. But no, yeah, she's got she's got an amazing body. |
| ANGIE: | Yes she does – |
| BILLY WINNER DAVIS: | Mmhmm. |
| ANGIE: | We're all jealous of it, she's in shape she does yoga and all kinds of exercises and I'm like wow I can't do that – |
| BILLY WINNER DAVIS: | Neither can – |

ANGIE: It wears me out looking at her.

BILLY WINNER DAVIS: Oh I know neither can I. I feel ashamed, yes I feel ashamed when I, but anyway, yeah she's young, she's 25 and I'm not (laugh).

ANGIE: I know. Me either.

REALITY WINNER: But mom I love you so much, I'll see you tomorrow…(ui)…

BILLY WINNER DAVIS: I love you so much too babe. Ok I understand I get it. Yes. I love you babe.

REALITY WINNER: He didn't call us today.

ANGIE: Aww.

REALITY WINNER: …(ui)…

BILLY WINNER DAVIS: Yeah I was a little anxious today.

ANGIE: Yeah.

BILLY WINNER DAVIS: Yeah I was a little anxious today, I didn't I didn't I didn't know what what was going on and yeah so yeah but then you called.

ANGIE: We like to talk – we like to talk about the stinky room - that was cute. I was like what is the stinky room (laughs)?

BILLY WINNER DAVIS: Yeah the room of death, yes.

ANGIE: The room of death (laugh).

BILLY WINNER DAVIS: And it does stink back there, I don't know what it is, but it smells back there. It's it's it's weird.

ANGIE: It was funny.

BILLY WINNER DAVIS: Yeah so, um the the last reporters that were here tonight actually got a picture of it so.

REALITY WINNER: Great.

BILLY WINNER DAVIS: Yeah (laugh).

REALITY WINNER: I look like a slob.

ANGIE: Alright, she's a true soldier, she is, she's strong.

BILLY WINNER DAVIS: Oh my gosh I just (sigh) I am I am so I am so glad she's got people who are being kind to and are supporting her and I just, that means that means everything to me right now as her mom, it does.

ANGIE: I know, I'm a momma of two, a daughter and a son, I know exactly, I know it's important, I know. Your baby's okay.

BILLY WINNER DAVIS: Ok thank you, oh my gosh thank you thank you so much.

ANGIE:                     You're very welcome.

BILLY WINNER DAVIS:        Ok alright.

ANGIE:                     She's smiling.  It's sweet.

BILLY WINNER DAVIS:        Oh (laugh).

ANGIE:                     Aww I'm rubbing her back for you.

BILLY WINNER DAVIS:        Oh yes (laugh) oh good, thank you.

REALITY WINNER:            Alright mom I love you.  Goodnight.

BILLY WINNER DAVIS:        I love you babe.

AUTOMATED VOICE:           You have one minute remaining on your call. You have one minute left.

BILLY WINNER DAVIS:        Alright, Ok we will we will see you tomorrow I love you get a good night's sleep
                           stay strong.

REALITY WINNER:            Bye mom.

BILLY WINNER DAVIS:        Bye sweetheart. Bye.

ANGIE:                     Bye Bye.  Good talking to you.  Bye bye.

END PHONE CALL

GOVERNMENT'S EXHIBIT
NO. **7**

CASE NO. 1:17-CR-034

***UNITED STATES OF AMERICA***
vs.
**REALITY LEIGH WINNER**

MARKED FOR IDENTIFICATION

FILED IN EVIDENCE

SCOTT L. POFF
*CLERK, UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF GEORGIA*

Employee Pocket List

Res

Dan Roberts 50

0731 - Comp @ 10 #

Charles

Charles → Delta

Education - $5000/year (on ADP). Put as much Info as possible

Republicanism/issues

200/year for memberships for language analysis ...

I want to burn the white house down

Find somewhere in London to live - climate ~ syn ...
or maybe
haha
maybe

DENTAL

Plane Number

Phone + Simcard ·   Code * # 7465625 #

1.   Network lock
2.   Subset lock
3.   SP lock
    xxx = value on / off

if only network lock on - only use NCK code
if you see the Subset lock value as on then
you need SCK code · SP lock is SPCK
unfreeze if enter codes incorrectly

    Switch on Phone w/ Sim - Password -
    enter unlock code

or -   # 0111 * [code] #

or -   Return for service - unfreeze code
      # 7465625 * 638 * [unfreeze code]

1 Network - 80917185
2. Provider - 344 34575
3 Sub Provider - 10339955
defreeze - 42618524

https://www.torproject.org/projects/torbrowser.html.en

* do NOT accept HTTPS/SSL/TLS certs

- Click Download

Eng 32/64-bit

Click save-first

Install - Run - location desktop

Finish

- Click Connect to Tor network

When browser opens - click on green onion

and "Privacy & Security Settings"

- Sec Level High -

Disable Everything

N FEB MAR APR MAY JUN JUL AUG SEP OCT NOV

01 02 03 04 05 06 07 08 09 10 11 12 13 14

17 18 19 20 21 22 23 24 25 26 27 28 29 30

/hjzb 7/ivpN5f6FJ

t

Slipry.net

slippery.email/inbox

If Christ were to be on planet earth today,
Where would he be? Who would he be?
What would he say or do? Would people
like him? Then when would he reveal himself?

     Mullah Omar and Akhtar Mansur
were the only leaders of the Taliban
who were leading with the single cause
of an Afghan Nation under a Taliban
govt. That is all. They both understood
the need for peace, yet were pushed toward
by western debriand for meandihard surrender.
The worse things get, the more desperate the
means will become. I do not want ISKP/IS
mentaliher spreading to the Taliban. I
must find Yaqub, omar's son.
If there was another Christ, fied be a
zealot. He'd have a Judas-like figure toom
hundave, then, too. Perhaps bn Laden
was the Judas to Omar's Christ-like
vision of a fundahettal Islaire ~~stak~~
nation. Yaqub would know.
Where is Yaqub? Pakistan.
I can go there. Urdu.


    Goddamnit,