IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 117-034 |
| | ) | |
| REALITY LEIGH WINNER | ) | |

## SECOND AMENDED SCHEDULING ORDER

The Court **GRANTS IN PART** the Government's Motion to Modify Amended Scheduling Order (doc. no. 68) and enters the following amended schedule. The hearing date for pretrial motions will be determined after the parties file their joint status report specifying which pretrial motions, if any, are unresolved.

| | |
|---|---|
| Later of November 1, 2017 or 30 days after clearances issued for Messrs. Chester and Whitley | Defense deadline for filing all pretrial motions and any notice pursuant to § 5 of CIPA |
| Three weeks from deadline for defense motions and CIPA § 5 notice | Deadline for government response to defense pretrial motions |
| Five weeks from deadline for defense motions and CIPA § 5 notice | Deadline for government filing of CIPA § 6(a) motion<br><br>Deadline for defense reply in support of pretrial motions |
| Three weeks from filing of CIPA § 6(a) motion | Deadline for defense response to CIPA § 6(a) motion |
| Five weeks from filing of CIPA § 6(a) motion | Deadline for government reply in support of CIPA § 6(a) motion |
| Seven Weeks from filing of CIPA § 6(a) motion | CIPA § 6(a) Hearing |
| March 19, 2018 | Trial |

SO ORDERED this 5th day of October, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA