UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * NO. 1:17-CR-00034 |
| | * |
| REALITY LEIGH WINNER | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING

Defendant REALITY LEIGH WINNER, through Counsel, hereby provides notice to the Court and Counsel of Record, of the filing of the following document with the Classified Information Security Officer (CISO), on October 19, 2017:

**DEFENDANT'S EXPEDITED MOTION TO COMPEL RESPONSE TO DISCOVERY REQUESTS DATED AUGUST 29, 2017 AND REQUEST FOR A HEARING**

Respectfully Submitted,


/s/Thomas H. Barnard

Joe D. Whitley (Bar No. 756150)  
Admitted *Pro Hac Vice*  
Brett A. Switzer (Bar No. 554141)  
**BAKER, DONELSON, BEARMAN,**  
    **CALDWELL & BERKOWITZ, P.C.**  
3414 Peachtree Rd., NE Suite 1600  
Atlanta, GA 30326  
(404) 577-6000  
JWhitley@bakerdonelson.com  
BSwitzer@bakerdonelson.com  

Matthew S. Chester (La. Bar No. 36411)  
Admitted *Pro Hac Vice*  
**BAKER, DONELSON, BEARMAN,**  
    **CALDWELL & BERKOWITZ, P.C.**  
201 St. Charles Ave., Suite 3600  
New Orleans, LA 70170  
(504) 566-5200  
MChester@bakerdonelson.com  

Jill E. McCook (Tn. Bar No. 033813)  
Admitted *Pro Hac Vice*  
**BAKER, DONELSON, BEARMAN,**  
    **CALDWELL & BERKOWITZ, P.C.**  
265 Brookview Centre Way, Suite 600  
Knoxville, TN 37919  
(865) 549-7129  
JMCook@bakerdonelson.com  

John C. Bell, Jr. (Bar No. 048600)  
Titus T. Nichols (Bar No. 870662)  
**BELL & BRIGHAM**  
PO Box 1547  
Augusta, GA 30903-1547  
(706) 722-2014  
John@bellbrigham.com  
Titus@bellbrigham.com  

Thomas H. Barnard (Az. Bar No. 020982)  
Admitted *Pro Hac Vice*  
**BAKER, DONELSON, BEARMAN,**  
    **CALDWELL & BERKOWITZ, P.C.**  
100 Light Street  
Baltimore, MD 21202  
(410) 685-1120  
TBarnard@bakerdonelson.com  

**ATTORNEYS FOR DEFENDANT**  
**REALITY LEIGH WINNER**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 19, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties.

                   s/ Thomas H. Barnard
                   Thomas H. Barnard