## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * * * | |
| **v.** | * * | CR 1:17-34 |
| **Reality Leigh Winner** | * * | |
| **Defendant** | * | |
| | ************* | |

## APPLICATION FOR LEAVE OF ABSENCE
## OF DOJ TRIAL ATTORNEY JULIE A. EDELSTEIN

Comes now Julie A. Edelstein, Trial Attorney, United States Department of Justice, and respectfully requests the Court to grant her a leave of absence from the above case for which she is attorney of record now pending in the United States District Court for the Southern District of Georgia, from November 6-8, 2017.

Respectfully submitted,

R. BRIAN TANNER
UNITED STATES ATTORNEY

*//s// Julie A. Edelstein*

Julie A. Edelstein
Trial Attorney
U. S. Department of Justice
National Security Division

1

## **CERTIFICATE OF SERVICE**

    This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

    This 27th day of October, 2017.

                                      R. BRIAN TANNER
                                      UNITED STATES ATTORNEY

                                      ***//s// Julie A. Edelstein***

                                      Julie A. Edelstein
                                      Trial Attorney

600 E Street, N.W.
Washington, D.C. 20004
(202) 233-2260