# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CR 1:17-34 |
| | * | |
| **Reality Leigh Winner** | * | |
| | * | |
| **Defendant** | * | |

************

## APPLICATION FOR LEAVE OF ABSENCE
## OF DOJ TRIAL ATTORNEY DAVID C. AARON

Comes now David C. Aaron, Trial Attorney, United States Department of Justice, and respectfully requests the Court to grant him a leave of absence from the above case for which he is attorney of record now pending in the United States District Court for the Southern District of Georgia, on November 6 and 7, 2017.

Respectfully submitted,

R. BRIAN TANNER
UNITED STATES ATTORNEY

*//s// David C. Aaron*

David C. Aaron
Trial Attorney
U. S. Department of Justice
National Security Division

1

## CERTIFICATE OF SERVICE

    This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

    This 27th day of October, 2017.

                                        R. BRIAN TANNER
                                        UNITED STATES ATTORNEY

                                        ***//s// David C. Aaron***

                                        David C. Aaron
                                        Trial Attorney

950 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 307-5190