UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *  CR 1:17-34 |
| | * |
| **Reality Leigh Winner** | * |
| | * |
| **Defendant** | * |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**David C. Aaron**, having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT David C. Aaron** be granted leave of absence for the following periods: **November 6 and 7, 2017.**

This ___ day of _____, 2017

_____
J. RANDALL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA