IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR 117-034 |
| ) | |
| REALITY LEIGH WINNER ) | |

**O R D E R**

The Court will hold a classified hearing on Defendant's Expedited Motion to Compel Response to Discovery Requests, (see doc. no. 129), on November 3, 2017, at 10:00 a.m., at the Federal Justice Center, 600 James Brown Boulevard, Augusta, Georgia. The government's response to the motion to compel must be filed by 5:00 p.m. on Wednesday, November 1, 2017.

SO ORDERED this 27th day of October, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA