UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 1:17-034 |
| | ) | |
| REALITY LEIGH WINNER | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Julie A. Edelstein**, having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Julie A. Edelstein** be granted leave of absence for the following periods: **November 6 - 8, 2017.**

This 27th day of October, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA