# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   NO. 1:17-CR-00034 |
| | * |
| **REALITY LEIGH WINNER** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S NOTICE OF INTENT TO FILE REPLY IN SUPPORT OF DEFENDANT'S APPEAL OF THE MAGISTRATE JUDGE'S DETENTION ORDER AND REQUEST FOR HEARING

Defendant Reality Winner, through undersigned counsel, hereby provides notice to the Court and Counsel of Record of the intent to file a reply brief in support of Doc. No. 128 filed with the Court on October 19, 2017, entitled "Defendant's Appeal of the Magistrate Judge's Detention Order and Request for Hearing", and in reply to the Government's response at Doc. No. 131 filed with the Court on October 26, 2017.

Respectfully submitted,

*/s/* Brett A. Switzer

Joe D. Whitley (Bar No. 756150)  
Admitted *Pro Hac Vice*  
Brett A. Switzer (Bar No. 554141)  
**BAKER, DONELSON, BEARMAN,**  
**CALDWELL & BERKOWITZ, P.C.**  
3414 Peachtree Rd., NE Suite 1600  
Atlanta, GA  30326  
(404) 577-6000  
JWhitley@bakerdonelson.com  
BSwitzer@bakerdonelson.com  

John C. Bell, Jr. (Bar No. 048600)  
Titus T. Nichols (Bar No. 870662)  
**BELL & BRIGHAM**  
PO Box 1547  
Augusta, GA  30903-1547  
(706) 722-2014  
John@bellbrigham.com  
Titus@bellbrigham.com

| | |
|---|---|
| Matthew S. Chester (La. Bar No. 36411)<br>Admitted *Pro Hac Vice*<br>**BAKER, DONELSON, BEARMAN,**<br>**CALDWELL & BERKOWITZ, P.C.**<br>201 St. Charles Ave., Suite 3600<br>New Orleans, LA  70170<br>(504) 566-5200<br>MChester@bakerdonelson.com | Thomas H. Barnard (Az. Bar No. 27488)<br>Admitted *Pro Hac Vice*<br>**BAKER, DONELSON, BEARMAN,**<br>**CALDWELL & BERKOWITZ, P.C.**<br>100 Light Street.<br>Baltimore, MD  21202<br>(410) 685-1120<br>TBarnard@bakerdonelson.com |
| Jill E. McCook (Tn. Bar No. 033813)<br>Admitted *Pro Hac Vice*<br>**BAKER, DONELSON, BEARMAN,**<br>**CALDWELL & BERKOWITZ, P.C.**<br>265 Brookview Centre Way, Suite 600<br>Knoxville, TN  37919<br>(865) 549-7129<br>JMCook@bakerdonelson.com | |

**ATTORNEYS FOR DEFENDANT**
**REALITY LEIGH WINNER**

## CERTIFICATE OF SERVICE

     I hereby certify that on October 30, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties.

                                         */s/ Brett A. Switzer*
                                         Brett A. Switzer