IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CR 1:17-34 |
| v. | * | |
| | * | |
| REALITY LEIGH WINNER, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| | ******* | |

## GOVERNMENT'S NOTICE OF FILING

The United States hereby gives notice that on November 1, 2017, it filed with the Court, through the Classified Information Security Officer, a pleading entitled the "Government's *In Camera*, Under Seal Opposition to the Defendant's Expedited Motion to Compel Response to Discovery Requests Dated August 29, 2017."

Respectfully submitted,

R. BRIAN TANNER
UNITED STATES ATTORNEY

*//s// Jennifer G. Solari*

Jennifer G. Solari
Assistant United States Attorney

*//s// David C. Aaron*

David C. Aaron
Trial Attorney

1

U. S. Department of Justice
National Security Division

*//s// Julie Edelstein*

Julie A. Edelstein
Trial Attorney
U. S. Department of Justice
National Security Division

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 2nd day of November 2017.

                                                  R. BRIAN TANNER
                                                  UNITED STATES ATTORNEY

                                                  *//s// Julie A. Edelstein*

                                                  Julie A. Edelstein
                                                  Trial Attorney

600 E Street, N.W.
Washington, D.C. 20004
(202) 233-2260