# EXHIBIT A

**From:** "Solari, Jennifer (USAGAS)" <█████████████>
**Date:** October 19, 2017 at 3:50:10 PM CDT
**To:** Matt Chester <█████████████>
**Cc:** "Edelstein, Julie (NSD) (JMD)" <█████████████>, "Aaron, David (NSD) (JMD)" <█████████████>
**Subject: Fwd: Govt response to discovery/subpoena question**

Matt,

Meant to copy you on this.

Thanks,
Jenna


Begin forwarded message:

From: <████ █████> <█████████████>
Date: October 19, 2017 at 4:45:52 PM EDT
To: <████████████> <█████████████>
Subject: Govt response to discovery/subpoena question

Titus,

We have provided discovery consistent with applicable law and DOJ policy.  For your awareness, based on information we currently have, the following agencies are beyond the scope of our discovery obligations:  CIA, DHS, DoD (other than NSA and USAF), National Security Council, and NARA.  We are not certain what is meant by "White House Office."

The prosecution team will not accept service of subpoenas on behalf of such components of the U.S. Government.

You are advised to coordinate with the CISO as appropriate.

Thank you,
Jenna