# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CR117-034
TITLE USA V. REALITY LEIGH WINNER

DATE November 3, 2017

TIMES 9:00 am - 9:50 am

TOTAL 50 min.

Honorable : Brian K. Epps, United States Magistrate Judge
Courtroom Deputy : Lisa Widener
Court Reporter : Lisa Davenport
Interpreter :

Attorney for Government
Jennifer Solari
David Aaron
Julie Edelstein

Attorney for Defendant(s)
Excused

Attorney for

PROCEEDINGS : EX PARTE CLASSIFIED HEARING

☑ In Court
☐ In Chambers

All parties present and ready to proceed.
Hearing held.