# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CR117-034  
TITLE USA V. REALITY LEIGH WINNER

DATE November 3, 2017

TIMES 10:02 am - 10:25am; 12:05 pm - 12:20 pm

TOTAL 2 hrs. 18 min.

Honorable: Brian K. Epps, United States Magistrate Judge  
Courtroom Deputy: Lisa Widener  
Court Reporter: Lisa Davenport  
Interpreter:

**Attorney for Government**  
Jennifer Solari  
David Aaron  
Julie Edelstein

**Attorney for Defendant(s)**  
Joe D. Whitley  
Jill E. McCook  
Matthew Scott Chester  
Titus Thomas Nichols

**Attorney for**

PROCEEDINGS: CLASSIFIED HEARING RE: MOTION TO COMPEL

[✓] In Court  
[ ] In Chambers

All parties present and ready to proceed.

After hearing from the parties, the Court orders the parties to discuss the discovery disputes outside of the Court's presence in an attempt to resolve issues.

The parties have initially resolved discovery disputes. If the parties discover further disputes, notify the Court and the hearing will be reconvened.

(Rev 7/2003)                                                                GENERAL CLERK'S MINUTES