IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR 117-034 |
| ) | |
| REALITY LEIGH WINNER ) | |

### ORDER

Before the Court is Defendant's Motion for Clarification and a Hearing, in which she seeks additional time to file pretrial motions and supplemental CIPA § 5 notices occasioned by supplemental discovery productions or Internet searches defense counsel is currently prohibited from conducting. (Doc. no. 143.) The Court **GRANTS IN PART** the motion.

As discussed during today's hearing, the current deadlines in the Third Amended Scheduling Order remain firmly in place. (See doc. no. 126.) However, Defendant shall have fourteen days, from the date of receipt of any supplemental discovery from the government, to file motions or supplemental CIPA § 5 notices based on new, material facts in the supplemental discovery. From the date defense counsel is cleared to conduct all manner of Internet searches, Defendant shall have twenty-eight days to file any related motions or notices. The additional fourteen days provides time for conducting the searches. The government shall have seven days to file its response to any such motions or notices.

SO ORDERED this 3rd day of November, 2017, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA