IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 117-034 |
| | ) | |
| REALITY LEIGH WINNER | ) | |

ORDER

At the hearing last Friday, November 3, 2017, the parties met and conferred for the first time regarding Defendant's Expedited Motion to Compel Response to Discovery Requests, (see doc. no. 129), and thereafter reported to the Court a potential resolution of all discovery disputes itemized in the motion. The parties agreed defense counsel will this week submit revised discovery requests for the government's review and hopeful approval. The Court **ORDERS** the parties to file a joint status report on or before 5:00 p.m. on Monday, November 13, 2017, itemizing all unresolved disputes regarding (1) the discovery requests itemized in the Expedited Motion to Compel and related briefs; and (2) all other outstanding defense discovery requests. On Thursday, November 16, 2017, beginning at 10:00 a.m., the Court shall conduct a classified hearing, at the Federal Justice Center, 600 James Brown Boulevard, Augusta, Georgia, to discuss and rule on all discovery disputes itemized in the joint status report.

SO ORDERED this 6th day of November, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA