IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CR 117-34 |
| v. | * | |
| | * | |
| REALITY LEIGH WINNER, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| | ******* | |

## GOVERNMENT'S NOTICE OF INTENT TO FILE SUR-REPLY IN OPPOSITION TO THE DEFENDANT'S APPEAL OF THE MAGISTRATE JUDGE'S DETENTION ORDER AND REQUEST FOR A HEARING (DOC. 128, 156)

COMES NOW the United States of America, by and through R. Brian Tanner, United States Attorney for the Southern District of Georgia, and notifies the Court of its intent to file a sur-reply in opposition to the Defendant's Appeal Of The Magistrate Judge's Detention Order And Request For A Hearing (Docs. 128, 156).

Respectfully submitted,

R. BRIAN TANNER
UNITED STATES ATTORNEY

*//s// Jennifer G. Solari*

Jennifer G. Solari
Assistant United States Attorney


*//s// David C. Aaron*

David C. Aaron
Trial Attorney
U. S. Department of Justice
National Security Division

1

*//s// Julie Edelstein*

Julie Edelstein
Trial Attorney
U. S. Department of Justice
National Security Division

## **CERTIFICATE OF SERVICE**

      This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

      This 14th day of November, 2017.

                                                R. BRIAN TANNER
                                                UNITED STATES ATTORNEY

                                                *//s// Jennifer G. Solari*

                                                Jennifer G. Solari
                                                Assistant United States Attorney

Post Office Box 8970
Savannah, Georgia 31401
Telephone No:  912-652-4422