Filed with the Classified
Information Security Officer
CISO MKD
Date 11/21/2017

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | NO. 1:17-CR-0034 |
| | * | FILED *IN CAMERA* AND |
| REALITY LEIGH WINNER | * | UNDER SEAL WITH THE CISO |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

### DEFENDANT'S FIRST CIPA § 5 NOTICE

NOW INTO COURT, through undersigned counsel, comes Defendant Reality Leigh

Winner ("Ms. Winner" or the "Defendant"), pursuant to CIPA § 5 and this Court's Scheduling

Orders, who hereby files her first notification of the classified information that she reasonably

expects to disclose or cause to be disclosed in connection with a pretrial proceeding and/or trial

in this prosecution.

As an initial matter, CIPA § 5 provides in relevant part:

> If a defendant reasonably expects to disclose or to cause the disclosure of
> classified information in any manner *in connection with* any trial or
> pretrial proceeding involving the criminal prosecution of such defendant,
> the defendant shall, within the time specified by the court or, where no
> time is specified, within thirty days prior to trial, notify the attorney for the
> United States and the court in writing. Such notice shall include a brief
> description of the classified information. Whenever a defendant learns of
> additional classified information he reasonably expects to disclose at any
> such proceeding, he shall notify the attorney for the United States and the
> court in writing as soon as possible thereafter and shall include a brief
> description of the classified information.

18 U.S.C. app. 3 § 5(a) (2011). According to the Ninth Circuit, "a brief description of the

classified information," as prescribed in the text of the statute, is all that is required. *United*

*States v. Miller*, 874 F.2d 1255, 1276 (9th Cir. 1989) (overruling district court's holding that the

defendant's notice must include justifications of relevance).

1

███████████████████████████

*This notice encompasses* all classified information known to Ms. Winner that she reasonably expects, at this time and based upon all classified discovery produced by the Government through November 1, 2017, to disclose or cause to be disclosed at trial or at a pretrial proceeding. Ms. Winner anticipates filing additional CIPA § 5 notices that will address classified information that has not been produced by the Government in response to Ms. Winner's discovery requests as of November 1, 2017. Ms. Winner reserves her right to supplement or amend this notice as may become necessary as she prepares for trial.

Moreover, the list set forth below is incomplete because the Government has not provided Ms. Winner with any witness list, exhibit list, or other materials to which Ms. Winner is entitled to prior to trial. Ms. Winner does not know how the Government intends to present its case, who it intends to call as witnesses, nor what testimony those witnesses will provide. Ms. Winner, therefore, does not know all the classified information she will need to cross-examine these witnesses, or which classified documents she will need to rebut the Government's proof or use to impeach witnesses. At this stage, it is also premature for Ms. Winner to know who she will call as witnesses in her case-in-chief, if any, or to know whether she will testify in her own defense.

In addition, certain documents produced in classified discovery (i.e., those documents with the Bates label "DOJ-CLASS") are marked "U" for unclassified. Ms. Winner objects to having to notice or identify any such document or information through the CIPA process. The Government's failure to declassify such documents places a burden on Ms. Winner that she does not have under the law, as CIPA requires notification of only classified information. The Defendant, therefore, does not notice unclassified documents, and she reserves her right to do so if the Court subsequently requires the disclosure of the unclassified documents. To the extent the

███████████████████████████

2

███████████

Court will require the Defendant to notice any documents produced in classified discovery marked "U," however, then the Defendant hereby notices all such documents.[1]

Finally, Ms. Winner objects to noticing any documents that are marked classified solely because the document refers to Ms. Winner, and not for any reason related to national security. Any such documents should have been declassified by the Government. Ms. Winner nonetheless notices such documents out of an abundance of caution.

