*...d with the Classified
Information Security Officer
CISO* **MPutwr**
Date **11/21/2017**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | * |
| v. | *   NO. 1:17-CR-00034 |
| | * |
| REALITY LEIGH WINNER | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING

Defendant REALITY LEIGH WINNER, through Counsel, hereby provides notice to the Court and Counsel of Record, of the filing of the following document with the Classified Information Security Officer (CISO), on November 20, 2017:

### *EX PARTE* MOTION FOR ISSUANCE OF SUBPOENAS PURSUANT TO RULE 17 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

and

### *EX PARTE* MEMORANDUM IN SUPPORT OF MOTION FOR ISSUANCE OF SUBPOENAS PURSUANT TO RULE 17 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

Respectfully submitted,

*/s/Joe D. Whitley*

| | |
|---|---|
| Joe D. Whitley (Bar No. 756150)<br>Admitted *Pro Hac Vice*<br>Brett A. Switzer (Bar No. 554141)<br>**BAKER, DONELSON, BEARMAN,**<br>    **CALDWELL & BERKOWITZ, P.C.**<br>3414 Peachtree Rd., NE Suite 1600<br>Atlanta, GA 30326<br>(404) 577-6000<br>JWhitley@bakerdonelson.com<br>BSwitzer@bakerdonelson.com | John C. Bell, Jr. (Bar No. 048600)<br>Titus T. Nichols (Bar No. 870662)<br>**BELL & BRIGHAM**<br>PO Box 1547<br>Augusta, GA 30903-1547<br>(706) 722-2014<br>John@bellbrigham.com<br>Titus@bellbrigham.com |
| Matthew S. Chester (La. Bar No. 36411)<br>Admitted *Pro Hac Vice*<br>**BAKER, DONELSON, BEARMAN,**<br>    **CALDWELL & BERKOWITZ, P.C.**<br>201 St. Charles Ave., Suite 3600<br>New Orleans, LA 70170<br>(504) 566-5200<br>MChester@bakerdonelson.com | Thomas H. Barnard (Az. Bar No. 27488)<br>Admitted *Pro Hac Vice*<br>**BAKER, DONELSON, BEARMAN,**<br>    **CALDWELL & BERKOWITZ, P.C.**<br>100 Light Street.<br>Baltimore, MD 21202<br>(410) 685-1120<br>TBarnard@bakerdonelson.com |

Jill E. McCook (Tn. Bar No. 033813)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
    **CALDWELL & BERKOWITZ, P.C.**
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919
(865) 549-7129
JMCook@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT**
**REALITY LEIGH WINNER**

## **CERTIFICATE OF SERVICE**

 I hereby certify that on November 21, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties.

               s/ Joe D. Whitley
               Joe D. Whitley