████████████████████

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | NO. 1:17-CR-0034 |
| | * | FILED *IN CAMERA* AND |
| REALITY LEIGH WINNER | * | UNDER SEAL WITH THE CISO |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

### JOINT STATUS REPORT

(U) NOW INTO COURT, through undersigned counsel, comes Defendant Reality Leigh Winner ("Ms. Winner" or the "Defendant"), and the United States of America, pursuant to the Court's orders [Docs. 148, 155], who hereby provide the following joint status report.

(U) The Defendant has served four separate discovery requests upon the Government, one on August 29, 2017 (the "First Discovery Request"), which the Defendant revised and served on the Government on November 20, 2017, one on October 5, 2017 (the "Second Discovery Request"), which the Defendant revised and served on the Government on November 20, 2017, one on October 26, 2017 (the "Third Discovery Request"), which the Defendant revised and served on the Government on November 20, 2017, and one on November 20, 2017 (the "Fourth Discovery Request"), each of which is attached hereto as **Exhibits A, B, C, and D,** respectively. The Government responded to the First Discovery Request on October 5, 2017; the Second Discovery Request on November 1, 2017; and the Third Discovery Request on November 21, 2017, each of which is attached hereto as **Exhibits E, F, and G,** respectively. The Government has not responded in writing to the Fourth Discovery Request.

████████████████████

███████████████

(U) On October 19, 2017, the Defendant filed an Expedited Motion to Compel Response to Discovery Requests, and the Government responded on November 1, 2017. The Court set the matter for a hearing on November 3, 2017. On November 3, 2017, at the request of the Court, the parties began a dialogue about the discovery requests that are the subject of the Motion to Compel. The parties agreed that defense counsel would submit revised discovery requests for the Government's review. The Court entered the Fourth Amended Scheduling Order [Doc. 155], which required the Defendant to submit revised discovery requests to the Government on or before November 22, 2017, and required the parties to submit this joint status report on or before November 27, 2017, in advance of a November 30, 2017 hearing. Pursuant to the Court's orders, on November 8, 2017, and again on November 20, 2017, the parties met and conferred regarding the Defendant's discovery requests.

(U) Pursuant to the Court's November 6, 2017 order, the following tables itemize all unresolved disputes regarding: (1) the discovery requests set forth in the Expedited Motion to Compel and related briefs; and (2) all other outstanding defense discovery requests. Based upon the Court's direction not to file an additional motion to compel regarding discovery requests, the Defendant hereby amends her Expedited Motion to Compel to seek compulsion of responses to all of the following discovery requests from her First, Second, Third, and Fourth Discovery Requests:

███████████████

███████████████████████████

| First Discovery Request | |
|---|---|
| **Request Number** | **Description** |
| Request No. 1(d) | ███████████████████████ |
| Request No. 1(e) | ███████████████████████ |
| Request No. 1(f) | ███████████████████████ |
| Request No. 2(a) | ███████████████████████ |
| Request No. 2(b) | ███████████████████████ |
| Request No. 2(c) | ███████████████████████ |

---

[1] ████████████████████████████████████████████████████

[2] (U//FOUO) The Defendant recognizes that in the Government's response to the Motion to Compel it provided the total number of individuals with access to the ████████.

[3] ██████████████████████████████████████████████

[4] (U) The Defendant believes that this information has been provided but seeks confirmation from the Government.

███████████████████████████

| | |
|---|---|
| Request No. 2(d) | |
| Request No. 3(c) | |
| Request No. 3(d) | |
| Request No. 3(e) | |
| Request No. 3(f) | |
| Request No. 3(h) | |
| Request No. 7 | |



| Second Discovery Request | |
| --- | --- |
| **Request Number** | **Description** |
| Request No. 8 | |
| Request No. 9 | |
| Request No. 11(a) | |
| Request No. 11(b) | |
| Request No. 3(a) | |
| Request No. 3(g) | |



[7] (U) The Defendant recognizes that the Government has responded to the part of this request related to drafts or modifications and to classification guides.

5



Request No. 2

Request No. 3(a)

---

[8] (U) Except where otherwise expressly limited, the Defendant's requests contemplate and encompass documents, within the broad scope of Fed. R. Crim. P. 16 in the possession, custody, or control of any branch of the United States federal government. Defendant seeks broadly under Rule 16 all documents within the possession, custody, or control of any branch of the United States Federal Government.  The Defendant understands that it is the Government's position that the following agencies are outside the scope of its discovery obligations: CIA, DHS, DoD (other than ███ and USAF), National Security Council, NARA, and the White House Office.  Without agreeing to this limitation, in the interest of time, the Defendant will be issuing Rule 17 subpoenas to those government entities which the Government has identified as falling outside of the scope of its discovery obligations.

