UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | NO. 1:17-CR-0034 |
| | * | |
| REALITY LEIGH WINNER | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | | |

### DEFENDANT'S MOTION TO LIFT UNCONSTITUTIONAL LIMITATIONS AND MOTION TO ENFORCE RELEVANT PROVISIONS OF THE PROTECTIVE ORDER; AND REQUEST FOR A HEARING

Defendant Reality Leigh Winner (the "Defendant" or "Ms. Winner") submits this Motion (and accompanying memorandum in support) to Lift Unconstitutional Limitations Imposed by the Government and Motion to Enforce Relevant Provisions of the Protective Order. The Defendant also requests a hearing on the instant Motion. While the defense respects the legitimate security concerns surrounding the handling of any classified or potentially classified information in this case and the need for appropriate protocols to address those concerns, a number of limitations and concerns have arisen that present a serious obstacle to the defense's ability to gather evidence and prepare its case that are contrary to the Constitution and the presumption of openness in federal courts. As more particularly set forth in the accompanying memorandum in support, the defense is limited in its ability to (1) conduct research necessary to gather evidence on elements of the offense and (2) communicate with one another in a timely and efficient manner, and the defense requests that the Court afford Ms. Winner relief on these issues as set forth below. Also, the defense requests that the Court enforce and clarify provisions of the Protective Order, including placing redacted copies of filings on the public docket.

1

Accordingly, for the reasons set forth in the accompanying memorandum in support of this Motion, Ms. Winner respectfully requests that that Court grant the Motion to Lift Unconstitutional Limitations Imposed by the Government and to Enforce Relevant Provisions of the Protective Order.  In particular, Ms. Winner requests (a) that the Court order that the defense and its experts may engage in "unrestricted" searches (electronic and otherwise) in connection with gathering evidence relating to the element of the offense; (b) that the Court consider additional procedures (including additional classified phone lines and/or classified email) to lessen the burden on the defense in connection with its preparation in this case (burdens not imposed on the Government); and (c) that the Court enter an order requiring, for any classified filing or submission, that the Government provide redacted versions of such filings for filing on the public docket within ten (10) days of filing.  In addition, Ms. Winner requests a hearing on this matter and that the Court grant such additional relief as may be warranted.

Respectfully submitted,

/s/ Joe D. Whitley
Joe D. Whitley (Bar No. 756150)
Admitted *Pro Hac Vice*
Brett A. Switzer (Bar No. 554141)
**BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Rd., NE Suite 1600
Atlanta, GA  30326
(404) 577-6000
JWhitley@bakerdonelson.com
BSwitzer@bakerdonelson.com

John C. Bell, Jr. (Bar No. 048600)
Titus T. Nichols (Bar No. 870662)
**BELL & BRIGHAM**
PO Box 1547
Augusta, GA  30903-1547
(706) 722-2014
John@bellbrigham.com
Titus@bellbrigham.com

Matthew S. Chester (La. Bar No. 36411)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.**
201 St. Charles Ave., Suite 3600
New Orleans, LA  70170
(504) 566-5200
MChester@bakerdonelson.com

Thomas H. Barnard (Az. Bar No. 27488)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.**
100 Light Street.
Baltimore, MD  21202
(410) 685-1120
TBarnard@bakerdonelson.com

Jill E. McCook (Tn. Bar No. 033813)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.**
265 Brookview Centre Way, Suite 600
Knoxville, TN  37919
(865) 549-7129
JMCook@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT
REALITY LEIGH WINNER**

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties.

/s/ Joe D. Whitley
JOE D. WHITLEY