# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

STEPHEN JIN-WOO KIM,

Defendant.

**Criminal No. 10-225 (CKK)**

**ORDER**
(October 18, 2013)

In order to have classified materials in this case reviewed, redacted, and placed on the public docket in an expeditious manner, the Court hereby requires that for any future filings, the intelligence community must complete their review, make any required redactions, and provide the Court with a redacted version for filing on the public docket within ten (10) business days of the filing under seal of a document in this case that contains or potentially contains classified material. For all filings in this case currently under review by the intelligence community, the intelligence community must complete their review, make any required redactions, and provide the Court with a redacted version for filing on the public docket by no later than **November 1, 2013**.

**SO ORDERED.**

_____/s/_____
**COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE