Filed with the Classified Information Security Officer
CISO [signature]
Date 11/27/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * NO. 1:17-CR-00034 |
| | * |
| REALITY LEIGH WINNER | * |

* * * * * * * * * * * * * * * * *

NOTICE OF FILING

Defendant REALITY LEIGH WINNER, through Counsel, hereby provides notice to the Court and Counsel of Record, of the filing of the following documents with the Classified Information Security Officer (CISO), on November 27, 2017:

**DEFENDANT'S MOTION and MEMORANDUM OF LAW IN SUPPORT OF HER MOTION *IN LIMINE* AND RESPONSE TO THE GOVERNMENT'S NOTICE OF EVIDENCE UNDER 404(B)**

Respectfully submitted,

/s/Joe D. Whitley
_____

Joe D. Whitley (Bar No. 756150)
Admitted *Pro Hac Vice*
Brett A. Switzer (Bar No. 554141)
**BAKER, DONELSON, BEARMAN,**
    **CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Rd., NE Suite 1600
Atlanta, GA 30326
(404) 577-6000
JWhitley@bakerdonelson.com
BSwitzer@bakerdonelson.com

Matthew S. Chester (La. Bar No. 36411)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
    **CALDWELL & BERKOWITZ, P.C.**
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170
(504) 566-5200
MChester@bakerdonelson.com

Jill E. McCook (Tn. Bar No. 033813)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
    **CALDWELL & BERKOWITZ, P.C.**
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919
(865) 549-7129
JMCook@bakerdonelson.com

John C. Bell, Jr. (Bar No. 048600)
Titus T. Nichols (Bar No. 870662)
**BELL & BRIGHAM**
PO Box 1547
Augusta, GA 30903-1547
(706) 722-2014
John@bellbrigham.com
Titus@bellbrigham.com

Thomas H. Barnard (Az. Bar No. 27488)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
    **CALDWELL & BERKOWITZ, P.C.**
100 Light Street.
Baltimore, MD 21202
(410) 685-1120
TBarnard@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT
REALITY LEIGH WINNER**

2

## CERTIFICATE OF SERVICE

      I hereby certify that on November 29, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties.

                                                  s/ Joe D. Whitley
                                                  Joe D. Whitley

Case 1:17-cr-00034-JRH-BKE   Document 166   Filed 11/29/17   Page 3 of 3