UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

*Filed with the CISO*
*12/01/2017*

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * NO. 1:17-CR-00034 |
| | * |
| REALITY LEIGH WINNER | * |

* * * * * * * * * * * * * * * * * *

## NOTICE OF FILING

Defendant REALITY LEIGH WINNER, through Counsel, hereby provides notice to the Court and Counsel of Record, of the filing of the following document with the Classified Information Security Officer (CISO), on December 1, 2017:

**DEFENDANT'S SECOND CIPA § 5 NOTICE**

1

Respectfully submitted,

*/s/Joe D. Whitley*

| | |
|---|---|
| Joe D. Whitley (Bar No. 756150)<br>Admitted *Pro Hac Vice*<br>Brett A. Switzer (Bar No. 554141)<br>**BAKER, DONELSON, BEARMAN,<br>    CALDWELL & BERKOWITZ, P.C.**<br>3414 Peachtree Rd., NE Suite 1600<br>Atlanta, GA 30326<br>(404) 577-6000<br>JWhitley@bakerdonelson.com<br>BSwitzer@bakerdonelson.com | John C. Bell, Jr. (Bar No. 048600)<br>Titus T. Nichols (Bar No. 870662)<br>**BELL & BRIGHAM**<br>PO Box 1547<br>Augusta, GA 30903-1547<br>(706) 722-2014<br>John@bellbrigham.com<br>Titus@bellbrigham.com |
| Matthew S. Chester (La. Bar No. 36411)<br>Admitted *Pro Hac Vice*<br>**BAKER, DONELSON, BEARMAN,<br>    CALDWELL & BERKOWITZ, P.C.**<br>201 St. Charles Ave., Suite 3600<br>New Orleans, LA 70170<br>(504) 566-5200<br>MChester@bakerdonelson.com | Thomas H. Barnard (Az. Bar No. 27488)<br>Admitted *Pro Hac Vice*<br>**BAKER, DONELSON, BEARMAN,<br>    CALDWELL & BERKOWITZ, P.C.**<br>100 Light Street.<br>Baltimore, MD 21202<br>(410) 685-1120<br>TBarnard@bakerdonelson.com |
| Jill E. McCook (Tn. Bar No. 033813)<br>Admitted *Pro Hac Vice*<br>**BAKER, DONELSON, BEARMAN,<br>    CALDWELL & BERKOWITZ, P.C.**<br>265 Brookview Centre Way, Suite 600<br>Knoxville, TN 37919<br>(865) 549-7129<br>JMCook@bakerdonelson.com | |

                                                        **ATTORNEYS FOR DEFENDANT<br>                                                        REALITY LEIGH WINNER**