filed with the CISO
[signature]
12/01/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| v. | * | NO. 1:17-CR-0034 |
| | * | FILED *IN CAMERA* AND |
| REALITY LEIGH WINNER | * | UNDER SEAL WITH THE CISO |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S SECOND CIPA § 5 NOTICE

NOW INTO COURT, through undersigned counsel, comes Defendant Reality Leigh Winner ("Ms. Winner" or the "Defendant"), pursuant to CIPA § 5 and this Court's Scheduling Orders, who hereby files her second notification of the classified information that she reasonably expects to disclose or cause to be disclosed in connection with a pretrial proceeding and/or trial in this prosecution. Pursuant to the Court's order allowing fourteen (14) days to review discovery and submit supplemental CIPA notices, the Defendant hereby notifies the United States and the Court that she reasonably expects to disclose or to cause the disclosure of the following classified information produced in the Government's November 21 response to the Defendant's discovery letter dated October 26, 2017, at a pre-trial proceeding or at trial:[1]

| ITEM | BRIEF DESCRIPTION OF CLASSIFIED INFORMATION OR DOCUMENT[2] | AFFILIATED CLASSIFIED BATES NO. |
|---|---|---|
| 174. | ██████████████████ | n/a |

---

[1] The Defendant incorporates the entirety of her First CIPA § 5 Notice herein.

[2] In identifying a document, Ms. Winner notices the entire content of the document.

1

| Item | Brief Description of Classified Information or Document[2] | Affiliated Classified Bates No. |
|---|---|---|
| 175. | ■ | n/a |
| 176. | ■ | n/a |
| 177. | ■ | n/a |
| 178. | ■ | DOJ-CLASS-00827 through DOJ-CLASS 00845 |
| 179. | ■ | DOJ-CLASS-00846 through DOJ-CLASS-863 |

The Defendant submits this CIPA § 5 Notice with full disclosure that this is a second in a series of CIPA § 5 notices to be submitted to the Court and counsel to the Government.

Respectfully Submitted,

/s/ Joe D. Whitley

Joe D. Whitley (Bar No. 756150)
Admitted *Pro Hac Vice*
Brett A. Switzer (Bar No. 554141)
**BAKER, DONELSON, BEARMAN,**
 **CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Rd., NE Suite 1600
Atlanta, GA 30326
(404) 577-6000
JWhitley@bakerdonelson.com
BSwitzer@bakerdonelson.com

Matthew S. Chester (La. Bar No. 36411)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
 **CALDWELL & BERKOWITZ, P.C.**
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170
(504) 566-5200
MChester@bakerdonelson.com

Jill E. McCook (Tn. Bar No. 033813)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
 **CALDWELL & BERKOWITZ, P.C.**
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919
(865) 549-7129
JMCook@bakerdonelson.com

John C. Bell, Jr. (Bar No. 048600)
Titus T. Nichols (Bar No. 870662)
**BELL & BRIGHAM**
PO Box 1547
Augusta, GA 30903-1547
(706) 722-2014
John@bellbrigham.com
Titus@bellbrigham.com

Thomas H. Barnard (Az. Bar No. 020982)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
 **CALDWELL & BERKOWITZ, P.C.**
100 Light Street
Baltimore, MD 21202
(410) 685-1120
TBarnard@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT
REALITY LEIGH WINNER**

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2017, I delivered the foregoing to the CISO, and will send notification of such filing to counsel of record for all parties.

/s/Joe D. Whitley
Joe D. Whitley