UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **NO. 1:17-CR-0034** |
| | * | |
| **REALITY LEIGH WINNER** | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

## DEFENDANT'S NOTICE OF APPEAL OF DETENTION ORDER

Notice is hereby given that Reality Leigh Winner, the Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order regarding detention that the district court entered on November 27, 2017 [Doc. 163]. A copy of the detention order is attached as **Exhibit A**. A copy of the detention orders issued by the magistrate judge on June 9, 2017 [Doc. 27], and October 5, 2017 [Doc. 115] are attached as **Exhibit B** and **Exhibit C**, respectively.

Respectfully submitted,

*/s/*Joe D. Whitley

| | |
|---|---|
| Joe D. Whitley (Bar No. 756150) | John C. Bell, Jr. (Bar No. 048600) |
| Admitted *Pro Hac Vice* | Titus T. Nichols (Bar No. 870662) |
| Brett A. Switzer (Bar No. 554141) | **BELL & BRIGHAM** |
| **BAKER, DONELSON, BEARMAN,** | PO Box 1547 |
| **CALDWELL & BERKOWITZ, P.C.** | Augusta, GA  30903-1547 |
| 3414 Peachtree Rd., NE Suite 1600 | (706) 722-2014 |
| Atlanta, GA  30326 | John@bellbrigham.com |
| (404) 577-6000 | Titus@bellbrigham.com |
| JWhitley@bakerdonelson.com | |
| BSwitzer@bakerdonelson.com | |

Matthew S. Chester (La. Bar No. 36411)   Thomas H. Barnard (Az. Bar No. 27488)
Admitted *Pro Hac Vice*                  Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**            **BAKER, DONELSON, BEARMAN,**
   **CALDWELL & BERKOWITZ, P.C.**           **CALDWELL & BERKOWITZ, P.C.**
201 St. Charles Ave., Suite 3600         100 Light Street.
New Orleans, LA  70170                   Baltimore, MD  21202
(504) 566-5200                           (410) 685-1120
MChester@bakerdonelson.com               TBarnard@bakerdonelson.com

Jill E. McCook (Tn. Bar No. 033813)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
   **CALDWELL & BERKOWITZ, P.C.**
265 Brookview Centre Way, Suite 600
Knoxville, TN  37919
(865) 549-7129
JMCook@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT
REALITY LEIGH WINNER**

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties.

*/s/*Joe D. Whitley
JOE D. WHITLEY