# United States District Court
### Southern District of Georgia

SCOTT L. POFF

OFFICE OF THE CLERK
P.O. Box 1130
AUGUSTA, GEORGIA 30903

TELEPHONE  (706)849-4400

David Smith, Clerk
U.S. Court of Appeals
56 Forsyth Street, NW
Atlanta, GA 30303

D.C. Number    CR117-034

U.S.C.A. Number

RE:  USA v. Reality Leigh Winner    Interlocutory Appeal

---

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

- [x] Copy of Notice of Appeal, docket entries, order and judgement appealed from, enclosed
- [ ] First Notice of Appeal :  [x] Yes  [ ] No

    Date of other _____

- [ ] Certified record on appeal consisting of:

    _____ Volume (s) of pleadings: _____ Volume (s) of transcripts;

    _____ Volume (s) of exhibits / deposition; _____ other: _____

- [ ] There was no hearing from which a transcript could be made
- [ ] Copy of CJA form appointing counsel
- [ ] The following materials were sealed in this court (order enclosed):_____
- [ ] The appellate docket fee has been paid :  [x] Yes  [ ] No

    Date paid _____12/11/17_____

- [ ] Appellate has been _____ leave to appeal in forma pauperis (copy of order concerning IFP and / or CPC is enclosed)
- [x] The Judge appealed from is _____J. Randal Hall_____
- [x] The Court Reporter is _____Lisa Davenport_____
- [ ] This is an appeal of a bankruptcy order

    Bankruptcy Judge : _____

- [ ] This is a DEATH PENALTY appeal

cc:

Sincerely,

SCOTT L. POFF, CLERK
U.S. DISTRICT COURT

BY: _____
Deputy Clerk

DATE:  _____12/12/2017_____