████████████████

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Criminal No.: 1:17-34 (JRH-BKE)** |
| | ) | |
| **v.** | ) | **Filed *In Camera* and** |
| | ) | **Under Seal with the Classified** |
| **REALITY LEIGH WINNER** | ) | **Information Security Officer** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## GOVERNMENT'S NOTICE PURSUANT TO SECTION 10 OF THE CLASSIFIED INFORMATION PROCEDURES ACT

(U)  The United States, by and through the undersigned counsel, respectfully submits this Notice, pursuant to Section 10 of the Classified Information Procedures Act (CIPA), Title 18, United States Code Appendix III, identifying the portions of the materials that it reasonably expects to rely upon to establish the national defense element for the offense charged in the Superseding Indictment (Dkt. No. 72).

(U)  The Superseding Indictment charges the Defendant with the Willful Retention and Transmission of National Defense Information, in violation of Title 18, United States Code, Section 793(e).  The indictment alleges that on or about May 9, 2017, the Defendant printed and improperly removed classified intelligence reporting, which contained information relating to the national defense that was closely held by the government ("National Defense Information" or NDI)—specifically, intelligence reporting dated on or about May 5, 2017, marked TOP SECRET//SENSITIVE

```
Classified By: Aaron David NSD USA GOV
        From: FBI NSISC dated 20090615, ████████████
████████████████
```
████████████████

COMPARTMENTED INFORMATION (SCI), that describes intelligence activities by a foreign government directed at targets within the United States.  The indictment further alleges the defendant unlawfully transmitted the intelligence reporting to an online news outlet, which was not entitled to receive or possess the intelligence reporting.

2



Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

By:     */s/ Jennifer G. Solari*
        Jennifer G. Solari
        Assistant United States Attorney
        Southern District of Georgia

        */s/ Julie A. Edelstein*
        Julie A. Edelstein
        */s/ David C. Aaron*
        David C. Aaron
        Trial Attorneys
        U.S. Department of Justice
        National Security Division

2 ██████████████████████████████████████

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 14th, 2017, I delivered the foregoing to the

CISO, and will send notification of such filing to counsel of record for all parties.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Julie A. Edelstein*

Julie A. Edelstein
Trial Attorney

600 E Street, N.W.
Washington, D.C. 20004
(202) 233-2260

4