IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 117-034 |
| | ) | |
| REALITY LEIGH WINNER | ) | |

## ORDER

The Court **GRANTS** Defendant's Motion to Continue, (doc. no. 181), and **CANCELS** the December 19, 2017, hearing regarding the sufficiency of Defendant's CIPA notices. Accordingly, the government need not file a brief regarding the sufficiency of Defendant's CIPA notices. However, the Court will conduct a classified hearing regarding defense Internet searches on Tuesday, December 19, 2017, at 10:00 a.m., at the Federal Justice Center, 600 James Brown Boulevard, Augusta, Georgia. Government counsel may attend the hearing, but their presence is not required. At 11:00 a.m. on the same day, the Court will conduct an unclassified hearing to discuss the status of the case and all remaining deadlines. Counsel may attend this second hearing in person or by phone. The Court will provide dial-in instructions to counsel.

Should Defendant wish to exercise her right of attendance at these hearings, for the purpose of transportation arrangements, defense counsel shall notify the Courtroom Deputy Clerk of her attendance by no later than noon on Monday, December 18, 2017.

SO ORDERED this 14th day of December, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA