UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * * * | |
| v. | * | CR 1:17-34 |
| **Reality Leigh Winner** | * * | |
| **Defendant** | * | |
|  | ************* | |

## APPLICATION FOR LEAVE OF ABSENCE
## OF DOJ TRIAL ATTORNEY JULIE A. EDELSTEIN

Comes now Julie A. Edelstein, Trial Attorney, United States Department of Justice, and respectfully requests the Court to grant her a leave of absence from the above case for which she is attorney of record now pending in the United States District Court for the Southern District of Georgia, from January 12-19, 2018.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*//s// Julie A. Edelstein*

Julie A. Edelstein
Trial Attorney
U. S. Department of Justice
National Security Division

1

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 15th day of December, 2017.

                                                  BOBBY L. CHRISTINE
                                                  UNITED STATES ATTORNEY

                                                  *//s// Julie A. Edelstein*

                                                  Julie A. Edelstein
                                                  Trial Attorney

600 E Street, N.W.
Washington, D.C. 20004
(202) 233-2260