UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * * * |
| v. | * CR 1:17-34 |
| **Reality Leigh Winner** | * * |
| **Defendant** | * |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Julie A. Edelstein**, having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Julie A. Edelstein** be granted leave of absence for the following periods: **January 12-19, 2018.**

This ___ day of _____, 2017

_____
J. RANDALL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA