UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 1:17-034 |
| | ) | |
| REALITY LEIGH WINNER | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Julie A. Edelstein,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Julie A. Edelstein** be granted leave of absence for the following periods: **January 12, 2018 through January 19, 2018.**

This _18th_ day of December, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA