IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *   CR 1:17-34 |
| v. | * |
| | * |
| REALITY LEIGH WINNER, | * |
| | * |
| Defendant. | * |
| | * |
| | * |
| | ******* |

# GOVERNMENT'S NOTICE OF FILING

The United States hereby gives notice that on December 18, 2017, it filed with the Court, through the Classified Information Security Officer, a pleading entitled the "Government's Response to Defendant's Motion *In Limine* and Response to the Government's Notice of Evidence Under F.R.E. 404(b)."

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*//s// Jennifer G. Solari*

Jennifer G. Solari
Assistant United States Attorney

*//s// David C. Aaron*

David C. Aaron
Trial Attorney

1

U. S. Department of Justice
National Security Division

*//s// Julie Edelstein*

Julie A. Edelstein
Trial Attorney
U. S. Department of Justice
National Security Division

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 18th day of December 2017.

                                                BOBBY L. CHRISTINE
                                                UNITED STATES ATTORNEY

                                                *//s// Julie A. Edelstein*

                                                Julie A. Edelstein
                                                Trial Attorney

600 E Street, N.W.
Washington, D.C. 20004
(202) 233-2260