<u>United States v. Reality Leigh Winner</u>

CR 117-34

Government's Response to Defendant's Motion to Suppress

Attachment A –Recorded Interview of Defendant, June 3, 2017 (redacted)

[To be hand-delivered to the Court on CD]

**<u>\*\*Contains PII\*\*</u>**