<u>United States v. Reality Leigh Winner</u>

CR 117-34

Government's Response to Defendant's Motion to Suppress

# Attachment C – Photos Taken During Search, June 3, 2017



ATTACHMENT C-2

ATTACHMENT C-3





ATTACHMENT C-4



ATTACHMENT C-5

ATTACHMENT C-6

