<u>United States v. Reality Leigh Winner</u>

CR 117-34

Government's Response to Defendant's Motion to Suppress

# Attachment D –Recorded Phone Calls of Defendant

# [To be hand-delivered to the Court on CD]