United States v. Reality Leigh Winner

CR 117-34

Government's Response to Defendant's Motion to Suppress

# Attachment E – Partial Transcripts of Recorded Phone Calls of Defendant

### Partial Transcript Attachment D-1

### Call 10.62.0.21-70872fb00a3e0015751f265a4ba0a591 booking.wav

### Time: 1:43-3:36

| | |
|---|---|
| WINNER: | And I do believe that I mean when I spoke with FBI, they were saying don't act like you're never coming back to your house again, um. But I am kinda almost preparing for that – |
| BILLY WINNER-DAVIS: | Oh God. |
| WINNER: | Um, so, um, obviously I don't expect you guys to drop everything and go do anything for Mina, but, the shelter will have her and Kathy knows, and we can surrender her or you can come pick her up. |
| BILLY WINNER-DAVIS: | Ok. |
| WINNER: | And maybe see, we can just see what's going on on Monday, but there are perishables in the fridge, and I might need someone to help me out with my house. |
| BILLY WINNER-DAVIS: | Ok alright. So should we wait for Monday or should we, um, just, should we plan on - on heading up? |
| WINNER: | Kathy will contact you and you should make the decision regarding Mina. |
| BILLY WINNER-DAVIS: | Ok, I, well, of course I'll take her. |
| WINNER: | Ok yeah so she will be, uh, she'll just need to be picked up probably when you guys come out to Augusta. But I know – |
| BILLY WINNER-DAVIS: | Ok. |
| WINNER: | Will help out and he can tell Kathy as much as she needs. But I had one phone call to make and I kinda had to call her because I had a bunch of FBI guys worrying about my dog. Like they were freaking out about my dog. |
| BILLY WINNER-DAVIS: | Aww (sigh) that was sweet, that was sweet, yeah. Um, so, ok, so, um, so – |
| WINNER: | Are you ok? |
| BILLY WINNER-DAVIS: | Um, I'm a little startled, I'm a little scared for you. I'm scared. Um, but so should we just make plans on on heading up there and then, um, is it well – |
| WINNER: | Yeah. |

ATTACHMENT E-1

### Partial Transcript Attachment D-2

### Call 752ac5840a4200152ea446544f5f9f77 winner3.wav

### Time: 7:53-8:38

| | |
|---|---|
| WINNER: | Nikki's getting picked up tonight from the shelter. I told Ms. Kathy that I'm not sure what my parents are going to be able to do, and the FBI only gave me five minutes to make phone calls - |
| BRITTY: | I see. |
| WINNER: | So I called her first, she's picking up Mina, and she has mom's phone number so as soon as mom and Gary get to Georgia they're going to go pick up Mina at least, and Nikki will stay back at the shelter, but they're safe and in the house. |
| BRITTY: | Ok. |
| WINNER: | Everybody was really worried about them when they searched my house. Bunch of dog people. |
| BRITTY: | Bunch of dog people yeah. |

ATTACHMENT E-2

### Partial Transcript Attachment D-3

### Call 758bb74a0a3e0015751f265a7517e6f1 winner4.wav

### Time: 13:24-13:56

| | |
|---|---|
| WINNER: | And I just wanna see you guys, and I wanna see my cat and my dog. Oh I'm not gonna see my dog – |
| BILLY WINNER-DAVIS: | Yeah I know. |
| WINNER: | Visit her – |
| BILLY WINNER-DAVIS: | Yeah, I know. |
| WINNER: | I feel really bad, I didn't let her sleep with me Friday night cause I was – |
| BILLY WINNER-DAVIS: | Aww. |
| WINNER: | I know, we didn't snuggle. They let me hug her while we were waiting. They were searching the house, and I just went in the backyard and sat with her. |

ATTACHMENT E-3