# United States v. Reality Leigh Winner

## CR 117-34

## Government's Response to Defendant's Motion to Suppress

# Attachment F – Sketch of Defendant's Home Created June 3, 2017


USAO-08084