IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 117-034 |
| | ) | |
| REALITY LEIGH WINNER | ) | |

**ORDER**

For the reasons stated on the record during today's unclassified hearing, the Court hereby **STAYS** all CIPA deadlines listed in the Fourth Amended Scheduling Order. After a final ruling on the discovery appeal to be filed by Defendant, the Court will enter a revised scheduling order including, without limitation, final deadlines for Defendant's revised Rule 17 subpoenas, Defendant's revised CIPA § 5 notice, the government's CIPA § 6(a) motion, and response and reply briefs regarding said motion. The discovery appeal must be filed within twenty-one days of the date the discovery hearing transcript is filed, and the government's response shall be due fourteen days after the defense filing.

With respect to all remaining pretrial motions referred to the undersigned, the Court will conduct a hearing to consider any motions the parties have not been able to resolve. Following their conference on December 27, 2017, the Court **DIRECTS** defense counsel and the government to file a joint status report by January 10, 2018, listing by title and docket number all unresolved pretrial motions. Defendant's reply brief in support of any such listed motions shall be filed on or before January 24, 2018. For the convenience of the parties, the Court has attached to this Order two sample formats for the joint status report. The Court will require attendance at a hearing on any motion listed as unresolved and may require supplemental briefing prior to such hearing. The parties should only list motions over which the parties disagree. Motions not listed will be deemed resolved or waived.

Concerning the issue of defense Internet searches, the Court will conduct a classified status conference with defense counsel and counsel for the NSA on January 23, 2018, at 10:00 a.m., at the Federal Justice Center, 600 James Brown Boulevard, Augusta, Georgia.

SO ORDERED this 19th day of December, 2017, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 117-xxx |
| | ) | |
| DEFENDANT A | ) | |
| | ) | |

**JOINT STATUS REPORT**

The United States of America, through the undersigned Assistant United States Attorney, and Defendant, through her attorney, state that all pretrial motions have been satisfied or otherwise resolved.

This _____ day of _____, 2018, at Augusta, Georgia.

/s/     <u>Assistant United States Attorney</u>

/s/     <u>Defense Counsel</u>

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR 117-xxx |
| ) | |
| DEFENDANT A   ) | |
| ) | |

**JOINT STATUS REPORT**

The United States of America, through the undersigned Assistant United States Attorney, and Defendant, through her attorney, state that they have not been able to resolve the following pretrial motion(s) and will require a ruling from the Court to settle the actual controversy or dispute:

- Motion to Suppress     Doc. no. 8
- Motion for Severance    Doc. no. 10

We understand that the Court will require attendance at a hearing on any listed motion and may require supplemental briefing prior to such hearing. We also understand that we will be required to explain to the Court what steps were taken to attempt to resolve the motion(s) without Court intervention.

This ____ day of _____, 2018, at Augusta, Georgia.

/s/     <u>Assistant United States Attorney</u>

/s/     <u>Defense Counsel</u>

**EXHIBIT B**