# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CR117-034

TITLE USA V. REALITY LEIGH WINNER

DATE December 19, 2017

TIMES 10:10 am - 10:30 am

TOTAL 20 min.

Honorable : Brian K. Epps, United States Magistrate Judge

Court Reporter : Lisa Davenport

Courtroom Deputy : Lisa Widener

Interpreter :

**Attorney for Government**
Erick Dodson
Lorraine Rothgery

**Attorney for Defendant(s)**
Joe D. Whitley
John C. Bell, Jr.
Titus Thomas Nichols
Brett A. Switzer
Thomas H. Barnard

**Attorney for**

PROCEEDINGS : CLASSIFIED STATUS CONFERENCE

☑ In Court
☐ In Chambers

Status conference held.