# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR117-034**
TITLE **USA V. REALITY LEIGH WINNER**

DATE **December 19, 2017**

TIMES **11:06 am - 11:40 am**

TOTAL **34 min.**

Honorable : **Brian K. Epps, United States Magistrate Judge**
Courtroom Deputy : **Lisa Widener**

Court Reporter : **Lisa Davenport**
Interpreter :

**Attorney for Government**
Erick Dodson
Lorraine Rothgery
Jennifer Solari
David Aaron (via telephone)
Julie Edelstein (via telephone)

**Attorney for Defendant(s)**
Joe D. Whitley
John C. Bell, Jr.
Titus Thomas Nichols
Brett A. Switzer
Thomas H. Barnard

**Attorney for**

PROCEEDINGS : **STATUS CONFERENCE**

[✓] In Court
[ ] In Chambers

Status conference held.