# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CR117-034
TITLE USA V. REALITY LEIGH WINNER

DATE December 19, 2017

TIMES 11:06 am - 11:40 am

TOTAL 34 min.

Honorable : Brian K. Epps, United States Magistrate Judge
Courtroom Deputy : Lisa Widener

Court Reporter : Lisa Davenport
Interpreter :

**Attorney for Government**
Jennifer Solari
David Aaron (via telephone)
Julie Edelstein (via telephone)

**Attorney for Defendant(s)**
Joe D. Whitley
John C. Bell, Jr.
Titus Thomas Nichols
Brett A. Switzer
Thomas H. Barnard

**Attorney for**

PROCEEDINGS : STATUS CONFERENCE

☑ In Court
☐ In Chambers

Status conference held.

(Rev 7/2003)                                             GENERAL CLERK'S MINUTES