## ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

| PART I. | **TRANSCRIPT ORDER INFORMATION** |
|---|---|

*Appellant to complete and file with the District Court Clerk and the Court of Appeals Clerk within 14 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: USA _____ vs Reality Winner _____

District Court No.: 1:17-CR-0034 _____ Date Notice of Appeal Filed: 12/11/2017 _____ Court of Appeals No.: 17-15458-SS _____
(If Available)

CHOOSE ONE:  □ No hearing  □ No transcript is required for appeal purposes  □ All necessary transcript(s) on file
■ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested*:

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ■ Pre-Trial Proceedings | 06/08/2017; 09/29/2017 | Judge Brian Epps | Victoria Root; Lisa Davenport |
| □ Trial | | | |
| □ Sentence | | | |
| □ Plea | | | |
| □ Other | | | |

**METHOD OF PAYMENT:**

■ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

□ CRIMINAL JUSTICE ACT.  My completed AUTH-24 requesting authorization for government payment of transcripts has been uploaded in eVoucher and is ready for submission to the magistrate judge or district judge [if appointed by the district court] or to the circuit judge [if appointed by the circuit court].  [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on the AUTH-24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party:  Joe Dally Whitley, Esq. _____

Name of Firm:  Baker Donelson Bearman Caldwell & Berkowitz, PC _____

Address:  3414 Peachtree Road NE, Monarch Plaza Suite 1600, Atlanta, GA 30326 _____

E-mail:  jwhitley@bakerdonelson.com _____ Phone No.: 404-223-2209 _____

*I certify that I have completed and filed PART I with the District Court Clerk and the Court of Appeals Clerk, sent a copy to the appropriate Court Reporter(s) if ordering a transcript, and served all parties.*

DATE: 12/18/2017 _____ SIGNED: /s/Joe D. Whitley _____ Attorney for: Appellant - Reality Winner

| PART II. | **COURT REPORTER ACKNOWLEDGMENT** |
|---|---|

*Court Reporter to complete and file with the District Court Clerk within 14 days of receipt.  The Court Reporter shall send a copy the Court of Appeals Clerk and to all parties.*

Date Transcript Order received: 1-2-18 _____

□ Satisfactory arrangements for paying the cost of the transcript were completed on: _____

□ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: _____ Estimated no. of transcript pages: _____ Estimated filing date: _____

DATE: _____ SIGNED: Lisa H Davenport _____ Phone No.: _____

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript. _____

## PART III.   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file with the District Court Clerk on date of filing transcript in District Court.  The Court Reporter shall send a copy to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): 6-17-17 (Doc 29) 10-12-17 - (Doc 120)

Actual No. of Volumes and Hearing Dates: (2) 6/8/17 + 9/29/17

Date: 1/3/17 _____ Signature of Court Reporter: Lisa H Davenport

Rev. 9/17

FILED
Scott L. Poff, Clerk
United States District Court
By mkins at 4:00 pm, Jan 03, 2018