UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: CR 117-34** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **REALITY LEIGH WINNER** | ) | |

## JOINT STATUS REPORT

The United States of America, though the undersigned Assistant United States Attorney and Trial Counsel, and Defendant, through her attorneys, state that they have not been able to resolve the following pretrial motions and will require a ruling from the Court to settle the actual controversy or dispute:

- Motion To Suppress                                              Doc. no. 63

- Motion For Leave To File Motion For Bill Of Particulars    Doc. no. 165

- Motion *In Limine* Regarding 404(b) Evidence               *See* Doc. no. 166

The parties understand that the Court will require attendance at a hearing on any listed motion and may require supplemental briefing prior to such hearing.  The parties also understand that they will be required to explain to the Court what steps were taken to attempt to resolve the motions without Court intervention.

On December 27, 2017, the parties met-and-conferred to discuss the above-listed motions and the preparation of a proposed Amended Scheduling Order.  Aside from discussing the motions listed above, the parties identified and discussed numerous pretrial matters and events, including pretrial matters and events not currently addressed in the operative scheduling order, that will need to be contemplated and resolved in connection with any amended scheduling

order, including but not limited to: (a) expert disclosures; (b) a discovery cut-off (including deadlines for any amended discovery requests or Rule 17(c) subpoenas); (c) briefing and hearings arising under the Classified Information Procedures Act (including submissions under Sections 5, 6(a), and 6(c)); (d) additional motions *in limine*; and (e) other pretrial deadlines (including deadlines for the disclosure of witness lists, exhibit lists, and Jencks Act materials). The parties believe they have the basic structure of a proposed amended scheduling order with realistic dates accompanying each event.   As certain discovery matters remain pending before the Court that will directly affect scheduling, the parties respectfully request 14 days from the date of the Court's order on Defendant's Appeal on her Motion to Compel to submit a proposed Fifth Amended Scheduling Order.

        Respectfully submitted,

        BOBBY L. CHRISTINE
        UNITED STATES ATTORNEY

        *//s// Jennifer G. Solari*

        Jennifer G. Solari
        Assistant United States Attorney
        DC Bar No. 987167
        Post Office Box 8970
        Savannah, Georgia 31412
        (912) 652-4422

        *//s// David C. Aaron*

        David C. Aaron
        Trial Attorney
        U. S. Department of Justice
        National Security Division

        *//s// Julie Edelstein*

Julie Edelstein
Trial Attorney
U. S. Department of Justice
National Security Division

*//s// Joe D. Whitley*

Joe D. Whitley (Bar No. 756150)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Rd., NE Suite 1600
Atlanta, GA 30326
(404) 577-6000
JWhitley@bakerdonelson.com

*//s// Matthew S. Chester*

Matthew S. Chester (La. Bar No. 36411)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170
(504) 566-5200
MChester@bakerdonelson.com

*//s// Brett A. Switzer*

Brett A. Switzer (Bar No. 554141)
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Rd., NE Suite 1600
Atlanta, GA 30326
(404) 577-6000
JWhitley@bakerdonelson.com
BSwitzer@bakerdonelson.com

*//s// John C. Bell, Jr.*

John C. Bell, Jr. (Bar No. 048600)
**BELL & BRIGHAM**
PO Box 1547
Augusta, GA 30903-1547

3

(706) 722-2014
John@bellbrigham.com
Titus@bellbrigham.com

*//s//* *Titus T. Nichols*

Titus T. Nichols (Bar No. 870662)
**BELL & BRIGHAM**
PO Box 1547
Augusta, GA 30903-1547
(706) 722-2014
John@bellbrigham.com
Titus@bellbrigham.com

*//s//* *Jill E. McCook*

Jill E. McCook (Tn. Bar No. 033813)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919
(865) 549-7129
JMCook@bakerdonelson.com

*//s//* *Thomas H. Barnard*

Thomas H. Barnard (Az. Bar No. 020982)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
100 Light Street.
Baltimore, MD 21202
(410) 685-1120
TBarnard@bakerdonelson.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 8th day of January 2018.

                                        BOBBY L. CHRISTINE
                                      UNITED STATES ATTORNEY

                                      *//s// Julie A. Edelstein*

                                      Julie A. Edelstein
                                      Trial Attorney

600 E Street, N.W.
Washington, D.C. 20004
(202) 233-2260