UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | NO. 1:17-CR-0034 |
| | * | |
| REALITY LEIGH WINNER | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

# ORDER

Having considered Defendant's, Reality Leigh Winner's, Corrected Unopposed Motion to Exceed the Page Limitation in connection with Defendant's Appeal of the Motion to Compel (the "Motion"):

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Defendant may exceed the Page Limitation contained in the Local Rules of this Court in connection with the filing of her Appeal of the Motion to Compel.

SIGNED this _____ day of _____, 2018.

_____
THE HONORABLE BRIAN K. EPPS
MAGISTRATE JUDGE
U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties. It was also served in proper format to proposedorders_aug@gas.uscourts.gov.

*/s/* Joe D. Whitley
JOE D. WHITLEY
