IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * * * * | |
| v. | * | CR 117-034 |
| REALITY LEIGH WINNER, | * * * * | |

O R D E R

Presently before the Court is Defendant's Unopposed Motion to Exceed Page Limitation. (Doc. 202.) Defendant's motion appears to request an unlimited number of excess pages. But the Court will not grant a blank check. Accordingly, the Court **GRANTS IN PART** Defendant's motion (doc. 202) and allows her **FORTY** pages in which to make her argument.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of January, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA