UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | NO. 1:17-CR-00034 (BKE) |
| | * | |
| REALITY LEIGH WINNER | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS CO-COUNSEL TO DEFENDANT

NOW INTO COURT, pursuant to Local Rule 83.7, undersigned counsel for Defendant Reality Leigh Winner respectfully requests leave for Jill E. McCook to withdraw as co-counsel of record for Defendant Reality Leigh Winner. In support of this motion, the undersigned counsel submit the following:

1. Jill E. McCook is terminating her employment with Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., to pursue a position with the Tennessee Valley Authority's Office of the General Counsel, effective January 8, 2017.

2. Ms. McCook provided verbal notice to Ms. Winner of her intention to withdraw as co-counsel on December 29, 2017, and written notice by hand delivery on the same date. Ms. Winner provided her written consent to Ms. McCook's withdraw, as evidenced by a true and correct copy of correspondence between Ms. McCook and Ms. Winner attached as **Exhibit A** to this Motion.

  3. Ms. McCook's withdraw as co-counsel will not have a material adverse effect on the interests of Ms. Winner in the above-referenced case given the other attorneys of record, nor will her withdraw as co-counsel delay the trial of the case.

  4. A proposed order granting the relief sought is attached as **Exhibit B**.

  Wherefore, the undersigned counsel for Defendant Reality Leigh Winner respectfully request that this Court enter an order granting Jill E. McCook permission to withdraw as co-counsel of record, relieving her of any further responsibilities with respect to this matter.

  This 19th day of January, 2018.

Respectfully submitted,

*/s/*
Joe D. Whitley

| | |
|---|---|
| Joe D. Whitley (Bar No. 756150) | John C. Bell, Jr. (Bar No. 048600) |
| Admitted *Pro Hac Vice* | Titus T. Nichols (Bar No. 870662) |
| Brett A. Switzer (Bar No. 554141) | **BELL & BRIGHAM** |
| **BAKER, DONELSON, BEARMAN,** | PO Box 1547 |
| **CALDWELL & BERKOWITZ, P.C.** | Augusta, GA  30903-1547 |
| 3414 Peachtree Rd., NE Suite 1600 | (706) 722-2014 |
| Atlanta, GA  30326 | John@bellbrigham.com |
| (404) 577-6000 | Titus@bellbrigham.com |
| JWhitley@bakerdonelson.com | |
| BSwitzer@bakerdonelson.com | |

Matthew S. Chester (La. Bar No. 36411)    Thomas H. Barnard (Az. Bar No. 020982)
Admitted *Pro Hac Vice*                                     Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**              **BAKER, DONELSON, BEARMAN,**
 **CALDWELL & BERKOWITZ, P.C.**              **CALDWELL & BERKOWITZ, P.C.**
201 St. Charles Ave., Suite 3600                  100 Light Street.
New Orleans, LA  70170                              Baltimore, MD  21202
(504) 566-5200                                               (410) 685-1120
MChester@bakerdonelson.com                  TBarnard@bakerdonelson.com

Jill E. McCook (Tn. Bar No. 033813)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
 **CALDWELL & BERKOWITZ, P.C.**
265 Brookview Centre Way, Suite 600
Knoxville, TN  37919
(865) 549-7129
JMCook@bakerdonelson.com

**COUNSEL FOR DEFENDANT
REALITY LEIGH WINNER**

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties.

*/s/*
JOE D. WHITLEY