# BAKER DONELSON
### BEARMAN, CALDWELL & BERKOWITZ, PC

JILL E. MCCOOK, ASSOCIATE
DIRECT DIAL: 865.549.7129

265 BROOKVIEW CENTRE WAY
SUITE 600
KNOXVILLE, TENNESSEE 37919

PHONE:   865.549.7000
FAX:         865.525.8569

www.bakerdonelson.com

December 29, 2017

**VIA HAND DELIVERY**

Reality Leigh Winner
Lincoln County Jail
145 School Street
Lincolnton, GA 30817

Re:   Notice of Intent to Withdraw as Co-Counsel
        *United States v. Reality Leigh Winner*, Case No. 1:17-cr-0034

Dear Ms. Winner:

As we discussed on the phone on December 29, 2017, I am leaving my employment with Baker, Donelson, Bearman, Caldwell & Berkowitz, PC ("Baker Donelson"), effective January 8, 2018, to join the Tennessee Valley Authority's Office of the General Counsel. As such, I will be seeking leave from the Court to withdraw as co-counsel. Joe D. Whitley, Matthew S. Chester, Thomas H. Barnard, and Brett A. Switzer of Baker Donelson and John C. Bell and Titus T. Nichols of Bell & Brigham will continue as your counsel of record. By signing below, you indicate your consent to my withdraw and that my withdraw will not have a material adverse effect on your interests in the above-referenced case.

I wish you nothing but the very best.

Sincerely yours,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

*Jill E. McCook*
Jill E. McCook

**AGREED AND ACCEPTED BY:**

*Reality Winner*                                           29 DEC 17
Reality Leigh Winner                                      Date
Client

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON, D.C.

Reality Leigh Winner
December 29, 2017
Page 2

cc: Joe D. Whitley
    Matthew Scott Chester
    Thomas H. Barnard
    Brett A. Switzer
    John Bell
    Titus Nichols