UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | NO. 1:17-CR-00034  (BKE) |
| | * | |
| **REALITY LEIGH WINNER** | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## [PROPOSED] ORDER PERMITTING WITHDRAWAL OF CO-COUNSEL

For good cause shown, this Court hereby **GRANTS** the Motion to Withdraw as Co-Counsel to Defendant, and

IT IS HEREBY ORDERED that Jill E. McCook is terminated as counsel of record in this matter.

So ORDERED this _____ day of _____, 2018.

_____
The Honorable Brian K. Epps
Magistrate Judge, U.S. District Court
of the Southern District of Georgia