IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 117-034 |
| | ) | |
| REALITY LEIGH WINNER | ) | |

## ORDER

The Court **GRANTS** Defendant's Motion for Conference with Expert. (Doc. no. 208.) As defense counsel is aware, Defendant is permitted to meet with members of her defense team at the Augusta Federal Courthouse so long as sufficient notice is provided to appropriate law enforcement officials. The Court has not been previously involved in scheduling Defendant's meetings with her defense team, and there is nothing to suggest that motions are required for Defendant to continue with current scheduling practices.

SO ORDERED this 22nd day of January, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA