UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | NO. 1:17-CR-00034 |
| | * | |
| REALITY LEIGH WINNER | * | |
| | * | |

## ORDER PERMITTING WITHDRAWAL OF CO-COUNSEL

For good cause shown, this Court hereby **GRANTS** the Motion to Withdraw as Co-Counsel to Defendant, and

IT IS HEREBY ORDERED that Jill E. McCook is terminated as counsel of record in this matter.

So ORDERED this 22nd day of January, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA