UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| v. | * | 1:17-CR-0034 (BKE) |
| | * | |
| **REALITY LEIGH WINNER** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY

NOW INTO COURT, through undersigned counsel, comes Defendant Reality Leigh Winner ("Ms. Winner" or the "Defendant"), who respectfully moves for an extension of time of 10 days to file its reply brief as to the Government's Response to Defendant's Motion *in limine* and Response to the Government's Notice of Evidence Under F.R.E. 404(b) (Doc No. 188) and states as follows:

1. The current deadline for the Defendant to file her Reply brief is January 24, 2018.

2. The Government and Defense Counsel previously met to try to resolve issues under this motion, other motions, and scheduling issues, on December 27, 2017 and made some progress. Discussions on a number of these issues has continued informally since that meeting.

3. Additionally, during the subsequent period, the parties have been working on a number of issues separately including a number of filings and other requirements. The intervening period also included the holiday season, and a brief government shutdown.

4. Defense Counsel has suggested that a second meeting may be beneficial to narrow or resolve aspects of the F.R.E. 404(b) motion prior to completing the briefing for the Court and

oral argument.  Government Counsel has indicated they are available and willing to meet on January 25, 2018 in Washington D.C.  Government Counsel has indicated they have no objection to the requested extension.

5.  The opportunity for this additional meeting is in the interest of both parties, is likely to result in efficiency for the Court, and will not prejudice the Defendant or the Government in presenting its case as the parties are continuing to work on a proposed amended schedule.

WHEREFORE, for the reasons stated above, the Defendant, Reality Winner, with the Consent of the Government, respectfully requests that this Court grant a 10 day extension as to Defendant's Reply to the Government's Response to Defendant's Motion *in limine* and Response to the Government's Notice of Evidence Under F.R.E. 404(b).

Respectfully submitted,

*/s/* Joe. D. Whitley

| | |
|---|---|
| Joe D. Whitley (Bar No. 756150) | John C. Bell, Jr. (Bar No. 048600) |
| Admitted *Pro Hac Vice* | Titus T. Nichols (Bar No. 870662) |
| Brett A. Switzer (Bar No. 554141) | **BELL & BRIGHAM** |
| **BAKER, DONELSON, BEARMAN,** | PO Box 1547 |
| **CALDWELL & BERKOWITZ, P.C.** | Augusta, GA  30903-1547 |
| 3414 Peachtree Rd., NE Suite 1600 | (706) 722-2014 |
| Atlanta, GA  30326 | John@bellbrigham.com |
| (404) 577-6000 | Titus@bellbrigham.com |
| JWhitley@bakerdonelson.com | |
| BSwitzer@bakerdonelson.com | |
| | |
| Matthew S. Chester (La. Bar No. 36411) | Thomas H. Barnard (Az. Bar No. 020982) |
| Admitted *Pro Hac Vice* | Admitted *Pro Hac Vice* |
| **BAKER, DONELSON, BEARMAN,** | **BAKER, DONELSON, BEARMAN,** |
| **CALDWELL & BERKOWITZ, P.C.** | **CALDWELL & BERKOWITZ, P.C.** |
| 201 St. Charles Ave., Suite 3600 | 100 Light Street. |
| New Orleans, LA  70170 | Baltimore, MD  21202 |
| (504) 566-5200 | (410) 685-1120 |
| MChester@bakerdonelson.com | TBarnard@bakerdonelson.com |

**COUNSEL FOR DEFENDANT**
**REALITY LEIGH WINNER**

## CERTIFICATE OF SERVICE

    I hereby certify that on January 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties.

                                                          */s/* Joe D. Whitley
                                                          JOE D. WHITLEY