UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **Plaintiffs,** | * | NO. 1:17-CR-0034 (BKE) |
| v. | * | |
| | * | |
| **REALITY LEIGH WINNER** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

## ORDER

Having considered Defendant's, Reality Leigh Winner's, Motion for Extension of Time (the "Motion") to which the Government does not object:

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Defendant's deadline to file her Reply to the Government's Response to Defendant's Motion *in limine* and Response to the Government's Notice of Evidence Under F.R.E. 404(b) is February 5, 2018.

SIGNED this _____ day of _____, 2018.

_____
THE HONORABLE BRIAN K. EPPS
MAGISTRATE JUDGE
U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties.  It was also served in proper format to proposedorders_aug@gas.uscourts.gov.

>                             */s/* Joe D. Whitley
>                             JOE D. WHITLEY