IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 117-034 |
| | ) | |
| REALITY LEIGH WINNER | ) | |

**ORDER**

The Court **GRANTS** Defendant's Motion for Extension of Time to File Reply. (Doc. no. 211.) Defendant shall have through and including February 5, 2018, to file her reply in support of her Motion *In Limine* and Response to the Government's Notice of Evidence Under F.R.E. 404(b).

SO ORDERED this 23rd day of January, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA