UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **NO. 1:17-CR-00034** |
| | * | Filed with Classified |
| **REALITY LEIGH WINNER** | * | Information Security Officer |
| | * | |
| * * * * * * * * * * * * * * * * | * | CISO _____ |
| | | Date _____ |

**NOTICE OF FILING**

Defendant REALITY LEIGH WINNER, through Counsel, hereby provides notice to the

Court and Counsel of Record, of the filing of the following documents with the Classified

Information Security Officer (CISO), on January 23, 2018:

**DEFENDANT'S OBJECTIONS AND APPEAL OF MAGISTRATE'S DECISION
GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO
COMPEL DISCOVERY REQUESTS (AND ATTACHED EXHIBITS)**

Respectfully submitted,

/s/Joe D. Whitley

Joe D. Whitley (Bar No. 756150)
Admitted *Pro Hac Vice*
Brett A. Switzer (Bar No. 554141)
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Rd., NE Suite 1600
Atlanta, GA  30326
(404) 577-6000
JWhitley@bakerdonelson.com
BSwitzer@bakerdonelson.com

John C. Bell, Jr. (Bar No. 048600)
Titus T. Nichols (Bar No. 870662)
**BELL & BRIGHAM**
PO Box 1547
Augusta, GA  30903-1547
(706) 722-2014
John@bellbrigham.com
Titus@bellbrigham.com

Matthew S. Chester (La. Bar No. 36411)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
201 St. Charles Ave., Suite 3600
New Orleans, LA  70170
(504) 566-5200
MChester@bakerdonelson.com

Thomas H. Barnard (Az. Bar No. 020982)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
100 Light Street.
Baltimore, MD  21202
(410) 685-1120
TBarnard@bakerdonelson.com

**COUNSEL FOR DEFENDANT
REALITY LEIGH WINNER**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2018, I electronically filed the foregoing

with the Clerk of the Court using the ECF system, which sent notification of such

filing to counsel of record for all parties.


/s/Joe D. Whitley
JOE D. WHITLEY