UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: CR 117-34** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **REALITY LEIGH WINNER** | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS-PAGE BRIEF**

The United States of America, pursuant to Local Civil Rule 7.1(a) (incorporated by reference in Local Criminal Rule 1.1), respectfully files this motion for leave to file a response brief in excess of twenty-six (26) pages due to the number of claims raised by the Defendant in her Appeal of her Motion to Compel. Specifically, the government requests forty (40) pages for its response brief, which is due February 6, 2018.

The Defendant sought an Order allowing her to exceed the page limit. Dkt. 203. The Court granted her forty pages to make her argument. Dkt. 204. The Defendant filed her brief on January 23, 2018, and it contained forty pages. The Defendant does not object to this motion.

A proposed order is submitted herewith for the Court's consideration.

    Respectfully submitted,

    BOBBY L. CHRISTINE
    UNITED STATES ATTORNEY

    *//s// Jennifer G. Solari*

    Jennifer G. Solari
    Assistant United States Attorney
    DC Bar No. 987167
    Post Office Box 8970
    Savannah, Georgia 31412
    (912) 652-4422

*//s// David C. Aaron*

David C. Aaron
Trial Attorney
U. S. Department of Justice
National Security Division

*//s// Julie Edelstein*

Julie Edelstein
Trial Attorney
U. S. Department of Justice
National Security Division

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 25th day of January 2018.

                                            BOBBY L. CHRISTINE
                                            UNITED STATES ATTORNEY

                                            *//s// Julie A. Edelstein*

                                            Julie A. Edelstein
                                            Trial Attorney

600 E Street, N.W.
Washington, D.C. 20004
(202) 233-2260