# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   CR 1:17-34 |
| | * |
| **Reality Leigh Winner** | * |
| | * |
| **Defendant** | * |

## ORDER ON MOTION FOR LEAVE TO FILE EXCESS-PAGE BRIEF

Upon motion by the United States and due consideration, the Government's unopposed motion for leave to file a brief in excess of twenty-six (26) pages is HEREBY GRANTED. The Government is granted leave of Court to file a brief not in excess of forty (40) pages.

This ___ day of _____, 2018

_____
J. RANDALL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA