IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CR 117-034 |
| REALITY LEIGH WINNER, | |

# O R D E R

Presently before the Court is the Government's Unopposed Motion for Leave to File Excess-Page Brief. (Doc. 216.) The Government requests **FORTY** pages for its response brief. Upon due consideration, the Court **GRANTS** the Government's motion.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of January, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA