UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   1:17-CR-0034 (BKE) |
| | * |
| REALITY LEIGH WINNER | * |
| | * |
| Defendant. | * |

**[PROPOSED] ORDER**

Having considered the Unopposed Motion to Stay Adjudication of Defendant's Motion *In Limine* Regarding Government's Notice of Evidence Under Rule 404(b) and Related Deadlines [Doc. No.   ] (the "Motion"), it is hereby:

ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that any deadlines related to Rule 404(b) matters are stayed pending entry of a revised scheduling order in this case; and

IT IS FURTHER ORDERED that the parties shall propose new deadlines related to Rule 404(b) matters in a joint proposed amended scheduling order as set forth in the Motion.

SIGNED this _____ day of _____, 2018.

_____
THE HONORABLE BRIAN K. EPPS
MAGISTRATE JUDGE
U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA