UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | 1:17-CR-0034 (BKE) |
| | * | |
| REALITY LEIGH WINNER | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

**[PROPOSED] ORDER**

Having considered Defendant's Motion to Adopt Redaction Procedures for Transcripts and Motion to Enforce Redaction Procedures for Other Filings and Incorporated Memorandum of Law in Support [Doc. No. _____] (the "Motion"), it is hereby:

ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the appropriate government agencies shall file redacted versions of classified filings on the public docket within twenty-one days of submission to the CISO for defense filings and within fourteen days of submission for government filings absent express advance permission from the Court; and

IT IS FURTHER ORDERED that the protocols set forth in Doc. No. 172 and this Order shall apply equally to transcripts, such that the appropriate government agencies shall file on the public docket redacted versions of all classified hearing transcripts within twenty-one (21) days of those transcripts being made available by the CISO and/or court reporter.

1

SIGNED this _____ day of _____, 2018.

_____
THE HONORABLE BRIAN K. EPPS
MAGISTRATE JUDGE
U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA