UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | \* |
| v. | \*   CR 1:17-34 |
| **Reality Leigh Winner** | \* |
| **Defendant** | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*

## APPLICATION FOR LEAVE OF ABSENCE
## OF DOJ TRIAL ATTORNEY DAVID C. AARON

Comes now David C. Aaron, Trial Attorney, United States Department of Justice, and respectfully requests the Court to grant him a leave of absence from the above case for which he is attorney of record now pending in the United States District Court for the Southern District of Georgia, on March 21-23, 2018 and March 26, 2018.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*//s// David C. Aaron*

David C. Aaron
Trial Attorney
U. S. Department of Justice
National Security Division

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing (NEF) which was generated as a result of electronic filing in this Court.

This 2nd day of February, 2018.

                                          BOBBY L. CHRISTINE
                                          UNITED STATES ATTORNEY

                                          *//s// David C. Aaron*

                                          David C. Aaron
                                          Trial Attorney

950 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 307-5190