## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **INDICTMENT NO: CR 117-34** |
| ) | |
| **V.** ) | |
| ) | |
| **REALITY LEIGH WINNER** ) | |

### AUSA JENNIFER SOLARI'S APPLICATION
### FOR LEAVE OF ABSENCE

Comes now Assistant United States Attorney Jennifer Solari, Southern District of Georgia, and respectfully requests the Court to grant her a leave of absence from the above case for which she is attorney of record now pending in the United States District Court for the Southern District of Georgia, from March 13, 2018 through and including March 16, 2018.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Jennifer Solari*

Jennifer Solari
Assistant United States Attorney
DC Bar No. 987167

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422

## **CERTIFICATE OF SERVICE**

    This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

    This 2nd day of February, 2018.

                                            Respectfully submitted,

                                            BOBBY L. CHRISTINE
                                            UNITED STATES ATTORNEY

                                            */s/ Jennifer Solari*

                                            Jennifer Solari
                                            Assistant United States Attorney
                                            DC Bar No. 987167

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422