UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 1:17-034 |
| | ) | |
| REALITY LEIGH WINNER | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Jennifer Solari,** having made application to the Court for a leave of absence,
and it being evident from the application that the provisions of Local Rule 83.9 have
been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Jennifer Solari** be granted leave of
absence for the following periods: **March 13, 2018 through March 16, 2018 .**

This ___5th___ day of February, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA