IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *    CR 1:17-34 |
| v. | * |
| REALITY LEIGH WINNER, | * |
| Defendant. | * |

*******

# GOVERNMENT'S NOTICE OF FILING

The United States hereby gives notice that on February 6, 2018, it filed with the Court, through the Classified Information Security Officer, a pleading entitled the "Government's *In Camera*, Under Seal Opposition to The Defendant's Objections and Appeal of the Magistrate's Decision Granting in Part and Denying in Part Defendant's Motion to Compel Discovery Requests."

                                            Respectfully submitted,

                                            BOBBY L. CHRISTINE
                                            UNITED STATES ATTORNEY

                                            *//s// Jennifer G. Solari*

                                            Jennifer G. Solari
                                            Assistant United States Attorney

                                            *//s// David C. Aaron*

David C. Aaron
Trial Attorney
U. S. Department of Justice
National Security Division

*//s// Julie Edelstein*

Julie A. Edelstein
Trial Attorney
U. S. Department of Justice
National Security Division

## CERTIFICATE OF SERVICE

 This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

 This 6th day of February 2018.

             BOBBY L. CHRISTINE
             UNITED STATES ATTORNEY

             *//s// Julie A. Edelstein*

             Julie A. Edelstein
             Trial Attorney

600 E Street, N.W.
Washington, D.C. 20004
(202) 233-2260