# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| v. | * | **1:17-CR-0034 (BKE)** |
| | * | |
| **REALITY LEIGH WINNER** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF INTENT TO FILE REPLY

COMES NOW, Defendant Reality Leigh Winner, through undersigned counsel, hereby notifies the Court of her intent to file a reply in support of *Defendant's Objections and Appeal of Magistrate's Decision Granting In Part and Denying In Part Defendant's Motion to Compel Discovery Requests* filed at Doc. No. 214 on January 23, 2018 and in response to the Government's opposition at Doc. No. 226 filed on February 6, 2018.

Respectfully submitted,

*/s/* Thomas H. Barnard

| | |
|---|---|
| Joe D. Whitley (Bar No. 756150) | John C. Bell, Jr. (Bar No. 048600) |
| Admitted *Pro Hac Vice* | Titus T. Nichols (Bar No. 870662) |
| Brett A. Switzer (Bar No. 554141) | **BELL & BRIGHAM** |
| **BAKER, DONELSON, BEARMAN,** | PO Box 1547 |
|   **CALDWELL & BERKOWITZ, P.C.** | Augusta, GA  30903-1547 |
| 3414 Peachtree Rd., NE Suite 1600 | (706) 722-2014 |
| Atlanta, GA  30326 | John@bellbrigham.com |
| (404) 577-6000 | Titus@bellbrigham.com |
| JWhitley@bakerdonelson.com | |
| BSwitzer@bakerdonelson.com | |

| | |
|---|---|
| Matthew S. Chester (La. Bar No. 36411) | Thomas H. Barnard (Az. Bar No. 020982) |
| Admitted *Pro Hac Vice* | Admitted *Pro Hac Vice* |
| **BAKER, DONELSON, BEARMAN,** | **BAKER, DONELSON, BEARMAN,** |
| **  CALDWELL & BERKOWITZ, P.C.** | **  CALDWELL & BERKOWITZ, P.C.** |
| 201 St. Charles Ave., Suite 3600 | 100 Light Street. |
| New Orleans, LA  70170 | Baltimore, MD  21202 |
| (504) 566-5200 | (410) 685-1120 |
| MChester@bakerdonelson.com | TBarnard@bakerdonelson.com |

**COUNSEL FOR DEFENDANT
REALITY LEIGH WINNER**

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to Counsel of Record for all parties.

>            */s/ Thomas H. Barnard*
>            Thomas H. Barnard, Esq.