# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

| | |
|---|---|
| CASE NO. CR117-034 | DATE February 27, 2018 |
| TITLE USA V. REALITY LEIGH WINNER | |
| TIMES 10:06 am - 3:57 pm | TOTAL 5 hrs. 49 min. |

Honorable: **Brian K. Epps, United States Magistrate Judge**   Courtroom Deputy: **Lisa Widener**

Court Reporter: **Lisa Davenport**   Interpreter:

| Attorney for Government | Attorney for Defendant(s) | Attorney for |
|---|---|---|
| Jennifer Solari<br>David Aaron | Matthew Scott Chester<br>Thomas H. Bernard<br>Titus Thomas Nichols<br>John C. Bell, Jr. | |

PROCEEDINGS: **SUPPRESSION HEARING**   ☑ In Court   ☐ In Chambers

All parties present and ready to proceed.

Government Exhibits 1-5, 5.1, 5.2, 5.3, 6, 6.1, 6.1.1, 6.2, 6.2.1, 6.3, 6.3.1 are admitted without objection

Defendant's Exhibits 1-11 are admitted without objection

Defendant has 14 days to file supplement brief; the Govt has 7 days thereafter to respond.

After hearing the from parties, the Court takes matter under advisement.

(Rev 7/2003)   GENERAL CLERK'S MINUTES