AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

UNITED STATES
V.
REALITY LEIGH WINNER

**EXHIBIT AND WITNESS LIST**

Case Number: 1:17-CR-34

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HON. BRIAN K. EPPS | SOLARI/AARON | CHESTER ET AL. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| FEBRUARY 27, 2018 | LISA DAVENPORT | LISA WIDENER |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/27/2018 | X | X | RECORDING OF DEFENDANT'S INTERVIEW WITH FBI (REDACTED TO UNCLASS/FOUO) |
| 2 | | 2/27/2018 | X | X | TRANSCRIPT OF EXHIBIT 1 (REDACTED TO UNCLASS/FOUO) |
| 3 | | 2/27/2018 | X | X | PHOTOGRAPHS TAKEN DURING SEARCH ON 6-3-2017 |
| 4 | | 2/27/2018 | X | X | SKETCH OF DEFENDANT'S RESIDENCE ON 6-3-2017 |
| 5 | | 2/27/2018 | X | X | RECORDED PHONE CALLS OF DEFENDANT FROM LINCOLN COUNTY JAIL |
| 5.1 | | 2/27/2018 | X | X | 10.62.0.21-70872fb00a3e0015751f265a4ba0a591 booking.wav |
| 5.2 | | 2/27/2018 | X | X | 10.66.0.21-752ac5840a4200152ea446544f5f9f77 winner3.wav |
| 5.3 | | 2/27/2018 | X | X | 10.62.0.21-758bb74a0a3e0015751f265a7517e6f1 winner4.wav |
| 6 | | 2/27/2018 | X | X | TRANSCRIPTS OF EXHIBIT 6 |
| 6.1 | | 2/27/2018 | X | X | Partial Transcript 10.62.0.21-70872fb00a3e0015751f265a4ba0a591 booking |
| 6.1.1 | | 2/27/2018 | X | X | Full Transcript 10.62.0.21-70872fb00a3e0015751f265a4ba0a591 booking |
| 6.2 | | 2/27/2018 | X | X | Partial Transcript 10.66.0.21-752ac5840a4200152ea446544f5f9f77 winner3 |
| 6.2.1 | | 2/27/2018 | X | X | Full Transcript 10.66.0.21-752ac5840a4200152ea446544f5f9f77 winner3 |
| 6.3 | | 2/27/2018 | X | X | Partial Transcript 10.62.0.21-758bb74a0a3e0015751f265a7517e6f1 winner4 |
| 6.3.1 | | 2/27/2018 | X | X | Full Transcript 10.62.0.21-758bb74a0a3e0015751f265a7517e6f1 winner4 |
| 7 | | | | | RECORDED PHONE CALLS OF DEFENDANT FROM LINCOLN COUNTY JAIL |
| 7.1 | | | | | 10.62.0.21-7ec915860a3e0015751f265ad55c7ccdwinner8.wav |
| 7.2 | | | | | 10.68.0.21-70b13ba50a44001539346bccabdf4dbf winner.wav |
| 8 | | | | | TRANSCRIPTS OF EXHIBIT 7 |
| 8.1 | | | | | Transcript Phone Call 10.62.0.21-7ec915860a3e0015751f265ad55c7ccdwinner8.wav |
| 8.2 | | | | | Transcript Phone Call 10.68.0.21-70b13ba50a44001539346bccabdf4dbf winner |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages