GAS 187(Rev. 07/08) Exhibit and Witness List

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA

v.

REALITY LEIGH WINNER

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR117-034

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Brian K. Epps | Jennifer Solari/David Aaron | Matthew Chester |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| February 27, 2018 | Lisa Davenport | Lisa Widener |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 2/27/2018 | X | X | email dated 06/02/2017 from Charles McKee to Marcus Kirkland |
| | 2 | 2/27/2018 | X | X | email dated 06/02/2017 from Michael Homburg to Oliver Rich |
| | 3 | 2/27/2018 | X | X | photo of Defendant's vehicle |
| | 4 | 2/27/2018 | X | X | photo of Defendant's vehicle |
| | 5 | 2/27/2018 | X | X | photo of Defendant's vehicle |
| | 6 | 2/27/2018 | X | X | photo of Defendant's vehicle |
| | 7 | 2/27/2018 | X | X | photo of Defendant's vehicle |
| | 8 | 2/27/2018 | X | X | photo of Defendant's backyard |
| | 9 | 2/27/2018 | X | X | copy of Search and Seizure Warrant in MJ117-024 |
| | 10 | 2/27/2018 | X | X | copy of Criminal Complaint in MJ117-024 |
| | 11 | 2/27/2018 | X | X | photo of sketch of Room E of Defendant's house |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages