## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **N O T I C E** |
| v. | 1:17cr034 |
| REALITY LEIGH WINNER | |

TAKE NOTICE that a proceeding in the above action has been scheduled for the place, date and time set forth below:

**DATE AND TIME:   MONDAY, MARCH 12, 2018 AT 3:00 P.M.**

**Any requests for continuance or rescheduling should be in the form of a motion and filed with the Clerk of Court.**

NOTE:   The parties will be notified via email of the dial-in instructions.

*PLEASE NOTIFY THE COURT IMMEDIATELY IF THE DEFENDANT'S PRESENCE IS REQUESTED*

TYPE OF PROCEEDING:

TELECONFERENCE RE: PROPOSED JOINT SCHEDULING ORDER

DATE: March 7, 2018

TO:   Judge Epps
       AUSA
       US Marshal
       US Probation
       Julie Edelstein
       David Aaron
       Joe D. Whitley
       Matthew Scott Chester
       Brett A. Switzer
       Thomas H. Barnard
       John C. Bell, Jr.
       Titus Nichols
       Carli Rodriguez-Feo

I hereby certify that the foregoing notice was served on the date of issuance upon each of the stated recipients by fax, personal delivery, electronic mail, or the U. S. Mail.

SCOTT POFF
CLERK OF COURT

BY: _____

LISA WIDENER, COURTROOM DEPUTY CLERK
Lisa_widener@gas.uscourts.gov / 706-823-6467