# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR117-034**  
TITLE **USA V. REALITY LEIGH WINNER**

DATE **March 12, 2018**

TIMES **3:05pm - 4:07 pm**

TOTAL **1 hr. 2 min.**

Honorable: **Brian K. Epps, United States Magistrate Judge**  
Court Reporter: **Lisa Davenport**

Courtroom Deputy: **Lisa Widener**  
Interpreter:

| Attorney for Government | Attorney for Defendant(s) | Attorney for |
|---|---|---|
| Jennifer Solari<br>Julie Edelstein | Matthew Scott Chester<br>Thomas H. Barnard<br>Titus Thomas Nichols<br>Joe D. Whitley | |

PROCEEDINGS: **TELEPHONIC STATUS CONFERENCE RE: PROPOSED SCHEDULING ORDER**

[✓] In Court  
[ ] In Chambers

All parties present and ready to proceed.

After hearing the from parties, the Court will draft order and circulate to the parties via by close of business 03/13/2018. The Court schedules a follow-up telephone conference at 9:00 am on Thursday, 03/14/2018.