# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO.  **CR117-034**                                    DATE  **March 15, 2018**
                **USA V. REALITY LEIGH WINNER**
TITLE

TIMES  **9:02am - 9:45 am**                               TOTAL  **43 min.**

Honorable : **Brian K. Epps, United States Magistrate Judge**        Courtroom Deputy : **Lisa Widener**

Court Reporter : **Lisa Davenport**                       Interpreter :

| Attorney for     Government | Attorney for Defendant(s) | Attorney for |
|---|---|---|
| Jennifer Solari<br>Julie Edelstein | Matthew Scott Chester<br>Thomas H. Barnard<br>Titus Thomas Nichols<br>Joe D. Whitley | |

PROCEEDINGS : **TELEPHONIC STATUS CONFERENCE RE:  PROPOSED SCHEDULING
               ORDER**

☑ In Court
☐ In Chambers

All parties present and ready to proceed.

After hearing the from parties, the Court will enter the Fifth Amended Scheduling
Order.

(Rev 7/2003)                                              GENERAL CLERK'S MINUTES