IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | CR 117-034 |
| REALITY LEIGH WINNER | ) | |

### FIFTH AMENDED SCHEDULING ORDER

| Date | Deadline |
|---|---|
| March 30, 2018 | --Defendant Submission of Rule 17(c)(1) Subpoenas*<br>--Government Supplemental Discovery Production<br>--Defendant Production of Reciprocal Discovery |
| April 30, 2018 | --Government Rule 16 Expert Disclosures<br>--Government Supplemental CIPA § 4 Motion |
| May 14, 2018 | --Submission to CISO of Defense Rebuttal Experts |
| Later of May 28, 2018, or 30 days from clearance for each expert | --Defendant Rule 16 Expert Disclosures (rolling basis if based on security clearance)<br>--Defendant Amended CIPA § 5 Notice (date of last expert disclosure if on rolling basis) |
| Later of June 14, 2018, or 30 days from clearance for each expert | --Defendant Rule 16 Rebuttal Expert Disclosures (rolling basis if based on security clearance) |
| 30 Days from Defendant Rebuttal Expert Disclosures | --Government Rule 16 Rebuttal Expert Disclosures |
| 30 Days from Amended CIPA § 5 Notice | --Government CIPA § 6(a) Motion and § 6(b) Notice |
| 14 Days from CIPA § 6(a) Motion | --Defendant Response to CIPA § 6(a) Motion |
| 21 Days from CIPA § 6(a) Motion | --Government Reply in Support of CIPA § 6(a) Motion |
| August 6, 7, 8, 2018 | --CIPA § 6 Hearing |
| 14 Days from CIPA § 6(a) Order | --Government CIPA § 6(c) Motion |
| 7 Days from CIPA § 6(c) Motion | --Defendant Response to CIPA § 6(c) Motion |
| 14 Days from CIPA § 6(c) Motion | --Government Reply in Support of CIPA § 6(c) Motion |
| 60 days before Trial | --Pretrial Motions *in Limine* |
| 14 Days after Motions *in Limine* | --Responses to Motions *in Limine* and supplemental response to Defendant's prior 404(b) motion |
| 21 Days after Motion *in Limine* | --Replies in Support of Motions *in Limine* |
| 14 Days before Trial | --Production of Jencks Act Materials |
| October 15, 2018 | --Trial |

*The recipient shall send unclassified materials to the Clerk of Court in Augusta by hand delivery or Federal Express. The parties may promptly inspect and copy. The recipient shall coordinate delivery of classified materials with the Classified Information Security Officer (CISO). The Government shall file a CIPA § 4 motion within 14 days of delivery, and should it not do so, the CISO shall promptly make the materials available to defense counsel.

SO ORDERED this 15th day of March, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE