## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

UNITED STATES OF AMERICA

v.

REALITY LEIGH WINNER

**NOTICE**

1:17cr034

TAKE NOTICE that a proceeding in the above action has been scheduled for the place, date and time set forth below:

DATE AND TIME: **THURSDAY, MARCH 29, 2018 AT 3:30 P.M.**

**Any requests for continuance or rescheduling should be in the form of a motion and filed with the Clerk of Court.**

NOTE: The parties will be notified via email of the dial-in instructions.

*PLEASE NOTIFY THE COURT IMMEDIATELY IF THE DEFENDANT'S PRESENCE IS REQUESTED*

TYPE OF PROCEEDING:   TELEPHONIC STATUS CONFERENCE

DATE: March 19, 2018

TO:  Judge Epps
     AUSA
     US Marshal
     US Probation
     Julie Edelstein
     David Aaron
     Joe D. Whitley
     Matthew Scott Chester
     Brett A. Switzer
     Thomas H. Barnard
     John C. Bell, Jr.
     Titus Nichols
     Carli Rodriguez-Feo

I hereby certify that the foregoing notice was served on the date of issuance upon each of the stated recipients by fax, personal delivery, electronic mail, or the U. S. Mail.

SCOTT POFF
CLERK OF COURT

BY: _____

LISA WIDENER, COURTROOM DEPUTY CLERK
Lisa_widener@gas.uscourts.gov / 706-823-6467