UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | 1:17-CR-34 |
| ) | |
| **v.** ) | |
| ) | |
| **REALITY LEIGH WINNER** ) | |

## NOTICE OF APPEARANCE

Comes now the United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and files a notice of appearance for Amy E. Larson on behalf of the United States in the above-captioned case.

Respectfully submitted this 27th day of March, 2018.

                                          Respectfully submitted,

                                          BOBBY L. CHRISTINE
                                          UNITED STATES ATTORNEY

                                          *s/ Amy E. Larson*

                                          Amy E. Larson
                                          National Security Division Trial Attorney
                                          New York Bar No. 4108221

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 27th day of March 2018.

                                              Respectfully submitted,

                                              BOBBY L. CHRISTINE
                                              UNITED STATES ATTORNEY

                                              ***s/ Amy E. Larson***

                                              Amy E. Larson
                                              National Security Division Trial Attorney
                                              New York Bar No. 4108221

22 Barnard Street, Suite 300
Savannah, Georgia 31412
(912) 652-4422