UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | 1:17-CR-0034 (BKE) |
| | * | |
| REALITY LEIGH WINNER | * | Filed with Classified Information Security Officer |
| | * | |
| Defendant. | * | CISO _____ |
| | * | |
| * * * * * * * * * * * * * * * * * | * | Date  3/29/2018 |

## NOTICE OF FILING

Defendant Reality Leigh Winner, through undersigned counsel, hereby notifies the Court and Counsel of Record, of the submission to the Classified Information Security Officer on March 29, 2018, of a request, pursuant to Federal Rule of Criminal Procedure 17(c), for the issuance of the following subpoenas:

Central Intelligence Agency
Department of Defense
National Archives Records Administration
National Security Council
Office of Director of National Intelligence
White House Office
U.S. Dept. of Homeland Security
State of Alabama
State of Alaska
State of Arizona
State of California
State of Colorado
State of Connecticut
State of Delaware
State of Florida
State of Illinois
State of Iowa
State of Maryland

State of Minnesota
State of North Dakota
State of Ohio
State of Oklahoma
State of Oregon
State of Pennsylvania
State of Texas
State of Virginia
State of Washington
State of Wisconsin
TrendMicro, Inc.
FireEye, Inc.
Eset Company
CrowdStrike, Inc.
Volexity, LLC
F-Secure Corporation
ThreatConnect, Inc.
Motherboard
Secureworks, Inc.
Fidelis Cybersecurity
2 others TBD

Respectfully submitted,

*/s/ Thomas H. Barnard*

Joe D. Whitley (Bar No. 756150)
Admitted *Pro Hac Vice*
Brett A. Switzer (Bar No. 554141)
**BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Rd., NE Suite 1600
Atlanta, GA 30326
(404) 577-6000
JWhitley@bakerdonelson.com
BSwitzer@bakerdonelson.com

Matthew S. Chester (La. Bar No. 36411)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.**
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170
(504) 566-5200
MChester@bakerdonelson.com

John C. Bell, Jr. (Bar No. 048600)
Titus T. Nichols (Bar No. 870662)
**BELL & BRIGHAM**
PO Box 1547
Augusta, GA 30903-1547
(706) 722-2014
John@bellbrigham.com
Titus@bellbrigham.com

Thomas H. Barnard (Az. Bar No. 020982)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.**
100 Light Street.
Baltimore, MD 21202
(410) 685-1120
TBarnard@bakerdonelson.com

**COUNSEL FOR DEFENDANT
REALITY LEIGH WINNER**

3