UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| Plaintiffs, * | |
| * | |
| v. * | 1:17-CR-0034 (BKE) |
| * | Filed with Classified |
| REALITY LEIGH WINNER * | Information Security Officer |
| * | CISO _____ |
| Defendant. * | Date  3/29/2018 |
| * | |
| * * * * * * * * * * * * * * * * * | |

## NOTICE OF FILING

Defendant Reality Leigh Winner, through undersigned counsel, hereby notifies the Court and Counsel of Record, of the filing of the following document with the Classified Information Security Officer, on March 29, 2018:

### NOTICE OF PROFFER REGARDING RULE 17 SUBPOENAS

Respectfully submitted,

/s/ Thomas H. Barnard

Joe D. Whitley (Bar No. 756150)
Admitted *Pro Hac Vice*
Brett A. Switzer (Bar No. 554141)
**BAKER, DONELSON, BEARMAN,**
 **CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Rd., NE Suite 1600
Atlanta, GA 30326
(404) 577-6000
JWhitley@bakerdonelson.com
BSwitzer@bakerdonelson.com

John C. Bell, Jr. (Bar No. 048600)
Titus T. Nichols (Bar No. 870662)
**BELL & BRIGHAM**
PO Box 1547
Augusta, GA 30903-1547
(706) 722-2014
John@bellbrigham.com
Titus@bellbrigham.com

| | |
|---|---|
| Matthew S. Chester (La. Bar No. 36411)<br>Admitted *Pro Hac Vice*<br>**BAKER, DONELSON, BEARMAN,**<br>**   CALDWELL & BERKOWITZ, P.C.**<br>201 St. Charles Ave., Suite 3600<br>New Orleans, LA  70170<br>(504) 566-5200<br>MChester@bakerdonelson.com | Thomas H. Barnard (Az. Bar No. 020982)<br>Admitted *Pro Hac Vice*<br>**BAKER, DONELSON, BEARMAN,**<br>**   CALDWELL & BERKOWITZ, P.C.**<br>100 Light Street.<br>Baltimore, MD  21202<br>(410) 685-1120<br>TBarnard@bakerdonelson.com |

**COUNSEL FOR DEFENDANT**
**REALITY LEIGH WINNER**