# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

| | |
|---|---|
| CASE NO. CR117-034 | DATE March 29, 2018 |
| TITLE USA V. REALITY LEIGH WINNER | |
| TIMES 3:32 pm - 4:22 pm | TOTAL 50 min. |

Honorable : **Brian K. Epps, United States Magistrate Judge**    Courtroom Deputy : **Lisa Widener**

Court Reporter : **Lisa Davenport**    Interpreter :

| Attorney for Government | Attorney for Defendant(s) | Attorney for |
|---|---|---|
| Jennifer Solari<br>Julie Edelstein<br>David Aaron | Matthew Scott Chester<br>Thomas H. Barnard<br>Titus Thomas Nichols<br>Joe D. Whitley | |

PROCEEDINGS : **TELEPHONIC STATUS CONFERENCE**    ☑ In Court    ☐ In Chambers

All parties present and ready to proceed.

Parties are to confer and notify Court on Friday, March 30, 2018 of available dates for possible hearing on Rule 17 subpoenas.

(Rev 7/2003)    GENERAL CLERK'S MINUTES