IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *   CR 1:17-34 |
| v. | * |
| | * |
| REALITY LEIGH WINNER, | * |
| | * |
| Defendant. | * |
| | * |
| | * |
| | ******* |

## GOVERNMENT'S NOTICE OF INTENT TO FILE REPLY TO DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION REGARDING RULE 17(c) SUBPOENAS (DOC. 247)

The United States hereby gives notice of its intent to file a reply to the Defendant's Response to the Government's Motion regarding Rule 17(c) subpoenas (Dkt. 247).

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*//s// Jennifer G. Solari*

Jennifer G. Solari
Assistant United States Attorney

*//s// David C. Aaron*

David C. Aaron
Trial Attorney
U. S. Department of Justice
National Security Division

1

*//s// **Julie Edelstein***

Julie A. Edelstein
Deputy Chief
U. S. Department of Justice
National Security Division

## **CERTIFICATE OF SERVICE**

      This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

      This 6th day of April 2018.

                                        BOBBY L. CHRISTINE
                                      UNITED STATES ATTORNEY

                                      ***//s// Julie A. Edelstein***

                                      Julie A. Edelstein
                                      Deputy Chief

950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 233-2260