## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

UNITED STATES OF AMERICA

v.

REALITY LEIGH WINNER

**NOTICE**

1:17cr034

TAKE NOTICE that a proceeding in the above action has been scheduled for the place, date and time set forth below:

DATE AND TIME: **MONDAY, APRIL 23, 2018 AT 9:00 A.M.**

Any requests for continuance or rescheduling should be in the form of a motion and filed with the Clerk of Court.

Please allow extra arrival time to clear security at the door, and be prepared to produce personal identification at the security desk when entering the building. Cell phones and pagers are not permitted. Attorney vehicles may be parked within the campus.

PLACE: FEDERAL JUSTICE CENTER
UNITED STATES DISTRICT COURT
600 JAMES BROWN BOULEVARD
AUGUSTA, GEORGIA

*** ENTER THE CAMPUS AT THE GUARDHOUSE - 600 JAMES BROWN BOULEVARD*

TYPE OF PROCEEDING:

**CLASSIFIED HEARING FOR ORAL ARGUMENT ON THE RULE 17 SUBPOENAS**

DATE: April 10, 2018

TO: Judge Epps
AUSA
US Marshal
US Probation
Joe D. Whitley
Matthew Scott Chester
Thomas H. Barnard
Brett A. Switzer
Titus Nichols
John C. Bell, Jr.

I hereby certify that the foregoing notice was served on the date of issuance upon each of the stated recipients by fax, personal delivery, electronic mail, or the U. S. Mail.

SCOTT POFF
CLERK OF COURT

BY: _____

LISA WIDENER, COURTROOM DEPUTY CLERK
706 823-6467