UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | 1:17-CR-0034 (BKE) |
| | * | |
| **REALITY LEIGH WINNER** | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

### [PROPOSED] ORDER

Having considered the Unopposed Motion to Continue April 23, 2018 Hearing (the "Motion"), it is hereby:

ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that hearing previously scheduled for April 23, 2018 in connection with the Defendant's Rule 17 Subpoenas is hereby rescheduled for May 8, 2018 at __:__ a.m.

SIGNED this _____ day of _____, 2018.

_____
THE HONORABLE BRIAN K. EPPS
MAGISTRATE JUDGE
U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA