**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **INDICTMENT NO: CR 117-34** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **REALITY LEIGH WINNER** | ) | |

**AUSA JENNIFER SOLARI'S APPLICATION
FOR LEAVE OF ABSENCE**

Comes now Assistant United States Attorney Jennifer Solari, Southern District of

Georgia, and respectfully requests the Court to grant her a leave of absence from the above case

for which she is attorney of record now pending in the United States District Court for the

Southern District of Georgia, from June 18, 2018 through and including June 21, 2018.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Jennifer Solari*

Jennifer Solari
Assistant United States Attorney
DC Bar No. 987167

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 12th day of April, 2018.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Jennifer Solari*

Jennifer Solari
Assistant United States Attorney
DC Bar No. 987167

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422