IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 117-034 |
| | ) | |
| REALITY LEIGH WINNER | ) | |

## ORDER

The Court **DENIES** Defendant's request for a continuance of the hearing on April 23, 2018, concerning the third-party subpoenas Defendant seeks to serve under Federal Rule of Criminal Procedure 17. (Doc. no. 251.) Defendant claims she needs more information to prepare for the hearing, but the parties and Court possess ample information to determine whether the subpoenas are proper in scope and comply with applicable requirements. Defendant also mentions other upcoming deadlines, but progress on all fronts must be made to ensure compliance with the Fifth Amended Scheduling Order and trial date.

SO ORDERED this 13th day of April, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA