UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

Filed with the Classified Information Security Officer
CISO _____
Date ___4/13/2018___

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiffs, | * | |
| v. | * | 1:17-CR-0034 (BKE) |
| REALITY LEIGH WINNER | * | |
| Defendant. | * | |

## NOTICE OF FILING

Defendant Reality Leigh Winner, through undersigned counsel, hereby notifies the Court and Counsel of Record, of the submission to the Classified Information Security Officer on April 13, 2018, of a request, pursuant to Federal Rule of Criminal Procedure 17(c), for the issuance of the following supplemental subpoena:

U.S. Dept. of Homeland Security

Respectfully submitted,

*/s/ Thomas H. Barnard*

Joe D. Whitley (Bar No. 756150)  
Admitted *Pro Hac Vice*  
Brett A. Switzer (Bar No. 554141)  
**BAKER, DONELSON, BEARMAN,**  
 **CALDWELL & BERKOWITZ, P.C.**  
3414 Peachtree Rd., NE Suite 1600  
Atlanta, GA 30326  
(404) 577-6000  
JWhitley@bakerdonelson.com  
BSwitzer@bakerdonelson.com

John C. Bell, Jr. (Bar No. 048600)  
Titus T. Nichols (Bar No. 870662)  
**BELL & BRIGHAM**  
PO Box 1547  
Augusta, GA 30903-1547  
(706) 722-2014  
John@bellbrigham.com  
Titus@bellbrigham.com

Matthew S. Chester (La. Bar No. 36411)  
Admitted *Pro Hac Vice*  
**BAKER, DONELSON, BEARMAN,**  
 **CALDWELL & BERKOWITZ, P.C.**  
201 St. Charles Ave., Suite 3600  
New Orleans, LA 70170  
(504) 566-5200  
MChester@bakerdonelson.com

Thomas H. Barnard (Az. Bar No. 020982)  
Admitted *Pro Hac Vice*  
**BAKER, DONELSON, BEARMAN,**  
 **CALDWELL & BERKOWITZ, P.C.**  
100 Light Street.  
Baltimore, MD 21202  
(410) 685-1120  
TBarnard@bakerdonelson.com

**COUNSEL FOR DEFENDANT**  
**REALITY LEIGH WINNER**

2