# United States District Court

## Southern District of Georgia

United States

_____
Plaintiff

v. Reality Leigh Winner

_____
Defendant

Case No. _____1:17-CR-00034_____

Appearing on behalf of : _____

Defendant

_____
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, ___Katherine Cicardo Mannino___ hereby requests permission to appear pro hac vice in the subject case filed in the ___Augusta___ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, ___Middle District of Louisiana___ . *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates ___John C. Bell (Bell & Brigham)___ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This ___29th___ day of ___March___, ___2018___.

_____
(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, ___John C. Bell (Bell & Brigham)___, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This ___16th___ day of ___April___, ___2018___.

___048600___
Georgia Bar Number

___(706) 722-2014___
Business Telephone

_____
Signature of Local Counsel

___Bell & Brigham___ (Law Firm)
___457 Greene Street___ (Business Address)
___Augusta, GA 30901___ (City, State, Zip)
_____ (Mailing Address)
___john@bellbrigham.com___ (Email Address)



# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

## CERTIFICATE OF GOOD STANDING

I, Michael L. McConnell, Clerk of the United States District Court for the Middle District of Louisiana, do hereby certify that

## Katherine Leigh Cicardo

was duly admitted to practice in this Court on December 10, 2013 and is in good standing as a member of the Bar of this Court.

As of this date no disciplinary actions have been filed in this Court.

Dated at Baton Rouge, Louisiana on April 4, 2018

_____
Michael L. McConnell
Clerk, United States District Court
for the Middle District of Louisiana