# United States District Court
## Southern District of Georgia

United States

_____
Plaintiff

v.

Reality Leigh Winner

_____
Defendant

Case No. 1:17-CR-00034

Appearing on behalf of
Defendant

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
*****

| | |
|---|---|
| NAME OF PETITIONER: | Katherine Cicardo Mannino |
| Business Address: | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC |
| | Firm/Business Name |
| | 450 Laurel Street |
| | Street Address |
| | Baton Rouge    LA    70825 |
| | Street Address (con't)    City    State    Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2    City    State    Zip |
| | (225) 381-7027 |
| | Telephone Number (w/ area code)    Georgia Bar Number |
| Email Address: | kcicardo@bakerdonelson.com |