# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR117-034**  
TITLE **USA V. REALITY LEIGH WINNER**

DATE **April 16, 2018**

TIMES **1:35 pm - 2:06 pm**

TOTAL **31 min.**

Honorable : **Brian K. Epps, United States Magistrate Judge**   Courtroom Deputy : **Lisa Widener**

Court Reporter : **Lisa Davenport**   Interpreter :

Attorney for   Government

**Jennifer Solari**
**Julie Edelstein**
**David Aaron**

Attorney for Defendant(s)

**Matthew Scott Chester**
**Thomas H. Barnard**
**Titus Thomas Nichols**
**Joe D. Whitley**
**John C. Bell**

Attorney for

PROCEEDINGS : **TELEPHONIC STATUS CONFERENCE**

☑ In Court  
☐ In Chambers

All parties present and ready to proceed.

Status conference held.

(Rev 7/2003)   GENERAL CLERK'S MINUTES