IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 117-034 |
| | ) | |
| REALITY LEIGH WINNER | ) | |

**ORDER**

Counsel have advised the Court via the Joint Status Report or during Court proceedings that five pretrial motions have been satisfied or otherwise resolved. (See doc. no. 199; doc. no. 249, pp. 5-7.) Therefore, the following pending motions are **MOOT**: doc. nos. 20-23, and 164-1. Because the Fifth Amended Scheduling Order provided a deadline for Defendant's production of reciprocal discovery, the government's pending motion requesting the same is **MOOT**. (Doc. no. 175.)

SO ORDERED this 17th day of April, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA