UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | 1:17-CR-0034 (BKE) |
| | * | |
| REALITY LEIGH WINNER | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * *

**MEMORANDUM OF UNDERSTANDING
REGARDING RECEIPT OF CLASSIFIED INFORMATION**

Having familiarized myself with the applicable statutes, regulations, and orders, I understand that I may be the future recipient of information and documents that concern the present and future security of the United States and which belong to the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States Government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States Government; or as expressly authorized by the Court pursuant to the Classified Information Procedures Act and the Protective Order entered in United States v. Reality Leigh Winner, criminal number 117-34, Southern District of Georgia.

(2) I agree that this Memorandum will remain forever binding on me.

(3)  I have received, read, and understand the Protective Order [Doc. No. 58] entered by the United States District Court for the Southern District of Georgia on August 3, 2017, in United States v. Reality Leigh Winner, criminal number 117-34, relating to classified information, and I agree to comply with the provisions thereof.

(4)  I understand that any prior contractual obligations that may bind me to continue to protect classified information remain in full force and effect, and are not superseded by this Memorandum of Understanding. Additionally, I understand that this Memorandum of Understanding does not absolve me of any criminal or civil penalties that may otherwise be imposed upon me as a result of my unauthorized disclosure of classified information.

(5)  I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully submitted,

BY: _____
Katherine Cicardo Mannino
Baker, Donelson, Bearman, Caldwell &
  Berkowitz, PC
450 Laurel Street
Baton Rouge, LA 70825
(225) 381-7027
kcicardo@bakerdonelson.com

**COUNSEL FOR DEFENDANT
REALITY LEIGH WINNER**

CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties.

/s/ Joe D. Whitley
Joe D. Whitley, Esq.