UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR117-034 |
| ) | |
| REALITY LEIGH WINNER ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**David C. Aaron,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** David C. Aaron be granted leave of absence for the following periods: **May 16, 2018 through May 21, 2018 and May 24, 2018 through May 28, 2018.**

This 27th day of April, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA