IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CR 1:17-34 |
| v. | * | |
| | * | |
| REALITY LEIGH WINNER, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| | ******* | |

## GOVERNMENT'S NOTICE OF FILING

The United States hereby gives notice that on April 30, 2018, it filed with the Court, through the Classified Information Security Officer, the following pleadings:

1. "Notice of Intention to Offer Expert Testimony"; and

2. "Government's Supplemental *Ex Parte*, *In Camera*, Under Seal Motion and Memorandum of Law for a Protective Order Pursuant to CIPA § 4 and Fed. R. Crim. P. 16(d)(1)."

        Respectfully submitted,

        BOBBY L. CHRISTINE
        UNITED STATES ATTORNEY

        *//s// Jennifer G. Solari*

        Jennifer G. Solari
        Assistant United States Attorney

*//s//* ***David C. Aaron***

David C. Aaron
Trial Attorney
U. S. Department of Justice
National Security Division

*//s//* ***Julie Edelstein***

Julie A. Edelstein
Deputy Chief of Counterintelligence
U. S. Department of Justice
National Security Division

## **CERTIFICATE OF SERVICE**

    This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

    This 30th day of April 2018.

                                        BOBBY L. CHRISTINE
                                        UNITED STATES ATTORNEY

                                        *//s// Jennifer G. Solari*

                                        Jennifer G. Solari
                                        Assistant United States Attorney

22 Barnard St., Suite 300
Savannah, GA 31401
(912) 652-4422