UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| v. | * | 1:17-CR-0034 (BKE) |
| | * | |
| **REALITY LEIGH WINNER** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

## [PROPOSED] ORDER

Having considered the Notice of Intent to File Appeal/Objections to Magistrate Judge's Rulings on Defendant's Rule 17 Subpoenas and Unopposed Motion to Set Deadline Regarding Same [Doc. No. ___] (the "Motion"), it is hereby:

ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the Defendant shall have 14 days to file any objections/appeal to the Magistrate Judge's decision on her Rule 17 subpoenas[1] from when the April 23, 2018 transcript is available to Defendant; and

SIGNED this _____ day of _____, 2018.

_____
THE HONORABLE J. RANDAL HALL
CHIEF JUDGE, U.S. DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA

---

[1] Doc. No. 274.