```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF GEORGIA
                       AUGUSTA DIVISION
```

```
UNITED STATES OF AMERICA    *
                            *
     vs.                    *     CR 117-034
                            *
REALITY LEIGH WINNER        *
```

## O R D E R

Having considered Defendant Reality Leigh Winner's "Notice of Intent to File Appeal/Objections to Magistrate Judge's Rulings on Defendant's Rule 17 Subpoenas and Unopposed Motion to Set Deadline Regarding the Same," the motion (doc. 278) is hereby **DENIED**. The Local Rules of this district provide that a party must serve and file objections to an order of a Magistrate Judge on a nondispositive matter within 14 days after service of the Order. See Loc. R. Civ. P. 72.2 (incorporating Fed. R. Civ. P. 72(a) and made applicable to criminal cases through Loc. R. Crim. P. 1.1). This deadline ensures rulings of the Magistrate Court and this Court are made final as expeditiously as possible. This is particularly important in a criminal proceeding. Defendant's stated need to cite to evidence and testimony in the transcript of the April 23rd hearing is not sufficient to extend this deadline because the evidence to which she refers, including expert testimony, was presented *ex parte*

by defense counsel. Moreover, the relevant exhibits are already part of the court record.

In short, there is no compelling reason to delay this matter, and unwarranted delays in this case will not be readily countenanced. Accordingly, Defendant shall have up to and including **Friday, May 11, 2018,** within which to file her objections to the Magistrate Judge's Order of April 27, 2018 regarding her Rule 17 subpoenas. Defendant may supplement her filing with transcript cites if necessary and if the transcript becomes available to Defendant prior to ruling.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of May, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA