# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR117-034**  
TITLE **USA V. REALITY LEIGH WINNER**

DATE **May 3, 2018**

TIMES **4:19 pm - 4:41 pm**

TOTAL **22 min.**

Honorable : **Brian K. Epps, United States Magistrate Judge**

Courtroom Deputy : **Lisa Widener**

Court Reporter : **Lisa Davenport**

Interpreter :

| Attorney for Government | Attorney for Defendant(s) | Attorney for |
|---|---|---|
| Julie Edelstein<br>David Aaron<br>Jennifer Solari | Matthew Scott Chester<br>Joe D. Whitley | Carli Rodriguez-Feo, CISO |

PROCEEDINGS : **TELEPHONIC STATUS CONFERENCE**

☑ In Court  
☐ In Chambers

After hearing from the parties, the Court takes matter under advisement.

(Rev 7/2003)

GENERAL CLERK'S MINUTES