IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR 117-034 |
| ) | |
| REALITY LEIGH WINNER ) | |

### ORDER

During yesterday's phone conference, Defendant requested an extension of her expert disclosure deadline for an unspecified number of experts because her expert researcher of public records has not yet received a security clearance. Testifying experts, Defendant explains, are waiting on the expert researcher to provide public documents necessary for their analysis and opinions, and the researcher must first have access to classified case discovery. The Court views with skepticism the claim cleared experts and counsel cannot conduct effective public records searches themselves. Indeed, it seemed clear during the hearing on April 23, 2018, a wealth of public information is already available to defense counsel and their experts.

As explained often, the Court will grant extensions only when necessary and only to the extent required, and progress shall be made on all fronts as quickly as possible, even if this means piecemeal progress and later supplementation. The CIPA § 6 hearing will occur on August 6-8, 2018, and trial begins on October 15, 2018.

Defendant shall disclose, by the current deadline of May 28, 2018, all expert witness opinions the experts can formulate without the researcher's assistance. (Doc. no. 240.) If the

researcher provides additional support for disclosed opinions, Defendant shall supplement her disclosures with references to the additional support within thirty days of the researcher obtaining his or her security clearance. Only to the extent, if any, an expert is unable to formulate a particular opinion without the researcher's assistance, Defendant shall supplement her disclosures with that opinion within thirty days of the researcher obtaining clearance.

SO ORDERED this 4th day of May, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA