IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 117-34 |
| | * | |
| REALITY LEIGH WINNER, | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | ******** | |

## GOVERNMENT'S NOTICE OF FILING

The Government hereby gives notice that on May 7, 2018, it filed with the Court and defense counsel, through the Classified Information Security Officer, the following pleading:

Government's Second Notice of Intent to Rely Upon Other Crimes, Wrongs or Acts of Defendant Pursuant to Fed.R.Evid. 404(b).

Respectfully Submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY


 //s// *Jennifer G. Solari*

Jennifer G. Solari
Assistant United States Attorney

//s// *David C. Aaron*

David C. Aaron
Trial Attorney
U. S. Department of Justice
National Security Division

        *//s// **Julie Edelstein***

        Julie A. Edelstein
        Deputy Chief of Counterintelligence
        U. S. Department of Justice
        National Security Division

        *//s// **Amy E. Larson***

        Amy E. Larson
        Trial Attorney
        National Security Division