IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| vs. | * | CR 117-034 |
| REALITY LEIGH WINNER | * | |

## O R D E R

Presently before the Court is Defendant Reality Leigh Winner's motion for reconsideration of this Court's Order denying a motion to extend time. Upon consideration, the motion for reconsideration (doc. 283) is **DENIED**. The deadline within which Defendant must file any objections to the Magistrate Judge's Order of April 27, 2018 regarding her Rule 17 subpoenas is and remains **Friday, May 11, 2018**. Further, the Court will rule on the objections in due course without regard to the availability of the transcript.[1] Nevertheless, Defendant may supplement her filing with transcript cites if necessary and if the transcript becomes available to Defendant prior to ruling.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of May, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] In lieu of a completed transcript, counsel has alternative means available to utilize the opinions offered by its expert witness if needed to pursue Defendant's objections.