# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| Plaintiffs, * | |
| * | |
| v.  * | 1:17-CR-0034 (BKE) |
| * | |
| REALITY LEIGH WINNER * | Filed with Classified |
| * | Information Security Officer |
| Defendant. * | CISO _____ |
| * | Date _____ |
| * * * * * * * * * * * * * * * * * | |

## NOTICE OF FILING

Defendant Reality Leigh Winner, through undersigned counsel, hereby notifies the Court and Counsel of Record, of the filing of the following document with the Classified Information Security Officer, on May 11, 2018:

***CLASSIFIED EX PARTE SUPPLEMENT TO DEFENDANT'S OBJECTIONS TO MAGISTRATE JUDGE EPP'S RULING ON RULE 17(C) REQEUSTS AND SUBMISSION OF REVISED SUBPOENAS***

Respectfully submitted,

*/s/ Thomas H. Barnard*

Joe D. Whitley (Bar No. 756150)
Admitted *Pro Hac Vice*
Brett A. Switzer (Bar No. 554141)
**BAKER, DONELSON, BEARMAN,**
  **CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Rd., NE Suite 1600
Atlanta, GA 30326
(404) 577-6000
JWhitley@bakerdonelson.com
BSwitzer@bakerdonelson.com

John C. Bell, Jr. (Bar No. 048600)
Titus T. Nichols (Bar No. 870662)
**BELL & BRIGHAM**
PO Box 1547
Augusta, GA 30903-1547
(706) 722-2014
John@bellbrigham.com
Titus@bellbrigham.com

Matthew S. Chester (La. Bar No. 36411)  
Admitted *Pro Hac Vice*  
**BAKER, DONELSON, BEARMAN,**  
   **CALDWELL & BERKOWITZ, P.C.**  
201 St. Charles Ave., Suite 3600  
New Orleans, LA  70170  
(504) 566-5200  
MChester@bakerdonelson.com  

Thomas H. Barnard (Az. Bar No. 020982)  
Admitted *Pro Hac Vice*  
**BAKER, DONELSON, BEARMAN,**  
   **CALDWELL & BERKOWITZ, P.C.**  
100 Light Street.  
Baltimore, MD  21202  
(410) 685-1120  
TBarnard@bakerdonelson.com  

**COUNSEL FOR DEFENDANT**  
**REALITY LEIGH WINNER**