IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CR 117-034 |
| | * | |
| REALITY LEIGH WINNER | * | |

O R D E R

On May 11, 2018, Defendant Reality Leigh Winner timely filed her objections to the United States Magistrate Judge's Order of April 27, 2018 regarding her Rule 17 subpoenas. Defendant now seeks to file a portion of her objections *ex parte* - a filing Defendant refers to as "Classified *Ex Parte* Supplement to Defendant's Objections to Magistrate Judge Epp's Ruling on Rule 17(c) Requests and Submission of Revised Subpoenas." (See Notice of Filing, Doc. 286; Def.'s Objs., Doc. 288, at 11.)

Upon consideration, Defendant's motion to file this Supplement *ex parte* (doc. 287) is hereby **GRANTED**.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of May, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA