UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| v. | * | 1:17-CR-0034 (BKE) |
| | * | |
| **REALITY LEIGH WINNER** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

**DEFENDANT'S NOTICE OF INTENT TO FILE A REPLY
IN RESPONSE TO THE GOVERNMENT'S RESPONSE TO DEFENDANT'S
OBJECTIONS TO RULING ON RULE 17 (c) REQUESTS (DOC. 288) [DOC. 292]**

COMES NOW, Defendant Reality Leigh Winner, through undersigned counsel, and hereby notifies the Court of her intent to file a reply in response to the Government's Response to Defendant's Objections to Ruling on Rule 17(c) Requests [Doc. No. 292] filed on May 24, 2018, and in further support of Defendant's Objections to Ruling on Rule17(c) Requests [Doc. 288].

Respectfully submitted,

*/s/* Joe. D. Whitley

Joe D. Whitley (GA Bar No. 756150)
Admitted *Pro Hac Vice*
Brett A. Switzer (GA Bar No. 554141)
**BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Rd., NE Suite 1600
Atlanta, GA  30326
(404) 577-6000
JWhitley@bakerdonelson.com
BSwitzer@bakerdonelson.com

John C. Bell, Jr. (GA Bar No. 048600)
Titus T. Nichols (GA Bar No. 870662)
**BELL & BRIGHAM**
PO Box 1547
Augusta, GA  30903-1547
(706) 722-2014
John@bellbrigham.com
Titus@bellbrigham.com

Matthew S. Chester (LA Bar No. 36411)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
  **CALDWELL & BERKOWITZ, P.C.**
201 St. Charles Ave., Suite 3600
New Orleans, LA  70170
(504) 566-5200
MChester@bakerdonelson.com

Katherine C. Mannino (LA Bar No. 35081)
Admitted Pro Hac Vice
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
450 Laurel Street
Baton Rouge, LA 70825
(225) 381-7027
KCicardo@bakerdonelson.com

**COUNSEL FOR DEFENDANT**
**REALITY LEIGH WINNER**

Thomas H. Barnard (AZ Bar No. 020982)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
  **CALDWELL & BERKOWITZ, P.C.**
100 Light Street.
Baltimore, MD  21202
(410) 685-1120
TBarnard@bakerdonelson.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 24, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to Counsel of Record for all parties.

                                                    */s/ Joe D. Whitley*  
                                                    Joe. D. Whitley, Esq.