# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

UNITED STATES OF AMERICA

v.

REALITY LEIGH WINNER

**NOTICE**

1:18cr034

TAKE NOTICE that a proceeding in the above action has been scheduled for the place, date and time set forth below:

DATE AND TIME: **MONDAY, AUGUST 6, 2018 AT 10:00 A.M.**

**Any requests for continuance or rescheduling should be in the form of a motion and filed with the Clerk of Court.**

**Please allow extra arrival time to clear security at the door, and be prepared to produce personal identification at the security desk when entering the building. Cell phones and pagers are not permitted. Attorney vehicles may be parked within the campus.**

PLACE:   FEDERAL JUSTICE CENTER
UNITED STATES DISTRICT COURT
600 JAMES BROWN BOULEVARD
COURTROOM 2
AUGUSTA, GEORGIA

*** ENTER THE CAMPUS AT THE GUARDHOUSE - 600 JAMES BROWN BOULEVARD**

TYPE OF PROCEEDING:   CIPA §6 HEARING

DATE: June 6, 2018

TO:   Judge Hall
USMS
AUSA
USPO
Defendant
Joe D. Whitley
Matthew Scott Chester
Brett A. Switzer
Thomas H. Barnard
John C. Bell, Jr.
Titus Thomas Nichols
Katherine Cicardo Mannino

I hereby certify that the foregoing notice was served on the date of issuance upon each of the stated recipients by fax, personal delivery, or electronic mail.

SCOTT POFF
CLERK OF COURT

BY: _____
Lisa Widener, Courtroom Deputy Clerk
706-823-6467