UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA

v.

REALITY LEIGH WINNER

**N O T I C E**

CR117-034

TAKE NOTICE that a proceeding in this case has been scheduled for the place, date and time set forth below:

TYPE OF PROCEEDING: **PRETRIAL CONFERENCE**
DATE AND TIME: **WEDNESDAY, OCTOBER 10, 2018 AT 10:00 A.M.**

TYPE OF PROCEEDING: **JURY SELECTION AND TRIAL**
DATE AND TIME: **MONDAY, OCTOBER 15, 2018 AT 9:00 A.M.**

**Please allow extra arrival time for parking and to clear security, and be prepared to produce personal identification at the security desk when entering the building. Cell phones and pagers are not permitted.**

PLACE:  UNITED STATES DISTRICT COURT
COURTROOM TWO
FEDERAL JUSTICE CENTER
600 JAMES BROWN BOULEVARD
AUGUSTA, GEORGIA

*Proposed voir dire questions and requests to charge are to be filed 7 days prior to jury selection.*

*All trial exhibits (in digital format) and an exhibit list must be provided to the Court at the pretrial conference.*

*Any requests for continuance or rescheduling should be in the form of a motion and filed with the Clerk of Court.*

DATE: June 6, 2018

TO: Judge Hall
USMS
AUSA
USPO
Defendant
Joe D. Whitley
Matthew Scott Chester
Brett A. Switzer
Thomas H. Barnard
John C. Bell, Jr.
Titus Thomas Nichols
Katherine Cicardo Mannino

I hereby certify that the foregoing notice was served on the date of issuance upon each of the stated recipients by fax, personal delivery, or electronic mail.

SCOTT POFF
CLERK OF COURT

BY: _____
Lisa Widener, Courtroom Deputy Clerk
706-823-6467