# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **N O T I C E** |
| v. | 1:17cr034 |
| REALITY LEIGH WINNER | |

TAKE NOTICE that a proceeding in the above action has been scheduled for the place, date and time set forth below:

**DATE AND TIME:  WEDNESDAY, JUNE 13, 2018 AT 11:00 A.M.**

**Any requests for continuance or rescheduling should be in the form of a motion and filed with the Clerk of Court.**

NOTE:  The parties will be notified via email of the dial-in instructions.

***PLEASE NOTIFY THE COURT IMMEDIATELY IF THE DEFENDANT'S PRESENCE IS REQUESTED***

TYPE OF PROCEEDING:   TELEPHONIC STATUS CONFERENCE

DATE: June 13, 2018

TO:  Judge Epps
AUSA
US Marshal
US Probation
Julie Edelstein
David Aaron
Joe D. Whitley
Matthew Scott Chester
Brett A. Switzer
Thomas H. Barnard
John C. Bell, Jr.
Titus Nichols
Carli Rodriguez-Feo

I hereby certify that the foregoing notice was served on the date of issuance upon each of the stated recipients by fax, personal delivery, electronic mail, or the U. S. Mail.

SCOTT POFF
CLERK OF COURT
BY: _____
LISA WIDENER, COURTROOM DEPUTY CLERK
Lisa_widener@gas.uscourts.gov / 706-823-6467