# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR117-034**　　　　　　　　　　　　　DATE **June 13, 2018**
TITLE **USA V. REALITY LEIGH WINNER**
TIMES **11:00 am - 11:18 pm**　　　　　　　　　　TOTAL **18 min.**

Honorable : **Brian K. Epps, United States Magistrate Judge**　　Courtroom Deputy : **Lisa Widener**
Court Reporter : **FTR**　　　　　　　　　　　　　　　　　　Interpreter :

| Attorney for Government | Attorney for Defendant(s) | Attorney for |
|---|---|---|
| **Julie Edelstein**<br>**David Aaron**<br>**Jennifer Solari** | **Joe D. Whitley**<br>**John C. Bell, Jr.**<br>**Titus T. Nichols**<br>**Brett A. Switzer**<br>**Katherine Mannino** | **Carli Rodriguez-Feo, CISO** |

PROCEEDINGS : **TELEPHONIC STATUS CONFERENCE**　　　　☑ In Court　　☐ In Chambers

Status Conference held.

(Rev 7/2003)　　　　　　　　　　　　　　　　　　　　　　　　　　　　GENERAL CLERK'S MINUTES