# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CR117-034  
TITLE USA V. REALITY LEIGH WINNER  
TIMES 11:41 am - 11:49 am

DATE June 20, 2018  
TOTAL 18 min.

Honorable : **Brian K. Epps, United States Magistrate Judge**  
Court Reporter : **FTR**

Courtroom Deputy : **Lisa Widener**  
Interpreter :

**Attorney for Government**  
Julie Edelstein  
Jennifer Solari

**Attorney for Defendant(s)**  
Joe D. Whitley  
John C. Bell, Jr.  
Thomas H. Barnard

**Attorney for**

PROCEEDINGS : **TELEPHONE CONFERENCE**

[✓] In Court  
[ ] In Chambers

Status Conference held.