## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

UNITED STATES OF AMERICA          **N O T I C E**

v.          1:18cr034

REALITY LEIGH WINNER

TAKE NOTICE that a proceeding in the above action has been scheduled for the place, date and time set forth below:

DATE AND TIME: **TUESDAY, JUNE 26, 2018 AT 10:00 A.M.**

**Any requests for continuance or rescheduling should be in the form of a motion and filed with the Clerk of Court.**

**Please allow extra arrival time to clear security at the door, and be prepared to produce personal identification at the security desk when entering the building. Cell phones and pagers are not permitted. Attorney vehicles may be parked within the campus.**

PLACE:     FEDERAL JUSTICE CENTER
              UNITED STATES DISTRICT COURT
              600 JAMES BROWN BOULEVARD
              COURTROOM 2
              AUGUSTA, GEORGIA

*** ENTER THE CAMPUS AT THE GUARDHOUSE - 600 JAMES BROWN BOULEVARD**

TYPE OF PROCEEDING:    CHANGE OF PLEA HEARING

DATE: June 21, 2018

TO:     Judge Hall
       USMS
       AUSA
       USPO
       Defendant
       Joe D. Whitley
       Matthew Scott Chester
       Brett A. Switzer
       Thomas H. Barnard
       John C. Bell, Jr.
       Titus Thomas Nichols
       Katherine Cicardo Mannino

I hereby certify that the foregoing notice was served on the date of issuance upon each of the stated recipients by fax, personal delivery, or electronic mail.

SCOTT POFF
CLERK OF COURT

BY:_____

Lisa Widener, Courtroom Deputy Clerk
706-823-6467