# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:17-CR-34** |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| **REALITY LEIGH WINNER** | ) | |

## NOTICE OF ATTORNEY APPEARANCE

Now comes the United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and enters the appearance of its undersigned United States Attorney in the above-captioned matter.

This 26th day of June 2018.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

***s/ Bobby L. Christine***

Bobby L. Christine
United States Attorney
Southern District of Georgia
Georgia Bar No. 125254

22 Barnard Street, Suite 300
Savannah, Georgia 31401
Telephone: (912) 652-4422
Facsimile: (912) 652-4991

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 26th day of June 2018.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

***s/ Bobby L. Christine***

Bobby L. Christine
United States Attorney
Southern District of Georgia
Georgia Bar No. 125254

22 Barnard Street, Suite 300
Savannah, Georgia 31401
Telephone: (912) 652-4422
Facsimile: (912) 652-4991