# United States District Court
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR117-034**

United States of America

vs.

**REALITY LEIGH WINNER / 26**

_____

Defendant/Age

**Bobby L. Christine, Jennifer Solari**

U. S. Attorney

**Joe D. Whitley, John C. Bell, Jr.**

Attorney for Defendant

☑ Plea agreement  **(Received).**     ☑ Defendant Sworn     ☐ Counsel Waived.

☐ Plea agreement previously filed.

☐ Arraigned and plead _____ to count(s) _____.

☑ Plea of not guilty withdrawn and plea of _____**Guilty**_____ entered as to count(s) _____**One**_____ of the indictment.

☑ Factual basis **Established.**  **Oral.**  **Plea Accepted** Witness for factual basis **FBI Sp. Agent Justin Garrick**.

☑ Adjudication of guilt   **Made.**

☑ Referred to probation office for pre-sentence investigation **Yes.**

☑ Sentencing Scheduled for **a later date** at _____.

☐ Bond Continued  ____     Bond modified to _____.

Bond set at _____  ____

☑ Bond not made defendant in jail.

☑ Defendant remanded to custody of United States Marshal.

1002 - 1045 am

Honorable **J. Randal Hall, U. S. District Court Judge**     Date **June 26, 2018**

Court Reporter    **Lisa Davenport**     Probation Officer **Chris Ingalls/Craig Dallas**

Courtroom Deputy Clerk    **Lisa Widener**     U.S. Marshal  **Tim Keen/Mike Brant**