# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

U.S. DISTRICT COURT
Southern District of Georgia
Filed in Open Court
10:45 A.M.
06/26, 2018
/s/ Deputy Clerk

CHANGE OF PLEA IN  USA V. REALITY LEIGH WINNER

CRIMINAL NO. CR117-034  AT  AUGUSTA, GEORGIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE DEFENDANT REALITY LEIGH WINNER, HAVING PREVIOUSLY ENTERED A PLEA OF NOT GUILTY, HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA OF GUILTY TO COUNT ONE IN THE INDICTMENT.

THIS 26th DAY OF JUNE, 2018.

NOLLE PROSSE AS TO COUNT(S) _____

/s/ Reality Leigh Winner
REALITY LEIGH WINNER, DEFENDANT

/s/ Joe D. Whitley
COUNSEL FOR DEFENDANT
JOE D. WHITLEY AND JOHN C. BELL, JR