UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## SENTENCING MINUTES

CRIMINAL CASE NO. CR 117-034

DATE: 08/23/2018

USA V. Reality Leigh Winner

TIME: 10:01 am to 10:43 am

JUDGE: Honorable J. Randal Hall

COURTROOM DEPUTY: Lisa Widener

COURT REPORTER: Lisa Davenport

ATTORNEY(S) FOR THE GOVERNMENT:
Bobby Christine, Jennifer Solari, Julie Edelstein, David Aaron

ATTORNEY(S) FOR THE DEFENDANT:
Joe Whitley, Matthew Chester, John Bell, Titus Nichols, Brett Switzer, Thomas Barnard

PROBATION OFFICER:
Craig Dallas / Chris Ingalls

DEFENDANT SENTENCED ON COUNTS(S): One

- Y  PSI reviewed in full
- N  Objections to factual basis
- Y  Objections to Guideline Calculations (1)
- N  Changes ordered
- N  Factual Witnesses
- Y  Statement by Counsel
- Y  Statement by Defendant
- Y  Appeal rights of defendant explained / (waived)

Facility requested/recommended: FMC Carswell TX

Defendant remanded  Y
Voluntary surrender  —
Departure from guidelines  variance

Custody: 63 months
Supervised Release: 3 years

Y  Standard and Special Conditions of Release to be explained by USPO and a written copy to be provided to defendant

Probation  —
Fine $  -0-
Restitution $  —
Special Assessment $  100
Community Service: 100 hours within 12 months of release
Dismiss Count(s)  _____
Plea agreement accepted  Y
Upward  —   Downward  —