UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.    ) | CR 117-34 |
| ) | |
| REALITY LEIGH WINNER ) | |

## MOTION TO DISMISS SUPERSEDING INDICTMENT

COMES NOW the United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and moves the Court to dismiss, without prejudice, the Superseding Indictment in Case No. 1:17-CR-34.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

Jennifer Solari
Deputy Chief, Criminal Division
DC Bar No. 987167

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served a copy of this motion upon the defendant by hand delivery to lead defense counsel, Joe Whitley, Esq., at 600 James Brown Blvd., Augusta, Georgia.

This 23rd day of August, 2018.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

Jennifer Solari
Deputy Chief, Criminal Division
DC Bar No. 987167

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422