UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR 117-34 |
| ) | |
| **REALITY LEIGH WINNER** ) | |

**ORDER**

Having considered the Government's Motion to Dismiss the Superseding Indictment in Case No. 1:17-CR-34, the motion is hereby **GRANTED**.

Accordingly, it is **ORDERED** that the Superseding Indictment in the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE**.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of August, 2018.

_____
HON. J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA