UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case 1:17-cr-00034 |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| REALITY LEIGH WINNER | ) | |

**MOTION TO RELINQUISH FUNDS TO THE REGISTRY OF THE COURT**

COMES NOW the United States of America ("Government"), by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia and the undersigned Assistant United States Attorney, and respectfully moves the Court for an order directing $4,147.19 in the Government's possession to be deposited in the Registry of the Court. In support thereof, the Government shows the following:

1. On August 23, 2018, this Honorable Court accepted Defendant's guilty plea to one count of unlawful retention and transmission of national defense information in violation of 18 U.S.C. § 793 (e). (Doc. 324.)

2. Defendant's plea agreement designated an assignment of compensation to the United States for any compensation Defendant directly or indirectly receives for the distribution of information relating to her investigation "or her prosecution, sentencing, or incarceration in this matter." (Doc. 324, ¶16). Said assignment encompasses compensation irrespective of whether or not it is payable to Defendant or to Defendant's family or associates. *Id.*

3. On or about June 5, 2017, Defendant's parents created an online "GoFundMe" fundraising platform entitled the "Reality Winner & Family–Relief Fund" to raise awareness of and advocate for Defendant in the public arena. The campaign solicited and received monetary donations until its termination on or about September 4, 2018.

4. A total of $4,147.19 was raised between the entry of Defendant's plea agreement on August 23, 2018 and the termination of the fundraiser. Pursuant to the assignment of compensation in Defendant's plea agreement, counsel for the Defendant has provided the United States Attorney's Office for the Southern District of Georgia with a check for $4,147.19.

5. To promote efficiency and best serve the interests of justice, the Government now relinquishes all rights to the $4,147.19 at issue.

Wherefore, the United States respectfully requests this Honorable Court to issue an order directing the Clerk to deposit the $4,147.19 into the Registry of the Court. A proposed order is attached for the Court's consideration.

This 29th day of November, 2018.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Mary Susan Fitzgerald*
Mary Susan Fitzgerald
Assistant United States Attorney
Georgia Bar Number 787997

22 Barnard Street, Suite 300
Savannah, Georgia 31401
Telephone: (912) 652-4422
Facsimile: (912) 652-4991
E-mail: mary.fitzgerald@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2018, I served all of the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 29th day of November, 2018.

                                                Respectfully submitted,

                                                BOBBY L. CHRISTINE
                                                UNITED STATES ATTORNEY

                                                ***/s/ Mary Susan Fitzgerald***
                                                Mary Susan Fitzgerald
                                                Assistant United States Attorney
                                                Georgia Bar No.787997