UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR117-034 |
| | ) | |
| REALITY LEIGH WINNER | ) | |

## ORDER

This matter comes before the Court on the Government's motion for an order directing the Clerk to deposit $4147.19 obtained by the United States as beneficiary to Defendant's assignation to the Government for said monies.

The Court, having read and considered the Government's motion and the balance of the record, hereby ORDERS the Clerk of Court to deposit $4,147.19 into the Registry of the Court. The Court shall distribute said funds in its sole discretion.

The Clerk of Curt shall coordinate as needed with the United States Attorney's Office, Southern District of Georgia, Financial Litigation Unit, to accurately allocate the $4,147.19 in the manner directed in this Order.

SO ORDERED, this 18th day of December, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA