IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff | ) |
| vs. | ) CASE NUMBER: 1:17-CR-34 |
| REALITY LEIGH WINNER | ) |
| Defendant | ) |

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that  GARY L. DAVIS  has deposited with the Court the sum of $ 4,147.19  under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this  19th  day of  December , 2018 , by Order of this Court.

SCOTT L. POFF, CLERK

By: *Linda Sharpe*
Deputy Clerk

(Rev. 9/02)