```
&%RP&%D5&%RPCourt Name: Southern District of
 Georgia
Division: 4
Receipt Number: SAV034144
Cashier ID: esharpe
Transaction Date: 12/19/2018
Payer Name: Gary L Davis
------------------------------------
TREASURY REGISTRY
 For: REALITY LEIGH WINNER
 Case/Party: D-GAS-1-17-CR-000034-001
 Amount:         $4,147.19
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 2755
 Amt Tendered:   $4,147.19
------------------------------------
Total Due:       $4,147.19
Total Tendered: $4,147.19
Change Amt:      $0.00
```