IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 117-034 |
| | * | |
| REALITY LEIGH WINNER | * | |

**O R D E R**

On December 18, 2018, the Court directed the Clerk of Court to deposit **$4,147.19** into the Registry of the Court. The Court's action was in response to a Motion to Relinquish Funds to the Registry of the Court filed by the United States of America ("Government") (doc. no. 329) on November 29, 2018. The funds were initially relinquished to the Government by the Defendant in accordance with an assignment of compensation contained in Defendant's plea agreement entered on August 23, 2018. Upon receipt of the funds, the Government subsequently relinquished the total sum to the Court.

Inasmuch as neither party has made any request as to the ultimate disposition of the funds, the Court will now exercise its discretion and make appropriate distribution.

**IT IS HEREBY ORDERED,** that the Clerk of Court shall distribute the sum of **$4,147.19** from the Registry of the Court to the following nonprofit recipients exempt under Section 501(c)(3) of the Internal Revenue Code:

> **$2,073.60** to:
>
> The Community Foundation for the Central Savannah River Area, Inc., for the benefit of Friends of Augusta Animal Services
> Post Office Box 31358
> Augusta, GA  30903
>
>
> **$2,073.59** to:
>
> Columbia County Animal Rescue
> Post Office 1117
> Evans, GA  30809

**ORDER ENTERED** at Augusta, Georgia, this ___7th___ day of January, 2019.

```
                                    _____
                                    J. RANDAL HALL, CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF GEORGIA
```