FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 MAR -7 PM 4: 23

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES<br><br>V.<br><br>REALITY WINNER | Case No. 1:17-cr-34 (JRH) (BKE) |

**REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS'S MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF SEEKING ACCESS TO CERTAIN SEALED COURT RECORDS RELATED TO THIS ACTION**

The Reporters Committee for Freedom of the Press hereby moves this court to permit it to intervene for the limited purpose of seeking access to certain sealed court records related to this action, specifically, any and all applications and supporting documents, including affidavits, concerning the completed "leak" investigation and now-concluded criminal prosecution of Reality Winner seeking any of the following; any court orders granting or denying any of the following; and any other court records related to the following, such as returns, motions to seal, and docket sheets:

- any search warrant, regardless of whether the warrant was issued or executed, including warrants under the Stored Communications Act ("SCA"), *see* 18 U.S.C. §§ 2701–2712;

- authorization for the use of any pen register or trap and trace device pursuant to 18 U.S.C. §§ 3121–3127, regardless of whether such authorization was granted or a pen register or trap and trace device was used; and

- any order pursuant to 18 U.S.C. § 2703(d) of the SCA, regardless of whether or not the order was issued or executed.

A supporting memorandum of law is attached.

Dated: _____, 2019

                                  Respectfully submitted,

                                  */s/ David E. Hudson*
                              David E. Hudson
                                  Ga. Bar No. 374450
                              Hull Barrett
                              SunTrust Bank Building, 801 Broad Street
                              Seventh Floor
                              Augusta, GA 30901
                              Tel: (706) 722-4481

                              Peter C. Canfield
                                  Ga. Bar No. 107748
                              Meredith C. Kincaid
                                  Ga. Bar No. 148549
                              JONES DAY
                              1420 Peachtree Street, NE, Suite 800
                              Atlanta, GA 30309
                              Tel: (404) 521-3939

                              *Counsel of Record for Applicant the Reporters Committee for Freedom of the Press*

                              Bruce D. Brown*
                              Katie Townsend*
                              Linda Moon*
                              THE REPORTERS COMMITTEE FOR
                                FREEDOM OF THE PRESS
                              1156 15th St. NW, Suite 1020
                              Washington, DC 20005
                              Tel: (202) 795-9300

                              **Of Counsel for Applicant the Reporters Committee for Freedom of the Press*

## CERTIFICATE OF SERVICE

I hereby certify that on           , 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties.

/s/ *David E. Hudson*
David E. Hudson