UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * * * | |
| v. | * * | CR 1:17-34 |
| Reality Leigh Winner | * * | |
| Defendant | * ************ | |

# GOVERNMENT'S RESPONSE TO MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS TO INTERVENE TO SEEK ACCESS TO CERTAIN SEALED COURT RECORDS

On March 7, 2019, the Reporters Committee for Freedom of the Press ("RCFP") moved to intervene for the limited purpose of seeking access to certain sealed court records relating to the above-captioned case. *See* Dkts. 333, 334. Specifically, RCFP seeks: (1) "any and all applications and supporting documents, including affidavits" concerning the investigation and prosecution of this case; and (2) "any court orders granting or denying," or any other court records relating to, applications for (a) search warrants, (b) orders authorizing the use of pen registers or trap and trace devices, and (c) orders authorized under Title 18, United States Code, Section 2703(d). Dkt. 333 at 1.

The Government has identified search warrants and orders authorized under Title 18, United States Code, Section 2703(d) that remain under seal. The orders accompanying the applications for each of these warrants and orders found that sealing would further the legitimate prosecutorial interest in preserving the integrity of the ongoing criminal investigation and prosecution. After review, the Government has determined that the stated basis for sealing no

longer exists.  Accordingly, the Government will move to unseal all of the documents associated with the search warrants and orders authorized under Title 18, United States Code, Section 2703(d) in this case.

The Government anticipates that it will be in a position to move to unseal all of the items RCFP seeks within approximately thirty days.  In those motions, the Government will present redacted versions of the documents to the Court in order to, *inter alia*, protect the privacy and ensure the security of the individual(s) at issue in the filings.  If and when the Court grants the Government's motions, the Government expects that the redacted versions of the documents will be placed on the public docket.

The scope of the Government's response is limited to the types of filings referenced in the RCFP's Application—specifically, search warrants, orders authorizing the use of pen registers and/or trap and trace devices, orders issued pursuant to Title 18, United States Code, Section 2703(d), affidavits and applications in support of such authorities, and orders granting or denying such authorities.

Based on the foregoing, the Government respectfully requests that the Court refrain from ruling on the RCFP motion until such time that the motion can be satisfied or otherwise rendered moot.

> Respectfully submitted,
>
> BOBBY L. CHRISTINE
> UNITED STATES ATTORNEY
>
> *//s// Jennifer G. Solari*

Jennifer G. Solari
Assistant United States Attorney

*//s// David C. Aaron*

David C. Aaron
Trial Attorney
Counterintelligence and Export Control Section
National Security Division
U. S. Department of Justice


*//s// Julie Edelstein*

Julie Edelstein
Deputy Chief, Counterintelligence
Counterintelligence and Export Control Section
National Security Division
U. S. Department of Justice
National Security Division

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 21st day of March 2019.

                                            BOBBY L. CHRISTINE
                                            UNITED STATES ATTORNEY

                                            *//s// Jennifer G. Solari*

                                            Jennifer G. Solari
                                            Assistant United States Attorney

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422