IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 117-034 |
| | ) | |
| REALITY WINNER | ) | |

**O R D E R**

This case having concluded and there being certain items entered into evidence by the Government during the course of said case, IT IS HEREBY ORDERED that the foregoing evidence be returned to the Government.

SO ORDERED this 11th day of March, 2020, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA