UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * * * | |
| v. | * | NO. 1:17-CR-00034 |
| | * | |
| **REALITY LEIGH WINNER** | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582 AND REQUEST FOR ORAL ARGUMENT

Defendant Reality Leigh Winner ("Reality" or the "Defendant") files this Motion for Compassionate Relief Pursuant to 18 U.S.C. § 3582 and Request for Oral Argument and respectfully asks this Court for an order releasing her based on the "extraordinary and compelling reasons" pursuant to the recently amended 18 U.S.C. § 3582(c)(1)(A)(i).  Due to the exigent nature of this Motion and the various observations and limitations explained by this Honorable Court in its recent Standing Orders (MC 120-4 and MC 120-5) issued by Chief Judge Randall Hall, Reality also respectfully requests video or telephonic oral argument on this motion as soon as possible after a reasonable opportunity for the United States of America to by heard.  Counsel for Defendant conferred with DOJ prior to the filing of this motion.  DOJ stated they would take a position on the motion after reviewing it and seeking other information.  Defendant has filed a supporting brief contemporaneously with this motion.

Respectfully submitted,

BY:   /s/ *Joe D. Whitley*
        Joe D. Whitley (Bar No. 756150)
        Admitted *Pro Hac Vice*
        Brett A. Switzer (Bar No. 554141)

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Rd., NE Suite 1600
Atlanta, GA  30326
(404) 577-6000
JWhitley@bakerdonelson.com
BSwitzer@bakerdonelson.com

Matthew S. Chester (La. Bar No. 36411)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
201 St. Charles Ave., Suite 3600
New Orleans, LA  70170
(504) 566-5200
MChester@bakerdonelson.com

Thomas H. Barnard (Az. Bar No. 020982)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
100 Light Street.
Baltimore, MD  21202
(410) 685-1120
TBarnard@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT**
**REALITY LEIGH WINNER**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties.

      */s/ Joe D. Whitley*
      Joe D. Whitley