# EXHIBIT 2

July 31, 2018

Honorable J. Randal Hall
Chief Judge
Southern District of Georgia


RE: Reality Winner

      My name is Brittany Winner, PhD, a postdoctoral research associate at the United States Army Medical Research Institute of Chemical Defense in Gunpowder, Maryland. I am the elder sister of Reality Winner by approximately 15 months, an age gap that practically guaranteed our extremely close relationship. We grew up in the same household and lived together for 18 years, after which I left to go to college. We maintained close contact since then via texting and phone calls. I have known her my whole life and can confidently say that I know her better than anyone else.

      Growing up, Reality and I were very close despite a normal dose of inevitable sibling rivalry. We both excelled academically and competed for better grades, securing places at the top of our respective classes. Our world came crashing down when our parents divorced: I was 10 and my sister was 8. The divorce devastated our family, even though my sister and I now recognize how necessary it was—our father was addicted to opioid painkillers and refused to acknowledge his addiction or seek help. Still, the destabilizing effect of the divorce on our family took its toll and we had to grow up quickly. We both emerged from it scarred, but we supported each other during this time, and it set the stage for us to always support each other through tough times.

      I remember being surprised to hear that Reality was planning to join the Air Force rather than go to college like all the rest of her classmates (or like me), but when she told me she wanted to study linguistics, suddenly everything made sense. She wanted to make a difference and help people in a unique, challenging way—and to serve her country by doing so. She looked up to our older stepbrother Cole Davis who is also an Air Force linguist and was inspired by him to take a similar path. In addition, Reality has great appreciation for other cultures and worldviews, which lead her to want to learn languages predominantly spoken in Middle Eastern countries such as Iran and Afghanistan. She has always cared so much about less fortunate people in war-torn and impoverished regions of the world. Her dream job, she once confided to me, was to work with the charity Samaritan's Purse and volunteer to help women and children in Afghanistan. One year, she asked me to donate money to a charity to build an orphanage rather than buy her a Christmas present. In addition, like clockwork each year, she always put together shoeboxes of toys and goods for children in other countries through Operation Christmas Child and vigorously encouraged everyone around her to do the same. Time and time again, my sister has demonstrated her dedication to helping people less fortunate than her by eschewing personal comfort and material possessions. These acts of selflessness demonstrate the type of person she is.

      Although Reality has so much compassion for complete strangers, she is also deeply committed to her family. She has a close relationship with our mother and stepfather and had a close relationship with our late father, who passed away in December 2016. His death hit her

particularly hard. He was one of the great pillars of her life, and his passing was sudden and unexpected. She told me she cried every single day for six months after he died, and her trip to Belize was a tribute to his memory. She still talks about Dad and how much she misses him, and whether he would still be proud of her. I know he would, because he loved her dearly. Recently, my sister experienced a new loss: when she learned I was pregnant, she cried because she so desperately wanted to be there for me but was also extremely happy and elated to be an aunt. Two weeks ago, when she heard that I lost my baby at 20 weeks, she was devastated that she couldn't come to the hospital when I had to deliver my dead child. In addition to these recent distressing losses, my sister suffers from mental illness. I know that she has an eating disorder, but beyond that, I do not know of any other formal diagnoses. She has struggled with body image issues most of her adult life and it appears to manifest itself in extreme choosiness about food types and obsession with exercise. Clearly, her behavior is an attempt to exert control in her life where she has none. She requires mental health support would benefit from therapy in an adequate environment suited to meet her needs.

    My sister Reality is a complex and frequently misunderstood individual: intelligent yet compassionate; meticulous yet generous; seemingly irreverent yet sincere; at times, frustrating, but ultimately endearing. She is, admittedly, not the easiest person to get to know or to understand. As her big sister, I know her better than anyone else and feel responsibility to always care for her, watch over her, and love her. Now, after all we've been through, my relationship with Reality is closer than ever. She calls me almost every day and we write to each other often. I am a huge part of her support system, and she is a huge part of mine. I will continue to support her during the transition to this new chapter of her life, and I am wholeheartedly prepared to take on a much larger role if necessary in the future.

    I respectfully ask that you consider her plea deal and any recommendations from her attorneys.

Sincerely,

Brittany Michele Winner, PhD