# EXHIBIT 3

Billie J. Winner-Davis
420 East County Road 2190
361/522-7816

07/29/2018

Honorable J. Randal Hall, Chief Judge
US District Court-Southern District of Georgia
600 James Brown Blvd
Augusta, GA 30901

Dear Honorable J. Randal Hall, Chief Judge,

I am writing you today as a mother, asking for your consideration for my daughter, Reality Leigh Winner. Reality has plead guilty to one charge of willful retention and transmission of national security information, an extremely serious charge, and she accepts responsibility and consequences for this. As her mother, I ask that you consider her age, character, history, service to America, medical and mental health needs, and her importance to me and our family as you decide on her case and fate.

Reality is my youngest child, and will always be considered my Baby Girl. She has always been extremely intelligent, strong willed, and loving. She is talented and artistic. She is deeply compassionate and giving. I am so very proud of her and the things she chooses to do, such as her volunteer work with Athletes Serving Athletes, Samaritan's Purse, Veterans Groups, and Hands to Paws Dog Rescue, to name a few. She was raised in a home in which volunteering and serving others was valued, and she has exceeded my expectations many times over. I know of no other person her age who has such compassion and selflessness and who has gone out of her way to help the world and others. I also know of no other person that exhibits such love for others. She sacrifices herself, to give to others, to make sure others feel loved and valued. She has always been sentimental and the most wonderful, giving daughter I can imagine having.

While the prosecution presented information that portrayed Reality as a person who hates America and is sinister, I ask that you look at her actions and accomplishments and who she is as a human being, a daughter, and a humanitarian. Reality was in the top ten club in High School, and took many AP and dual credit courses. She volunteered in the community, excelled in sports and art, and was loved by her teachers, neighbors, and friends. She was never in trouble and required no discipline or correction.

Although Reality was offered a scholarship from Texas A&M University Kingsville, she chose to join the Air Force. She wanted to be a linguist like her older step-brother, and wanted to make a difference for our country. Reality served honorably in the US Air Force for 6 years, earning a medal of commendation for going above and beyond. She protected this country many times over and was fiercely loyal and valuable. She had no infractions that I am aware of and has never had any criminal behavior.

Reality has volunteered and given to every community she has ever lived in and donated to organizations to help and protect others. She took college courses while in the military, and also

studied subjects such as religion, meditation, and PTSD on her own. She succeeded in completion of training and certification in Spinning and Yoga, and truly loved being able to help others achieve fitness and life goals. She is loved and respected by many and those who know her know that she is good, honest, and loyal to her community and country. Those who know her know that she is not a danger in any way to anyone.

Reality also suffers from depression, anxiety, and an eating disorder. Growing up, she exhibited many signs of obsessive compulsive disorder and anxiety, but she always found ways to manage these issues. I worry about her mental health daily, and am concerned about the stress she is under and whether she will receive treatment needed to keep her healthy and safe. She was deeply impacted by her father's death, as they were extremely close and she relied on him for advice and emotional strength. She hides her pain and struggles from me, as she has always taken on the role of caretaker for me. Throughout this entire situation, she has focused on making sure that I am ok and taken care of.

Reality's arrest and charges have impacted me and our family greatly. Having her in jail has been the hardest thing we as a family have had to deal with, and it has changed us in every way possible. We have rearranged everything in our lives to support her and we will continue to do so. My husband and I have already begun planning to build or move a small home unto a section of our property here in Texas, for her to live upon release. Our family and friends continue to be very supportive and will always assist Reality in any way possible.

Again, I ask that you consider Reality's age, service, character, history, and actions when making a determination for her sentence and future. I ask that you remember that she is a young woman, a sister, and a daughter. I ask that you see the good in her and her actions. I pray that there will be justice and that her sentence and punishment be fair when all things are considered. I thank you for your time, service, and consideration.

Respectfully

*Billie Winner-Davis*

Billie J. Winner-Davis

2