Not using

# EXHIBIT 7
# FILED UNDER SEAL