# EXHIBIT 8

The Honorable J. Randal Hall
Chief Judge, US District Court – Southern District Georgia
600 James Brown Blvd
Augusta, Georgia 30901


Honorable Randal Hall,

I am writing to you as a character witness to the Winner-Davis family.

I have known Billie Winner-Davis since September 1998. I have known Billie as a strong, moral, ethical, Christian woman. Throughout the years, she has been a strong advocate of children and families through her work and life endeavors. I have also known Reality and Brittany for just as long. Gary Davis, I met and have known him since 2000 and feel the same way for Gary. He too has been a strong family man with great work ethics, working with youths and families.

Reality has had a very solid upbringing by her parents with strong Christian roots attending private Christian school as a young child and integrated into the small rural school where we live and everyone knows your name and family. This small community school is unique in that it only has Pre-K to 8th grade and just about all the kids know each other from the youngest to the oldest and they look out for each other and are accountable to each other. It is those values that continue in life for Reality, her sibling and the family.

I have been a neighbor for about 15 years. During that time, I have witnessed Reality and her family to be good people. Billie and Gary are well respected members in our community and in the communities in which they work and have worked. They are model citizens doing what is right. Billie has served on Boards such as Child Advocacy, Parent Teacher Organizations, Band Boosters, liaison between Women's Shelters, Police Department, etc. (One extra example is that in amidst all of that, she was even willing to give my son a ride to and from daycare for over a month during a time that I was needing assistance around 15 years ago. ) Gary has been a member of the local volunteer fire department when he had the time. He also drafted a friend to help him coach Reality's soccer team when there were no other parent volunteers. Gary has always been willing to lend a helping hand to assist with a anything from water leak, identify burning wire smell (a skunk that got too close) in my garage, and anything else and whatever time.

Reality is a well-rounded person. When she was in school, she always did her part participating in activities representing her school and community and volunteered appropriately. She is a sweet person who loves people, life and animals. Reality is someone I have welcomed into my home without hesitation. She has a beautiful spirit and is always kind. Although, work and career opportunities have put miles between family members, they are a tight knit family.

I can recall when Reality graduated from High School; she was excited to serve our country. As she had witnessed other family members be linguist, she chose a language to study so she could serve our country. I witnessed her get physically ready just the same. I would see her exercise a prescribed regimen, from her recruiter, up and down our country road. She was preparing mentally and physically to serve our country with pride.

Reality is a good person with a strong sense of doing what is right. She has a strong support system from her family and friends. Her parents have been positive role models and have the proper support. I cannot say enough positive things about Billie and Gary and their dedication and commitment to their children. Reality is their life and they do anything to guide and support her.

Sincerely,

*Indira Garcia*

Indira Garcia
436 E. County Road 2190
Kingsville, Texas 78363

(361) 219-8522