# EXHIBIT 9

July 20, 2018


The Honorable J. Randal Hall
Chief Judge
US District Court - Southern District of Georgia
600 James Brown Blvd
Augusta, GA 30901


Dear Chief Judge Honorable J. Randal Hall,

    This letter is in reference to the character of defendant, Reality Winner. My name is Shani Messerschmidt and I married Reality's cousin, Mathew Messerschmidt. I have known her for 16 years and we have become great friends. Since our first meet, I've known how unique and special Reality is. She is one of the most driven, compassionate, and caring people I know.

    Her persistence, drive, and abilities both academically and physically allowed her to pursue her passion of becoming not only a linguist, but a compassionate linguistic for the Air Force. She was able to use this ability to do what I've always known her to do best, help others. Her service record alone shows her dedication to help fellow service members and her country, but what it doesn't show is that this is only a small part of the dedication to help others.

    Outside of her career, Reality's selflessness continued through her willingness to help others, which has never faltered. She has used fitness as an outlet to touch others lives. She became a personal trainer and cycling instructor after struggling through her own health related concerns. Remaining physically fit and maintaining a nutritious diet became a priority for her, and she used it as an avenue to provide guidance to others in that area. This outlet also allowed her to pursue another passion, working with children. She volunteered for the various organizations, including "Athletes Serving Atheletes", through which she was able to touch the lives of children and help them discover and pursue their own passion.

    Despite what the bias of media and other outlets may report, I know personally the love and caring heart of Reality. Being extended family 1000+ miles from her hometown, her visits with us mattered. It didn't matter if she would travel north to us or if we traveled to her, our time together was never taken for granted. She always made sure she gave everyone their time, especially the children. Whether it was drawing chalk on the sidewalks, listening to silly stories, or simply sitting around a table or campfire, she was always sincere. Even as her dreams and passions took across various distances of this great

country and increased their demands of her, Reality always made time for her family and closest friends. After struggling for several years to start a family, Mat and I lost our first child through miscarriage. For us, it was devastating and we struggled to understand it. Yet, during this dark time, Reality took the time to write a simple but meaningful letter that helped us move on. She also sent me a gift, a pendant of healing. One that I still wear daily. In a time when so many people remain silent because they don't know what to do or say, Reality reached out and gave us a prayer of healing. In the following years, we were blessed with our son. Even before she was able to meet him in person, Reality blessed his life through letters of compassion and gifts. After meeting, their bond has become unique and a gift for all, so much so that we wished Reality to become Godmother of him. Unfortunately due to these current circumstances, we have yet to make it official. Regardless, her blessings and well wishes to us and our son have remained unfailing and as ours are to her. Reality always has had and always will have our support.

 With her unfailing service to our great country supported by her glowing service record, honorable discharge, and Commendation Medal, it's often overlooked or unknown of the struggles that Reality has faced. To me, however, I noticed her visits or even letters were often haunted by the unknown, as if she was carrying the weight of the world on her shoulders. Although she would never discuss the details of any missions or work she had done, upon her visits she would struggle to let go of the previous week's encounters. Her subtle comments indicated she felt an obligation to those assignments, and she struggled to move past them, especially when they didn't go well. Reality was never one to complain, whine, or even ask for help from us when she was hurting or needed help of her own. Often news of her personal struggles came afterward. As selfless as she was to others, she never wanted to be helpless. Although I know she knew she didn't have to go through these things on her own, I don't know that she knows how to ask for help without that feeling overwhelming her. So instead, she attempted to refocus her struggle into her fitness. By far her biggest struggle was the loss of her father. Although she didn't talk much of him to me, it was apparent that many times he disappointed her. Despite the constant disappointment, when he passed this was a part of Reality's life that was now permanently gone. She dealt with it the best way she knew how, but I know she still struggles with it today.

 Reality is someone who I've never known to shy away from a challenge or not take responsibility for her actions. Despite unpleasant circumstances, she always tries to make the best of things. I hope you recognize by her recent plea that Reality is ready to take full responsibility for her actions, move forward with her life, and try to help others along the way. I also hope that despite this one action that you and the court can recognize her dedication to this country, and are willing to help repay that dedication with a plan to help support her physically, mentally, and emotionally from her various struggles she has faced.

As family, Reality will always have our support, whether that means providing her continued emotional support through continuous contact or a place to stay upon her release. As a veteran, we hope that she can receive necessary placements and supports to allow her to work through her continued struggles from both personal and career experiences.

Thank you for your time and consideration of this matter.

Sincerely,


Shani Messerschmidt