UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| v. | * | NO. 1:17-CR-00034 |
| | * | |
| **REALITY LEIGH WINNER** | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

## DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF HER MOTION FOR COMPASSIONATE RELEASE AND CERTAIN EXHIBITS THERETO

Defendant Reality Leigh Winner ("Reality" or "Defendant") respectfully submits this Motion requesting to file under seal Exhibits 1 and 7 and any explicit references thereto in her *Motion for Compassionate Relief Pursuant to 18 U.S.C. § 3582 and Request for Oral Argument* and brief in support thereof [ECF No. 341, 341-1] pursuant to Fed. R. Civ. P. 5.2(d). A brief in support of this motion and proposed order is submitted herewith.

Respectfully submitted,

BY:    */s/ Joe D. Whitley*
        Joe D. Whitley (Bar No. 756150)
        Admitted *Pro Hac Vice*
        Brett A. Switzer (Bar No. 554141)
        **BAKER, DONELSON, BEARMAN,**
        **CALDWELL & BERKOWITZ, P.C.**
        3414 Peachtree Rd., NE Suite 1600
        Atlanta, GA  30326
        (404) 577-6000
        JWhitley@bakerdonelson.com
        BSwitzer@bakerdonelson.com

        Matthew S. Chester (La. Bar No. 36411)
        Admitted *Pro Hac Vice*
        **BAKER, DONELSON, BEARMAN,**
        **CALDWELL & BERKOWITZ, P.C.**
        201 St. Charles Ave., Suite 3600

New Orleans, LA  70170
(504) 566-5200
MChester@bakerdonelson.com

Thomas H. Barnard (Az. Bar No. 020982)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
100 Light Street.
Baltimore, MD  21202
(410) 685-1120
TBarnard@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT
REALITY LEIGH WINNER**

## CERTIFICATE OF SERVICE

      I hereby certify that on April 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties.

                                                  */s/ Joe D. Whitley*
                                                  Joe D. Whitley