UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| * | |
| v.  * | NO. 1:17-CR-00034 |
| * | |
| REALITY LEIGH WINNER * | |
| * | |
| * | |

* * * * * * * * * * * * * * * * * *

**BRIEF IN SUPPORT OF MOTION TO FILE UNDER SEAL PORTIONS OF HER MOTION FOR COMPASSIONATE RELEASE AND CERTAIN EXHIBITS THERETO**

Defendant Reality Leigh Winner ("Reality" or "Defendant") respectfully moves this Court for leave to file under seal Exhibits 1 and 7 and any explicit references thereto in her *Motion for Compassionate Relief Pursuant to 18 U.S.C. § 3582 and Request for Oral Argument* and brief in support thereof [ECF No. 341, 341-1] pursuant to Fed. R. Civ. P. 5.2(d), showing as follows:

1. Currently before the Court is Defendant's Motion for *Compassionate Relief Pursuant to 18 U.S.C. § 3582 and Request for Oral Argument* and brief in support thereof [ECF No. 341, 341-1] (the "Motion").

2. Portions of Defendant's Motion and Exhibits 1 and 7 thereto cite specific excerpts from Defendant's confidential, privileged, and otherwise protected medical records and contain other highly sensitive personally identifiable information; however, the referenced material is highly relevant to the Brief and the relief requested therein.

3. Unredacted copies of Exhibits 1 and 7 and the entire unredacted Motion will be provided to the Court and the United States of America for their complete review.

For the foregoing reasons, Defendant respectfully requests that the Court GRANT this motion to file under seal Exhibits 1 and 7 and any explicit references thereto in her Motion. A proposed order is attached hereto.

Respectfully submitted,

BY:  /s/ Joe D. Whitley
Joe D. Whitley (Bar No. 756150)
Admitted *Pro Hac Vice*
Brett A. Switzer (Bar No. 554141)
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Rd., NE Suite 1600
Atlanta, GA  30326
(404) 577-6000
JWhitley@bakerdonelson.com
BSwitzer@bakerdonelson.com

Matthew S. Chester (La. Bar No. 36411)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
201 St. Charles Ave., Suite 3600
New Orleans, LA  70170
(504) 566-5200
MChester@bakerdonelson.com

Thomas H. Barnard (Az. Bar No. 020982)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
100 Light Street.
Baltimore, MD  21202
(410) 685-1120
TBarnard@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT**
**REALITY LEIGH WINNER**

## CERTIFICATE OF SERVICE

      I hereby certify that on April 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties.

                                                      */s/ Joe D. Whitley*
                                                      Joe D. Whitley