UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * * * | |
| v. | * | NO. 1:17-CR-00034 |
| **REALITY LEIGH WINNER** | * * * * | |

* * * * * * * * * * * * * * * * * * *

**[PROPOSED] ORDER**

THIS MATTER is before the Court upon Defendant Reality Leigh Winner's *Motion for Leave to File Under Seal Portions of her Motion for Compassionate Release and Certain Exhibits Thereto*. Upon due consideration and for good cause shown, it is hereby:

ORDERED and ADJUDGED that:

(1) Defendant's Motion is GRANTED; and

(2) Exhibits 1 and 7 to Defendant's *Motion for Compassionate Relief Pursuant to 18 U.S.C. § 3582 and Request for Oral Argument* and brief in support thereof [ECF No. 341, 341-1] and any explicit references thereto warrant the relief requested and are hereby authorized to be and shall be filed under seal.

DONE AND ORDERED this \_\_\_\_ day of _____, 2020.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

Prepared by:

Joe D. Whitley (Bar No. 756150)
Admitted Pro Hac Vice
Brett A. Switzer (Bar No. 554141)
**BAKER, DONELSON, BEARMAN,**

**CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Rd., NE Suite 1600
Atlanta, GA  30326
(404) 577-6000
JWhitley@bakerdonelson.com
BSwitzer@bakerdonelson.com

Matthew S. Chester (La. Bar No. 36411)
Admitted Pro Hac Vice
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
201 St. Charles Ave., Suite 3600
New Orleans, LA  70170
(504) 566-5200
MChester@bakerdonelson.com

Thomas H. Barnard (Az. Bar No. 020982)
Admitted Pro Hac Vice
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
100 Light Street.
Baltimore, MD  21202
(410) 685-1120
TBarnard@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT**
**REALITY LEIGH WINNER**