IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 117-034 |
| | * | |
| REALITY LEIGH WINNER | * | |

O R D E R

On April 10, 2020, Defendant Reality Leigh Winner, through counsel, filed a motion for release from custody pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). At present, Defendant seeks to seal Exhibits 1 and 7 to the motion and those portions of her supporting brief that reference Exhibits 1 and 7. To that end, Defendant has filed a redacted brief on the record.

Upon consideration, **IT IS HEREBY ORDERED** that the motion to seal (doc. 342) is **GRANTED**. The Clerk is directed to docket and seal Exhibits 1 and 7 to the motion for release and to docket and seal the unredacted version of Defendant's brief in support of her motion for release.

Next, Defendant has filed a motion to expedite the briefing schedule and for an immediate hearing on her motion for release. The current global pandemic wrought by COVID-19 has affected all aspects of the judicial system in some capacity. The Court will

therefore not accelerate the briefing schedule for this matter. The Government may, but is not required to, submit its response to the motion before its fourteen-day response time elapses. Moreover, a hearing in this matter is not a certainty. Nothing in § 3582(c) requires a hearing, and Federal Rule of Criminal Procedure 43(b)(4) does not require the presence of the defendant in a proceeding to correct or reduce sentence under § 3582(c). <u>See also</u> <u>United States v. Woods</u>, 327 F. App'x 170, 172 (11th Cir. 2009) ("[D]ue process does not mandate a hearing on a § 3582(c)(2) motion.") Accordingly, Defendant's motion for expedited briefing and immediate hearing (doc. 343) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of April, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2