UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * * * | |
| v. | * | NO. 1:17-CR-00034 |
| | * | |
| **REALITY LEIGH WINNER** | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S NOTICE OF INTENT TO FILE
### REPLY IN SUPPORT OF MOTION FOR COMPASSIONATE RELEASE

COMES NOW Defendant Reality Leigh Winner ("Reality" or "Defendant"), by and through her undersigned counsel, and pursuant to Local Rule 7.6 of this Court, respectfully notifies the Clerk of her intent to file a reply in support of her *Motion for Compassionate Relief Pursuant to 18 U.S.C. § 3582 and Request for Oral Argument* [Rec. Doc. No. 341], filed on April 10, 2020.

Respectfully submitted,

BY:   */s/ Joe D. Whitley*
Joe D. Whitley (Ga. Bar No. 756150)
Admitted *Pro Hac Vice*
Brett A. Switzer (Ga. Bar No. 554141)
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Rd., NE Suite 1600
Atlanta, GA  30326
(404) 577-6000
JWhitley@bakerdonelson.com
BSwitzer@bakerdonelson.com

Matthew S. Chester (La. Bar No. 36411)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
201 St. Charles Ave., Suite 3600
New Orleans, LA  70170
(504) 566-5200
MChester@bakerdonelson.com

Thomas H. Barnard (Az. Bar No. 020982)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
100 Light Street.
Baltimore, MD  21202
(410) 685-1120
TBarnard@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT**
**REALITY LEIGH WINNER**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties.

                                           */s/ Joe D. Whitley*
                                           Joe D. Whitley