UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| v. | * | NO. 1:17-CR-00034 |
| | * | |
| **REALITY LEIGH WINNER** | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF ALISON JOHNSTON GRINTER, ESQ.

I, Alison Johnston Grinter, Esq., pursuant to 28 U.S.C. § 1746 hereby declare, under penalty of perjury:

1. I am an attorney in private practice working almost exclusively in the criminal courts. I also keep a docket of pro-bono civil rights cases through Legal Access Texas, as well as several other community civil rights groups. My office address is currently (as we are all sheltering in place) 6738 Old Settlers Way, Dallas, Texas 75236

2. I am an attorney-at-law admitted in and in good standing to practice before the courts of the State of Texas and the US District Courts for the Northern District of Texas. I was licensed to practice on November 4, 2005, and my bar number with the State of Texas is 24043476.

3. I submit this declaration in connection with my position as local counsel to Defendant Reality Leigh Winner ("Ms. Winner") in relation to the above-captioned case.

4. The facts set forth below are based upon my personal experience and knowledge. I will supplement this declaration if additional information becomes available during the pendency of the case.

5. On April 3, 2020, I mailed a copy of the Bureau of Prisons ("BOP") Form BP-229 ("Request for Administrative Remedy"), a true and correct copy of which is attached hereto as **Exhibit A**, to Ms. Winner, who is currently an inmate (Registered Number 22056-021) at FMC Carswell located at 3000 I St, Fort Worth, TX 76127, for her execution and submission to the BOP via the Warden of FMC Carswell requesting that she be permitted to serve the remainder of her sentence in home confinement due to underlying medical conditions that make her particularly susceptible to the COVID-19 virus that is infiltrating the federal prison system and, in particular, FMC Carswell.

6. On the same day, April 3, 2020 at 10:11 AM CDT, I also personally emailed Ms. Winner's Correctional Counselor, Bill L. Pendergraft, an attachment of the form and notifying him that I needed Ms. Winner to have access to the form. He responded on April 6 at 7:23 AM CDT that he would present Ms. Winner with a copy of the form. A true and correct copy of my email correspondence with Mr. Pendergraft is attached hereto as **Exhibit B**.

7. It is my understanding that Ms. Winner's counsel of record from the law firm Baker, Donelson, Bearman, Caldwell and Berkowitz, PC, Matthew S. Chester, Esq., also discussed the form with Ms. Winner by telephone, on or around April 3, 2020, and in the days prior and subsequent thereto, to explain the form to her and how it would need to be submitted.

8. I was informed by Ms. Winner on April 9, 2020, that she had submitted the completed form as well as a second hand-written letter addressed to the Warden of FMC Carswell, which was hand-delivered to Ms. Winner's assigned case manager, Ms. Mary Gruszka, who accepted the letter and assured Ms. Winner that she would deliver it to the appropriate prison officials at approximately 3:10 PM, Central Time, on April 8, 2020.

        A true and correct copy of the correspondence received from Ms. Winner confirming these details is attached hereto as **Exhibit C**.[1]

9. Notably, although BOP apparently rejected the first form submission, it is my understanding based on communications with Mr. Pendergraft (her BOP assigned Correctional Counselor) that he provided Ms. Winner with the form that she ultimately used, understanding her intentions to file a request for release into home confinement as contemplated by 18 U.S.C. § 3582(c)(1)(A)(i).

10. Nonetheless, Ms. Winner has confirmed via both written and verbal communications (most recently to Mr. Matt Chester) that BOP's staff-member and agent, Ms. Mary Gruszka, acknowledged and accepted the same substantive request made via letter addressed to the Warden of FMC Carswell and assured its safe passage.

11. I disagree with the assertion in the Government Opposition Brief [*see* Rec. Doc. No. 345, n.4] suggesting that Ms. Winner has not actually submitted a request to the Warden of FMC Carswell. In fact, I respectfully submit that she has submitted two. Further, she has made multiple BOP staff aware of her request. One such staff member provided the form that she used, and the other promised to deliver her request to the Warden.

---

[1] In an extreme abundance of caution, and without waiving the attorney-client privilege, I am providing the limited communication received directly from Ms. Winner upon which these statements are based, as it is my understanding that the communication was provided solely to establish proof of submission and the chain of custody in relation to her request, which has now been called into question by the *Government's Response In Opposition to Defendant's Motion for Compassionate Release Under 18 U.S.C. §(c)(1)(A) as Amended by the First Step Act of 2018* [Rec. Doc. No. 351] ("**Government Opposition Brief**"). Ms. Winner's notes and recollection made contemporaneous with her submission is the best evidence of these facts available at present, especially in light of the present inability for counsel to visit Ms. Winner at her facility due to COVID-19 related restrictions. This evidence directly contradicts the Government's statements.

