IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR 117-034 |
| | ) | |
| **REALITY LEIGH WINNER** | ) | |
| | ) | |

**GOVERNMENT'S NOTICE OF INTENT TO FILE SURREPLY**

The United States submits this notice of intent to file a surreply, under Local Rule 7.6, in response to Defendant Reality Leigh Winner's reply in support of her motion for compassionate release (Doc. 347) filed on April 22, 2020.

                                                  Respectfully submitted,

                                                  BOBBY L. CHRISTINE
                                                  UNITED STATES ATTORNEY

                                                  ***//s// Jennifer G. Solari***
                                                  Jennifer G. Solari
                                                  Assistant United States Attorney

                                                  ***//s// Justin G. Davids***
                                                  Justin G. Davids
                                                  Assistant United States Attorney
                                                  Missouri Bar No. 57661

P.O. Box 8970
Savannah, Georgia 31412
(912) 652-4422

# CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") that was generated as a result of electronic filing in this Court.

This April 23, 2020.

                                                   Respectfully submitted,

                                                   BOBBY L. CHRISTINE
                                                   UNITED STATES ATTORNEY

                                                 ***/s/ Justin G. Davids***
                                                 Justin G. Davids
                                                 Assistant United States Attorney
                                                 Missouri Bar No. 57661

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422