# United States District Court
## Southern District of Georgia

| | | |
|---|---|---|
| JOHN E. TRIPLETT<br>ACTING CLERK | OFFICE OF THE CLERK<br>P.O. Box 1130<br>AUGUSTA, GEORGIA  30903 | TELEPHONE  (706)849-4400 |

David Smith, Clerk  
U.S. Court of Appeals  
56 Forsyth Street, NW  
Atlanta, GA 30303

D.C. Number  CR 1:17-cr-34-001

U.S.C.A. Number

RE: USA v. Reality Leigh Winner

---

Enclosed are documents regarding an appeal in this matter.

- [x] Copy of Notice of Appeal, docket entries, order and judgment appealed from, enclosed
- [x] First Notice of Appeal:  [ ] Yes  [✓] No
  Date of other  12/11/2017
- [ ] Certified record on appeal consisting of:
  ___ Volume(s) of pleadings;  ___ Volume(s) of transcripts;
  ___ Volume(s) of exhibits/deposition;  ___ other: _____
- [ ] There was no hearing from which a transcript could be made
- [ ] Copy of CJA form appointing counsel
- [ ] The following materials were sealed in this court (order enclosed):
- [x] The appellate docket fee has been paid:  [✓] Yes  [ ] No
  Date paid  05/01/2020
- [ ] Appellant has been _____ leave to appeal in forma pauperis (copy of order concerning IFP and/or CPC is enclosed)
- [x] The Judge appealed from is  Chief Judge J. Randal Hall
- [x] The Court Reporter is  Lisa Davenport
- [ ] This is an appeal of a bankruptcy order
  Bankruptcy Judge: _____
- [ ] This is a DEATH PENALTY appeal
- [ ] OTHER:

cc:  Amy E. Larson, et. al.

Sincerely,

JOHN E. TRIPLETT, ACTING CLERK  
U.S. DISTRICT COURT

BY: *Tara H. Burton*  
Deputy Clerk

DATE: 05/04/2020