UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | NO. 1:17-CR-00034 |
| | * | |
| **REALITY LEIGH WINNER** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO WITHDRAW KATHERINE C. MANNINO AND JILL E. MCCOOK AS COUNSEL

Pursuant to Local Rule 83.7, the undersigned attorney, Joe D. Whitley of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. hereby moves to withdraw Katherine C. Mannino and Jill E. McCook as attorneys of record for Defendant Reality Leigh Winner ("Ms. Winner"). Both Ms. McCook and Ms. Mannino have left Baker Donelson to pursue other careers and are no longer able to further assist in representing Ms. Winner. Joe D. Whitley, Matthew S. Chester, Brett A. Switzer, and Thomas H. Barnard of Baker Donelson will remain as counsel to Ms. Winner. Mr. Whitley provided Ms. Winner with due notice of his intention to file this motion to withdraw Ms. McCook and Ms. Mannino as counsel at least fourteen (14) days prior to the filing of this motion. A copy of Mr. Whitley's letter to Ms. Winner dated June 17, 2020 is attached hereto as **Exhibit A**.

Contemporaneous with the filing of this motion, a copy of this motion has also been sent to Ms. Winner via U.S. Mail.

Respectfully submitted,

BY: /s/ Joe D. Whitley
Joe D. Whitley (Bar No. 756150)
Admitted *Pro Hac Vice*
Brett A. Switzer (Bar No. 554141)
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

3414 Peachtree Rd., NE Suite 1600
Atlanta, GA  30326
(404) 577-6000
JWhitley@bakerdonelson.com
BSwitzer@bakerdonelson.com

Matthew S. Chester (La. Bar No. 36411)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
201 St. Charles Ave., Suite 3600
New Orleans, LA  70170
(504) 566-5200
MChester@bakerdonelson.com

Thomas H. Barnard (Az. Bar No. 020982)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
100 Light Street.
Baltimore, MD  21202
(410) 685-1120
TBarnard@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT
REALITY LEIGH WINNER**

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties.

    */s/ Joe D. Whitley*
Joe D. Whitley, Esq.
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Rd., NE Suite 1600
Atlanta, GA  30326
(404) 577-6000
JWhitley@bakerdonelson.com