# EXHIBIT A



MONARCH PLAZA
SUITE 1600
3414 PEACHTREE ROAD N.E.
ATLANTA, GEORGIA 30326

PHONE:  404.577.6000
FAX:     404.221.6501

www.bakerdonelson.com

Joe D. Whitley, Shareholder
**Direct Dial**: 404.223.2209
**E-Mail Address**: jwhitley@bakerdonelson.com

<p style="color:red; text-align:center; font-weight:bold">ATTORNEY-CLIENT COMMUNICATION: THIS DOCUMENT AND ITS CONTENTS CONSTITUTE LEGALLY PRIVILEGED INFORMATION</p>

June 17, 2020

**By U.S. Mail**

Reality Leigh Winner – Registration No. 22056-021
FMC Carswell
Federal Medical Center
P.O. Box 27137
Fort Worth, TX 76127

> **RE:  *USA v. Reality Winner*, United States District Court for the Southern District of Georgia, Case No. 1:17-cr-00034-JRH-BKE-1, and United States Court of Appeals for the Eleventh Circuit, Case No. 20-11692-CC – Withdrawal of Jill E. McCook and Katherine C. Mannino as counsel**

Dear Reality,

I hope this finds you well.  I am writing to inform you that Baker Donelson Bearman Caldwell & Berkowitz, PC ("Baker Donelson") will be filing a motion to withdraw Jill E. McCook and Katherine C. Mannino as counsel of record with the United States District Court for the Southern District of Georgia under Case No. 1:17-cr-00034.  We will also file a similar motion to withdraw both individuals as counsel of record with the United States Court of Appeals for the Eleventh Circuit under Appellate Case No. 20-11692.

As you are aware, Jill McCook and Katherine Mannino previously served with me on my legal team at Baker Donelson as members of your counsel of record before the United States District Court for the Southern District of Georgia.  Both Ms. McCook and Ms. Mannino have left the firm to pursue other careers, and they are no longer able to further assist us in representing you.

June 17, 2020
Page 2

Please know that as your legal counsel, Baker Donelson and I are committed to and will continue to serve as your counsel of record before the United States District Court for the Southern District of Georgia and the United States Court of Appeals for the Eleventh Circuit.

Please feel free to contact me if you have any questions.

With best regards,

Joe D. Whitley, Esq.

cc:  Jill E. McCook, Esq.
     Katherine C. Mannino, Esq.