UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | NO. 1:17-CR-00034 |
| | * | |
| **REALITY LEIGH WINNER** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

This Court, having reviewed the Motion to Withdraw Katherine C. Mannino and Jill E. McCook as counsel of record for Defendant Reality Leigh Winner, hereby GRANTS the motion. Katherine C. Mannino and Jill E. McCook are hereby withdrawn from the case on behalf of Defendant Reality Leigh Winner. Joe D. Whitley, Matthew S. Chester, Brett A. Switzer, and Thomas H. Barnard of Baker Donelson will remain counsel of record for Defendant Reality Leigh Winner in the case.

SO ORDERED this ___ day of _____, 2020.

_____
United States District Judge
Southern District of Georgia