IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Appellee, ) | |
| ) | Case No. CR 1:17-CR-00034-001 |
| vs. ) | |
| ) | Appeal No. 20-11692 |
| REALITY LEIGH WINNER, ) | |
| ) | |
| Defendant-Appellant. ) | |

O R D E R

The appeal in the above-styled action having been AFFIRMED by the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

SO ORDERED, this ___12th___ day of January 2021.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA