## RECEIPT FOR EXHIBITS

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2022 JUN 17 A 10: 41

CLERK __M. akin__
SO. DIST. OF GA.

Received of the Clerk's Office   September 29, 2017

exhibits numbered:   Govt Exhibits 1-4 and 5-14 (Detention Hearing)  .

in the case of   United States of America vs. Reality Leigh Winner  ,

Case Number:   1:17-cr-034  .

_____
Assistant United States Attorney