## RECEIPT FOR EXHIBITS

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2022 JUN 17 A 10: 41

CLERK M. Akins
SO. DIST. OF GA.

Received of the Clerk's Office ___February 27, 2018_____

exhibits numbered: ___Govt Exhibits 1-6 (Suppression Hearing)_____.

in the case of _____United States of America vs. Reality Leigh Winner_____,

Case Number: _____1:17-cr-034_____.

_____
Assistant United States Attorney