Subject to these objections, and pursuant to CIPA § 5, Ms. Winner notifies the United States and the Court that she reasonably expects to disclose or to cause the disclosure of classified information at a pre-trial proceeding or at trial as follows:

| ITEM | BRIEF DESCRIPTION OF CLASSIFIED INFORMATION OR DOCUMENT[2] | AFFILIATED CLASSIFIED BATES NO. |
|---|---|---|
| 1. | ████████████████████ | DOJ-CLASS-00001 through DOJ-CLASS-00010 |
| 2. | ████████████████████ | DOJ-CLASS-00011 |

---

[1] The following documents are, in their entirety, marked as "unclassified": DOJ-CLASS-00411, DOJ-CLASS-00412, DOJ-CLASS-00413, DOJ-CLASS-00414 through DOJ-CLASS-00417, DOJ-CLASS-00428 through DOJ-CLASS-00429, DOJ-CLASS-00430, DOJ-CLASS-00434 through DOJ-CLASS-00441, DOJ-CLASS-00446, DOJ-CLASS-00741, DOJ-CLASS-00742, DOJ-CLASS-00743, DOJ-CLASS-00744, DOJ-CLASS-00745 through DOJ-CLASS-00746, DOJ-CLASS-00747 through DOJ-CLASS-00749, DOJ-CLASS-00752 through DOJ-CLASS-00753, DOJ-CLASS-00755, DOJ-CLASS-00756 through DOJ-CLASS-00757, DOJ-CLASS-00759 through DOJ-CLASS-00761, DOJ-CLASS-00762 through DOJ-CLASS-00763, DOJ-CLASS-00764, DOJ-CLASS-00765 through DOJ-CLASS-00766, DOJ-CLASS-00767, DOJ-CLASS-00768, DOJ-CLASS-00774 through DOJ-CLASS-00775, and DOJ-CLASS-00776 through DOJ-CLASS-00778.

[2] In identifying a document, Ms. Winner notices the entire content of the document.

███████████

| Item | Brief Description of Classified Information or Document[2] | Affiliated Classified Bates No. |
|---|---|---|
| 3. | ████████████████████████ | n/a |
| 4. | ████████████████████████ | n/a |
| 5. | ████████████████████████ | n/a |
| 6. | ████████████████████████ | DOJ-CLASS-00012 through DOJ-CLASS-00028 |
| 7. | ████████████████████████ | DOJ-CLASS-00029 through DOJ-CLASS-00038 |
| 8. | ████████████████████████ | DOJ-CLASS-00039 |
| 9. | ████████████████████████ | DOJ-CLASS-00042 |
| 10. | ████████████████████████ | DOJ-CLASS-00043 |
| 11. | ████████████████████████ | DOJ-CLASS-00044 through DOJ-CLASS-00109 |
| 12. | August 16, 2017 Memorandum by Larry ████ M████ | DOJ-CLASS-00110 through DOJ-CLASS-00111 |
| 13. | ████████████████████████ | n/a |
| 14. | rlwinne url history | DOJ-CLASS-000112 through DOJ-CLASS-000184 |