(U) "Documentary materials" includes working papers and drafts to the extent not covered by an applicable legal privilege.

[9] (U) "Communications" as used in this discovery request, and any other discovery requests, includes but is not limited to Lync conversations.



| Request No. 3(b) | |
| --- | --- |
| Request No. 3(b)(1) | |
| Request No. 3(c) | |
| Request No. 3(d) | |
| Request No. 3(e) | |
| Request No. 3(f) | |





| Request No. 3(j) | |
| Request No. 3(j)(1) | |
| Request No. 3(k) | |
| Request No. 3(k)(1) | |



| Request No. 3(l) | |
| Request No. 3(m) | |
| Request No. 3(m)(1) | |
| Request No. 3(n) | |
| Request No. 3(o) | |
| n/a | |

| Third Discovery Request | |
|---|---|
| **Request Number** | **Description** |
| Request No. 1 | (U) Generally, for each response that indicates "Your request calls for the production of material to which the defense is not entitled," please respond or provide documents sufficient to identify the portion or portions of the request that the government specifically objects to or believes the Defendant is not entitled. Additionally, please clarify what is meant by the phrase "not entitled" (i.e., precluded for security reasons; a specific federal rule of criminal procedure; privilege, other statute; or an aspect of CIPA, etc.). |
| Request No. 2(b)(iv) | |
| Request No. 2(c) | |

11



Request No. 2(d)

Request No. 2(e)

Request No. 2(g)

| | |
|---|---|
| Request No. 3(a) – (i) | (U//~~FOUO~~)   The Defendant requests unredacted copies of the following classified documents produced in discovery: [11]<br><br>a.  ~~DOJ-CLASS-00012 through DOJ-CLASS-00028;~~<br><br>b.  ~~DOJ-CLASS-00029 through DOJ-CLASS-00038;~~<br><br>c.  ~~DOJ-CLASS-00039;~~<br><br>d.  ~~DOJ-CLASS-00042;~~<br><br>e.  ~~DOJ-CLASS-00230 through DOJ-CLASS-00240;~~<br><br>f.   DOJ-CLASS-00250;<br><br>g.  DOJ-CLASS-00251 through DOJ-CLASS-00407;<br><br>h.  DOJ-CLASS-00543 through DOJ-CLASS-00735; and<br><br>i.   DOJ-CLASS-00792 through DOJ-CLASS-00798. |
| Request No. 4 | |

---

[11] (U) The items with strikethroughs are items that the parties have resolved.  The government, without conceding it has any obligation to do so, has agreed to provide to the Defendant in classified discovery revised versions of the documents with the Bates Numbers DOJ-CLASS-00012 through DOJ-CLASS-00028; DOJ-CLASS-00029 through DOJ-CLASS-00038; DOJ-CLASS-00039; DOJ-CLASS-00042; and DOJ-CLASS-00230 through DOJ-CLASS-00240.  Accordingly, the Defendant has agreed to remove these items from the joint status report, but respectfully requests that if the Defendant has any objections after reviewing the revised copies of these documents, that she be afforded two weeks to bring such objections to the Court's attention.  This request applies to numbers 2(f), 3(a)-(e), and 5 of the Defendant's third discovery letter.

| Request No. 5 | ███████████████████████████████ |
| Request No. 6 | (U//FOUO) The Defendant requests the attachments to the following emails produced in classified discovery: DOJ-CLASS-764; DOJ-CLASS-00801; and DOJ-CLASS-00806 |
| Request No. 7 | ███████████████████████████████ |
| **Fourth Discovery Request** | |
| **Request Number** | **Description** |

| | |
|---|---|
| Request No. 1 | |
| Request No. 2 | |
| Request No. 3 | (U//~~FOUO~~)  For  DOJ-CLASS-000251  through  DOJ-CLASS-000407, **please** provide copies of the material contained in each link for each of the 4,240 rows of information. |
| Request No. 4 | |
| Request No. 5 | |
| Request No. 6 | |
| Request No. 7 | |
| Request No. 8 | |

| | |
|---|---|
| Request No. 9 | (U//~~FOUO~~) Identify whether there are any ▮▮▮ policies, including but not limited to publication guidelines, related to the ▮▮▮▮▮ and provide copies of those policies. |
| Request No. 10 | |
| Request No. 11 | |
| Request No. 12 | (U//~~FOUO~~) To the extent not already provided, please provide a copy of the audio underlying DOJ-CLASS-000449 through DOJ-CLASS-000538. |
| Request No. 13 | |
| Request No. 14 | |
| Request No. 15 | |
| Request No. 16 | |
| Request No. 17 | |