12. I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: April 21, 2020

_____
Alison Johnston Grinter, Esq.

# Exhibit A

**U.S. DEPARTMENT OF JUSTICE**  
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _____
         LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.              UNIT              INSTITUTION

**Part A- INMATE REQUEST**

_____          _____
            DATE                                       SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____          _____
            DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                     CASE NUMBER: _____

---

                                                    CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.            UNIT          INSTITUTION

SUBJECT: _____

_____          _____
            DATE                            RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                                          BP-229(13)
                                                                                 APRIL 1982

# Exhibit B



Alison Grinter <alisongrinter@gmail.com>

# Ms. Winner - legal issue
3 messages

---

**Alison Grinter** <alisongrinter@gmail.com>      Fri, Apr 3, 2020 at 10:11 AM
To: Bill Pendergraft <bpendergraft@bop.gov>

Hi Mr. Pendergraft,
we're going to be filing a motion in the district court for Reality Winner to be have compassionate release. As I understand it, she first has to apply internally with the grievance form and be denied (I mean, we'd also be thrilled if the warden just released her, but I understand). My question to you is, can you provide her with the form or should I mail one to her? I thought I'd check before just in case y'all have these around.

Thanks,

**Alison Grinter,
Attorney and Counselor
(214) 704-6400 (cell)**

**Board Certified Criminal Law Specialist**

Confidentiality Notice: This electronic transmission and any accompanying documents contain information from The Law Office of Alison Grinter. The information may be privileged and/or confidential, and is intended only for the use of the intended recipient. If you have received this email in error, please contact Alison Grinter by telephone or email to alert the office of the unintended disclosure and delete the message immediately. Any other use, retention, dissemination, forwarding, printing, or copying of this message or any attachments is strictly prohibited.

📎 US_Bureau_of_Prisons_Blank_Grievance_Forms_BP-9_BP-10_BP-11 (1).pdf
59K

---

**Bill Pendergraft** <BPendergraft@bop.gov>      Mon, Apr 6, 2020 at 7:23 AM
To: Alison Grinter <alisongrinter@gmail.com>

yes, I'll provide her with administrative remedy forms

Bill L. Pendergraft
Correctional Counselor
P.O. BOX 27066
"J" Street Bldg. 3000
Fort Worth, Texas 76127
(817) 782-4241 (office)
(817) 782-4250 (Fax)
B.Pendergraft@bop.gov

>>> Alison Grinter <alisongrinter@gmail.com> 4/3/2020 10:11 AM >>>
[Quoted text hidden]

---

**Alison Grinter** <alisongrinter@gmail.com>      Thu, Apr 16, 2020 at 4:49 PM
To: Bill Pendergraft <BPendergraft@bop.gov>

Hi Mr. Pendergraft,
I hope you're well. I need to set up a legal call with Ms. Winner. When do you think we can schedule it?

Thanks,

**Alison Grinter,
Attorney and Counselor
(214) 704-6400 (cell)**

**Board Certified Criminal Law Specialist**

Confidentiality Notice: This electronic transmission and any accompanying documents contain information from The Law Office of Alison Grinter. The information may be privileged and/or confidential, and is intended only for the use of the intended recipient. If you have received this email in error, please contact Alison Grinter by telephone or email to alert the office of the unintended disclosure and delete the message immediately. Any other use, retention, dissemination, forwarding, printing, or copying of this message or any attachments is strictly prohibited.

[Quoted text hidden]

# Exhibit C

# Alison Grinter

**From:** WINNER REALITY LEIGH (22056021)

**Sent Date:** Tuesday, April 7, 2020 7:05 PM

**To:** Alisongrinter@gmail.com

**Subject:** HEY

HAY
I have the form. If you need another field trip with the kids, I might need an extra in case I mess this one up. Thank you so much I can't believe it got here so fast! :)

<3RE

# Alison Grinter

**From:** WINNER REALITY LEIGH (22056021)

**Sent Date:** Wednesday, April 8, 2020 3:49 PM

**To:** Alisongrinter@gmail.com

**Subject:** RE: RE: HEY

The form you sent in that I filled out was rejected and being the wrong form for this purpose. Therefore, I had a hand-written letter with the same statement ready just in case :)
I asked if it could be delivered to the warden. Ms. M. Gruszka, my assigned Case Manager, accepted the letter and assured me she would get it to him. This happened at 3:10 pm, central time, on 8 April 2020.

I will let Matt Chester know next time he calls, or if you could, let him know that I've sent the request. I don't have him on Corrlincs anymore because I can only have 30 friends on this version of Facebook at a time. :)

<3RE



REALITY LEIGH WINNER on 4/7/2020 7:05:55 PM wrote
HAY
I have the form. If you need another field trip with the kids, I might need an extra in case I mess this one up. Thank you so much I can't believe it got here so fast! :)

<3RE