███████████████████████████████████

| ITEM | BRIEF DESCRIPTION OF CLASSIFIED INFORMATION OR DOCUMENT[2] | AFFILIATED CLASSIFIED BATES NO. |
|---|---|---|
| 15. | Search History for Reality Winner June 6, 2016 through May 24, 2017 | DOJ-CLASS-00185 through DOJ-CLASS-00191 |
| 16. | ████████████████████████ | DOJ-CLASS-00192 |
| 17. | ████████████████████████ | DOJ-CLASS-00193 |
| 18. | ████████████████████████ | DOJ-CLASS-00194 |
| 19. | May 9, 2017 activity for RLWINNE-1 | DOJ-CLASS-00195 through DOJ-CLASS-00201 |
| 20. | November 9, 2016 activity for RLWINE-1 | DOJ-CLASS-00202 through DOJ-CLASS-00205 |
| 21. | September 21, 2016 activity for RLWINE-1 | DOJ-CLASS-00206 through DOJ-CLASS-00217 |
| 22. | September 22, 2016 activity for RLWINE-1 | DOJ-CLASS-00218 through DOJ-CLASS-00229 |
| 23. | ████████████████████████ | DOJ-CLASS-00230 through DOJ-CLASS-00240 |
| 24. | Winner Print Log | DOJ-CLASS-00250 |
| 25. | ████████████████████████ | DOJ-CLASS-00251 through DOJ-CLASS-00407 |
| 26. | RLWinne-1 May 9, 2017 print ████████████ | DOJ-CLASS-00408 |
| 27. | Reality Winner's Oh Yeah! Yoga schedule | DOJ-CLASS-00409 through DOJ-CLASS-00410 |
| 28. | United States Department of Justice Federal Bureau of Investigation Verbatim Transcription | DOJ-CLASS-00449 through DOJ-CLASS-00528 |
| 29. | June 1, 2017 email from Paul Hignett | DOJ-CLASS-00043.1 |
| 30. | ████████████████████████ | DOJ-CLASS-00537 through DOJ-CLASS-00540 |

███████████████████████████████████

| Item | Brief Description of Classified Information or Document[2] | Affiliated Classified Bates No. |
|---|---|---|
| 31. | ███████████████████ | DOJ-CLASS-00541 through DOJ-CLASS-00542 |
| 32. | Reality Winner's Lync Chats | DOJ-CLASS-00543 through DOJ-CLASS-00735 |
| 33. | ███████████████ | DOJ-CLASS-00736 through DOJ-CLASS00740 |
| 34. | | DOJ-CLASS-00750 through DOJ-CLASS-00751 |
| 35. | | DOJ-CLASS-00758 |
| 36. | | DOJ-CLASS-00769 through DOJ-CLASS-00770 |
| 37. | | DOJ-CLASS-00771 through DOJ-CLASS-00773 |
| 38. | | DOJ-CLASS-00784 through DOJ-CLASS-00785 |
| 39. | | DOJ-CLASS-00786 |
| 40. | | DOJ-CLASS-00787 through DOJ-CLASS-00788 |
| 41. | | DOJ-CLASS-00792 through DOJ-CLASS-00798 |
| 42. | FBI 302 and any agent's notes and attachments from a 6-27-2017 interview of Anne ████ C█ | DOJ-CLASS-00420 through DOJ-CLASS-00421 |
| 43. | FBI 302 and any agent's notes and attachments from a 6-27-2017 interview of Gary ████ H███ | DOJ-CLASS-00422 through DOJ-CLASS-00423 |

| Item | Brief Description of Classified Information or Document[2] | Affiliated Classified Bates No. |
|---|---|---|
| 44. | FBI 302 and any agent's notes and attachments from a FBI 302 6-8-2017 interview of Paul Hignett | DOJ-CLASS-00424 |
| 45. | FBI 302 and any agent's notes and attachments from a 6-27-2017 interview of Bradley ■ H■ | DOJ-CLASS-00425 through DOJ-CLASS-00426 |
| 46. | FBI 302 and any agent's notes and attachments from a 6-27-2017 interview of Erice ■■■ K■ | DOJ-CLASS-00427 |
| 47. | FBI 302 and any agent's notes and attachments from a 6-23-2017 interview of Nathan P■ | DOJ-CLASS-00431 through DOJ-CLASS-00432 |
| 48. | FBI 302 and any agent's notes and attachments from a 6-27-2017 interview of Christopher ■■ P■ | DOJ-CLASS-00433 |
| 49. | FBI 302 and any agent's notes and attachments from a 6-27-2017 interview of Colleen ■ S■ | DOJ-CLASS-00442 through DOJ-CLASS-00443 |
| 50. | FBI 302 and any agent's notes and attachments from a 7-13-2017 interview of Donald Z■ | DOJ-CLASS-00444 through DOJ-CLASS-00445 |
| 51. | FBI 302 and any agent's notes and attachments from a 6-29-2017 interview of Benjamin ■ R■ | DOJ-CLASS-00529 through DOJ-CLASS-00532 |
| 52. | FBI 302 and any agent's notes and attachments from a 6-20-2017 interview of Jacquelyn D■ | DOJ-CLASS-00533 through DOJ-CLASS-00534 |
| 53. | FBI 302 and any agent's notes and attachments from a 6-2-2017 interview of Paul Hignett | DOJ-CLASS-00535 through DOJ-CLASS-00536 |
| 54. | ████████████ | n/a |
| 55. | Memorandum to Acting Assistant Attorney General, National Security Division, United States Department of Justice Assistant Director, Criminal Investigation Division, Federal Bureau of Investigation | DOJ-CLASS-00808 |
| 56. | May 31, 2017 Letter from L. Kemp Ensor III | DOJ-CLASS-00809 through DOJ-CLASS-00810 |
| 57. | ████████████ | DOJ-CLASS-00811 through DOJ-CLASS-00826 |