Request No. 18

Request No. 19

Request No. 20

Request No. 21

Request No. 22

Request No. 23

Request No. 24

Request No. 25

Request No. 26

| Request No. 27 | |
|---|---|
| Request No. 28 | (U//FOUO) Please produce any and all documents, communications supporting, undergirding, relating to, or involving the allegations of harm as set forth on page 4 of the Government's October 5, 2017 response. |
| Request No. 29 | |
| Request No. 30 | |
| Request No. 31 | |
| Request No. 32 | |
| Request No. 33 | |
| Request No. 34 | (U//FOUO) Identify the number of individuals who currently hold a TOP SECRET clearance, SECRET clearance, and CONFIDENTIAL clearance. |
| Request No. 35 | |

| | |
|---|---|
| Request No. 36 | |
| Request No. 37 | |
| Request No. 38 | |
| Request No. 39 | (U) To the extent not already produced, please produce a copy of the Facebook conversation dated February 14, 2017 (as reference in the Government's November 6, 2017 amended 404(b) letter). |
| Request No. 40 | |
| Request No. 41 | |
| Request No. 42 | (U) Any and all documents regarding the incident referenced in the Government's November 6, 2017 amended 404(b) letter relating to the Defendant's alleged "mishandling of classified information" in or about February 2017. |
| Request No. 43 | |
| Request No. 44 | |
| Request No. 45 | (U) Provide all documentation underlying each FBI 302 produced to the Defendant, including but not limited to any agent notes and attachments. |
| Request No. 46 | (U//FOUO) Please provide documents identified as DOJ-CLASS-00447 through DOJ-CLASS-00448. |

████████████████████

(U) Notwithstanding certain challenges, including time and distance constraints, the parties have had positive and constructive interactions and have worked diligently to reach some agreement about the scope of the Defendants discovery requests, and they will continue discussions in advance of the November 30 hearing.

████████████████████

██████████████████████

Respectfully Submitted,

/s/ _____

Joe D. Whitley (Bar No. 756150)
Admitted *Pro Hac Vice*
Brett A. Switzer (Bar No. 554141)
**BAKER, DONELSON, BEARMAN,**
      **CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Rd., NE Suite 1600
Atlanta, GA 30326
(404) 577-6000
JWhitley@bakerdonelson.com
BSwitzer@bakerdonelson.com

John C. Bell, Jr. (Bar No. 048600)
Titus T. Nichols (Bar No. 870662)
**BELL & BRIGHAM**
PO Box 1547
Augusta, GA 30903-1547
(706) 722-2014
John@bellbrigham.com
Titus@bellbrigham.com

Matthew S. Chester (La. Bar No. 36411)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
      **CALDWELL & BERKOWITZ, P.C.**
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170
(504) 566-5200
MChester@bakerdonelson.com

Thomas H. Barnard (Az. Bar No. 020982)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
      **CALDWELL & BERKOWITZ, P.C.**
100 Light Street
Baltimore, MD 21202
(410) 685-1120
TBarnard@bakerdonelson.com

Jill E. McCook (Tn. Bar No. 033813)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
      **CALDWELL & BERKOWITZ, P.C.**
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919
(865) 549-7129
JMCook@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT**
**REALITY LEIGH WINNER**

/s/ _____

R. BRIAN TANNER
UNITED STATES ATTORNEY

Jennifer G. Solari
Assistant United States Attorney

Julie A. Edelstein
David C. Aaron
Trial Attorneys
U.S. Department of Justice
National Security Division

21

██████████████████████

Southern District of Georgia

## CERTIFICATE OF SERVICE

I hereby certify that on November 27th, 2017, I delivered the foregoing to the CISO, and will send notification of such filing to counsel of record for all parties.

R. BRIAN TANNER
UNITED STATES ATTORNEY

*/s/ Julie A. Edelstein*

Julie A. Edelstein
Trial Attorney

600 E Street, N.W.
Washington, D.C. 20004
(202) 233-2260

22