| Item | Brief Description of Classified Information or Document[1] | Affiliated Classified Bates No. |
|---|---|---|
| 58. | | n/a |
| 59. | | n/a |
| 60. | | n/a |
| 61. | Testimony or information regarding Intelink-TS. | n/a |
| 62. | | n/a |
| 63. | | |
| 64. | | n/a |
| 65. | | n/a |
| 66. | | n/a |
| 67. | | n/a |
| 68. | | n/a |

███████████████████████████████

| ITEM | BRIEF DESCRIPTION OF CLASSIFIED INFORMATION OR DOCUMENT[2] | AFFILIATED CLASSIFIED BATES NO. |
|---|---|---|
| 69. | ████████████████████████ | n/a |
| 70. | ████████████████████████ | n/a |
| 71. | Testimony or information related to the Defendant's job duties and responsibilities with Pluribus International Corporation. | n/a |
| 72. | Any classified information contained in Ms. Winner's papers or electronic devices collected from her home and workstation. | n/a |
| 73. | ████████████████████████ | n/a[3] |
| 74. | ████████████████████████ | n/a |

---

[3] Items 73 through 168 are descriptions of discovery requested by the Defendant in this case. At the time of the filing of this CIPA § 5 Notice, discovery is still outstanding, and the Court will likely rule on the Defendant's motion to compel these discovery requests. To avoid any potential waiver of the opportunity to utilize information related to the Defendant's discovery requests, those requests are noticed here as the Defendant reasonably expects to disclose or to cause the disclosure of classified information received in response to these discovery requests.

[4] ████████████████████████████████████████████████

████████████████████████████

| ITEM | BRIEF DESCRIPTION OF CLASSIFIED INFORMATION OR DOCUMENT[2] | AFFILIATED CLASSIFIED BATES NO. |
|---|---|---|
| 75. | | n/a |
| 76. | | n/a |
| 77. | | n/a |
| 78. | | n/a |
| 79. | | n/a |
| 80. | | n/a |
| 81. | | n/a |
| 82. | | n/a |

| ITEM | BRIEF DESCRIPTION OF CLASSIFIED INFORMATION OR DOCUMENT[1] | AFFILIATED CLASSIFIED BATES NO. |
|---|---|---|
| 83. | | n/a |
| 84. | | n/a |
| 85. | | n/a |
| 86. | | n/a |
| 87. | | n/a |
| 88. | | n/a |
| 89. | | n/a |

| ITEM | BRIEF DESCRIPTION OF CLASSIFIED INFORMATION OR DOCUMENT[2] | AFFILIATED CLASSIFIED BATES NO. |
|---|---|---|
| 90. | | n/a |
| 91. | | n/a |
| 92. | | n/a |
| 93. | | n/a |
| 94. | | n/a |

12

| ITEM | BRIEF DESCRIPTION OF CLASSIFIED INFORMATION OR DOCUMENT[2] | AFFILIATED CLASSIFIED BATES NO. |
|---|---|---|
| 95. | | n/a |
| 96. | | n/a |
| 97. | | n/a |
| 98. | | n/a |

| Item | Brief Description of Classified Information or Document[2] | Affiliated Classified Bates No. |
|---|---|---|
| 99. | | n/a |
| 100. | | n/a |
| 101. | | n/a |
| 102. | | n/a |

14

| ITEM | BRIEF DESCRIPTION OF CLASSIFIED INFORMATION OR DOCUMENT[2] | AFFILIATED CLASSIFIED BATES NO. |
|---|---|---|
| 103. | | n/a |
| 104. | | n/a |
| 105. | | n/a |

15

| ITEM | BRIEF DESCRIPTION OF CLASSIFIED INFORMATION OR DOCUMENT[2] | AFFILIATED CLASSIFIED BATES NO. |
|------|------------------------------------------------------------|---------------------------------|
| 106. | | n/a |
| 107. | | n/a |
| 108. | | n/a |

| ITEM | BRIEF DESCRIPTION OF CLASSIFIED INFORMATION OR DOCUMENT[2] | AFFILIATED CLASSIFIED BATES NO. |
|---|---|---|
| 109. | | n/a |
| 110. | | n/a |
| 111. | | n/a |

17

| ITEM | BRIEF DESCRIPTION OF CLASSIFIED INFORMATION OR DOCUMENT[2] | AFFILIATED CLASSIFIED BATES NO. |
|---|---|---|
| 112. | | n/a |
| 113. | | n/a |
| 114. | | n/a |
| 115. | | n/a |
| 116. | | n/a |

| ITEM | BRIEF DESCRIPTION OF CLASSIFIED INFORMATION OR DOCUMENT[2] | AFFILIATED CLASSIFIED BATES No. |
|------|----------------------------------------------------------|---------------------------------|
| 117. | | n/a |
| 118. | | n/a |
| 119. | | n/a |
| 120. | | n/a |
| 121. | | n/a |
| 122. | | n/a |
| 123. | | n/a |

| ITEM | BRIEF DESCRIPTION OF CLASSIFIED INFORMATION OR DOCUMENT[2] | AFFILIATED CLASSIFIED BATES NO. |
|---|---|---|
| 124. | | n/a |
| 125. | | n/a |
| 126. | | n/a |
| 127. | | n/a |
| 128. | | n/a |
| 129. | | n/a |
| 130. | | n/a |

| ITEM | BRIEF DESCRIPTION OF CLASSIFIED INFORMATION OR DOCUMENT[2] | AFFILIATED CLASSIFIED BATES NO. |
|------|------------------------------------------------------------|----------------------------------|
| 131. | | n/a |
| 132. | | n/a |
| 133. | | n/a |
| 134. | | n/a |
| 135. | | n/a |
| 136. | | n/a |
| 137. | | n/a |
| 138. | Any documents, communications supporting, undergirding, relating to, or involving the allegations of harm as set forth on page 4 of the Government's October 5, 2017 response. | n/a |

| ITEM | BRIEF DESCRIPTION OF CLASSIFIED INFORMATION OR DOCUMENT[2] | AFFILIATED CLASSIFIED BATES NO. |
|---|---|---|
| 139. | ███████████████████████ | n/a |
| 140. | ███████████████████████ | n/a |
| 141. | ███████████████████████ | n/a |
| 142. | ███████████████████████ | n/a |
| 143. | ███████████████████████ | n/a |
| 144. | Testimony or information regarding the number of individuals who currently hold a TOP SECRET clearance, SECRET clearance, and CONFIDENTIAL clearance. | n/a |
| 145. | ███████████████████████ | n/a |
| 146. | ███████████████████████ | n/a |

| ITEM | BRIEF DESCRIPTION OF CLASSIFIED INFORMATION OR DOCUMENT[2] | AFFILIATED CLASSIFIED BATES NO. |
|------|------------------------------------------------------------|----------------------------------|
| 147. | ████████████████████████████████████████ | n/a |
| 148. | ████████████████████████████████████████ | n/a |
| 149. | The Facebook conversation dated February 14, 2017 (as reference in the Government's November 6, 2017 amended 404(b) letter). | n/a |
| 150. | ████████████████████████████████████████ | n/a |
| 151. | ████████████████████████████████████████ | n/a |
| 152. | Testimony or information regarding the incident referenced in the Government's November 6, 2017 amended 404(b) letter relating to the Defendant's alleged "mishandling of classified information" in or about February 2017. | n/a |
| 153. | ████████████████████████████████████████ | n/a |
| 154. | ████████████████████████████████████████ | n/a |
| 155. | ████████████████████████████████████████ | n/a |

| ITEM | BRIEF DESCRIPTION OF CLASSIFIED INFORMATION OR DOCUMENT[2] | AFFILIATED CLASSIFIED BATES NO. |
|---|---|---|
| 156. | The number of authorized users of JWICS. | n/a |
| 157. | | n/a |
| 158. | The total number of authorized users of TESTFLIGHT, Library of National Intelligence, NEXT GENERATION TRIDENT, and Discovery | n/a |
| 159. | | n/a |
| 160. | | n/a |
| 161. | | n/a |
| 162. | | n/a |
| 163. | | n/a |
| 164. | | n/a |
| 165. | | n/a |
| 166. | | n/a |
| 167. | | n/a |

| ITEM | BRIEF DESCRIPTION OF CLASSIFIED INFORMATION OR DOCUMENT[2] | AFFILIATED CLASSIFIED BATES NO. |
|---|---|---|
| 168. | | n/a |
| 169. | | n/a |
| 170. | | n/a |
| 171. | Any information gathered in response to Rule 17 subpoenas issued to non-governmental organizations (e.g., Pluribus International). | n/a |
| 172. | Any information gathered in response to state government FOIA requests. | n/a |
| 173. | Any news article provided to the Government in connection with a discovery request or referenced in a discovery request. | n/a |

The Defendant submits this CIPA § 5 Notice with full disclosure that this is a first in a series of CIPA § 5 notices to be submitted to the Court and counsel to the Government.

Respectfully Submitted,

/s/Joe D. Whitley

Joe D. Whitley (Bar No. 756150)
Admitted *Pro Hac Vice*
Brett A. Switzer (Bar No. 554141)
**BAKER, DONELSON, BEARMAN,**
   **CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Rd., NE Suite 1600
Atlanta, GA 30326
(404) 577-6000
JWhitley@bakerdonelson.com
BSwitzer@bakerdonelson.com

John C. Bell, Jr. (Bar No. 048600)
Titus T. Nichols (Bar No. 870662)
**BELL & BRIGHAM**
PO Box 1547
Augusta, GA 30903-1547
(706) 722-2014
John@bellbrigham.com
Titus@bellbrigham.com

Matthew S. Chester (La. Bar No. 36411)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
   **CALDWELL & BERKOWITZ, P.C.**
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170
(504) 566-5200
MChester@bakerdonelson.com

Thomas H. Barnard (Az. Bar No. 020982)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
   **CALDWELL & BERKOWITZ, P.C.**
100 Light Street
Baltimore, MD 21202
(410) 685-1120
TBarnard@bakerdonelson.com

Jill E. McCook (Tn. Bar No. 033813)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
   **CALDWELL & BERKOWITZ, P.C.**
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919
(865) 549-7129
JMCook@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT
REALITY LEIGH WINNER**

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2017, I delivered the foregoing to the CISO, and will send notification of such filing to counsel of record for all parties.

/s/Joe D. Whitley
Joe D. Whitley